# Exhibit 5

US00D841900S

| (12) | United States Design Patent | (10) Patent No.: | US D841,900 S |
|---|---|---|---|
| | Owen | (45) Date of Patent: ** | Feb. 26, 2019 |

(54) **HORSE OR PET GROOMING TOOL**

(71) Applicant: **Sarah Marie Owen**, Santa Ynez, CA (US)

(72) Inventor: **Sarah Marie Owen**, Santa Ynez, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/599,630**

(22) Filed: **Apr. 5, 2017**

(51) **LOC (11) Cl.** ................................................. 30-99

(52) **U.S. Cl.**
USPC ....................................... **D30/159**; D30/158

(58) **Field of Classification Search**
USPC ................ D30/158–159, 199; 119/600, 601, 119/604–606, 609–621, 625, 628–633, 119/650, 664; D4/132–138, 100–102, D4/122, 127, 119, 114, 199, 130, 129; D8/106, 107, 13, 45, 14, DIG. 4, DIG. 7, D8/DIG. 8, 183, 94; 401/28; 132/119–121, 152, 154, 147–150, 132/108–110, 112–115, 313, 901; D28/31, 63, 30, 25, 44, 44.1, 45–48, D28/52–53, 85; 15/50.1–50.3, 55, 57, 71, 15/77, 79.1, 104.002, 105–106, 143.1, 15/159.1, 160, 186–188, 169, 236.01, 15/236.02, 245, 117, 121, 245.1, 207.2, 15/DIG. 5, 209, 214, 230.11, 235.4, 15/167.1, 145, 236.05–236.08; 56/400.01, 400.17, 400.21; 81/177.7, 81/489, 177.1, 436–440; 16/426, 421, 16/422, 110.1, 430, DIG. 12, DIG. 19, 16/431; 30/353, 32, 34.05, 47, 49, 526, 30/527, 169, 171, 216, 172, 304, 520; D24/147, 133, 200, 214, 211; D7/688, D7/393, 395, 401.2; 606/161; D32/40, D32/41, 49, 46, 51, 35, 42, 45, 52; 601/109, 136, 137; D19/53; 452/71

CPC .... A01K 13/00; A01K 13/002; A01K 13/003; A46B 3/00; A46B 3/20; A46B 3/22; A46B 5/00; A46B 5/02; A46B 5/021; A46B 5/026; A46B 7/00; A46B 7/02; A46B 9/00; A46B 9/02; A46B 9/023; A46B 9/028; A46B 9/06; A46B 2200/00; A46B 9/10; A46B 9/1006; A46B 9/102; A46B 9/104; A46B 9/1093; A46B 9/20; A46B 9/30; A46B 9/3033; A46B 9/3093; A46B 9/40; A45D 24/00; A45D 24/30; A45D 2024/345

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D213,906 S | * | 4/1969 | Moore et al. .................. D32/47 |
| D285,130 S | * | 8/1986 | Wilkeson ..................... D30/158 |
| 5,054,248 A | * | 10/1991 | Thayer ................... B24D 15/04 |
| | | | 451/490 |
| 5,626,099 A | * | 5/1997 | Staller .................... A01K 13/00 |
| | | | 119/600 |
| D560,859 S | * | 1/2008 | Park .............................. D28/59 |
| 2015/0000609 A1 | * | 1/2015 | Frye ..................... A01K 13/003 |
| | | | 119/601 |

(Continued)

*Primary Examiner* — Susan Moon Lee
(74) *Attorney, Agent, or Firm* — Felix L. Fischer

(57) **CLAIM**

I claim the ornamental design for a horse or pet grooming tool, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a horse or pet grooming tool showing my new design;
FIG. **2** is a top view thereof;
FIG. **3** is a bottom view thereof; and,
FIG. **4** is a side view thereof.
The rear view of the new design is identical to the front view and both side views are identical to each other.

**1 Claim, 1 Drawing Sheet**

 

US D841,900 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

2016/0095295 A1* 4/2016 Owen .................... A01K 13/00
                                                119/631
2017/0367923 A1* 12/2017 Bergbacka ............. A01K 13/00

* cited by examiner

**U.S. Patent**  Feb. 26, 2019  **US D841,900 S**



Fig. 1

Fig. 4

Fig. 2

Fig. 3

Attorney Docket No. B296.G21K06

# ASSIGNMENT

| | |
|---|---|
| Names of Inventors/Assignors: | **(1) Sarah Marie Owen** |
| Name of Assignee: | **Betty's Best, Inc.** |
| State of Formation of Assignee: | **California** |
| Title of Application: | **HORSE OR PET GROOMING TOOL** |
| Design Patent No.: D841,900 | Issue Date of Design Patent: 02/26/2019 |

In consideration of the sum of $1.00 and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by each of the undersigned Inventors/Assignors:

1. I hereby sell, assign and transfer and do hereby sell, assign and transfer to the above-named Assignee, its successors and assigns, my entire and exclusive right, title and interest in and to the inventions claimed and described in the above-identified patent application in the United States and throughout the world, and in and to any applications for patent and patents which may be granted and issued thereon in any and all countries, and in and to any continuations, divisions, reissues and extensions of said applications and patents and all priority rights associated therewith. I agree to execute separate assignments in connection with such applications as the Assignee may deem necessary or expedient.

2. Without cost to the undersigned, I agree to perform all affirmative acts which may be necessary to obtain a grant of original, reissue or reexamined patents on the invention.

3. I agree to execute all papers and documents and to perform any act necessary in connection with provisions of any and all international treaties regarding patents and industrial property.

4. I irrevocably appoint the Assignee corporation's president or limited liability company's managing members, as the case may be, to act as my agent and attorney-in-fact to perform all acts necessary to obtain and/or maintain patents to any inventions assigned under this assignment if I refuse to perform those acts, or am unavailable, within the meaning of any applicable laws. I acknowledge that the grant of the foregoing power of attorney is coupled with an interest and shall survive my death or disability.

5. I hereby authorize and request that all resulting patents be issued to the Assignee, as assignee of the entire interest.

6. I covenant to having full right to convey the entire interest herein assigned. I represent and warrant that no other assignment, sale, agreement or encumbrance has been or will be made or entered into by me which would conflict with this assignment. This assignment stands on its own.

7. The undersigned authorizes the Assignee or its agent to fill in the application number and filing date, if necessary.

8. I acknowledge that Assignee's patent attorney represents Assignee, and not me, and that I have had an opportunity to retain my own patent counsel.

9. The Assignee shall have the right to assign this Assignment and the rights hereunder, and each later assignee shall have the rights of the Assignee hereunder.

Signature of Inventor 1: *Sarah Owen* (DocuSigned by: 18A3B0AB3B06449...)   Date: 10/15/2021

Assignee hereby accepts this Assignment *Sarah Owen* (DocuSigned by: 18A3B0AB3B06449...)   Date: 10/15/2021