# Exhibit 2

| # on Schedule | Advertiser Name (Facebook Page) | Facebook Page Link | Facebook Page ID # | Website Link | Counterfeit Landing Page Link | Domain in Florida Case | IN THE FLORIDA CASE | DEFENDANT # |
|---|---|---|---|---|---|---|---|---|
| 26 | Semi-sugarism81 | https://www.facebook.com/Semi-sugarism81-104960245239063/ | 104960245239063 | https://www.semi-sugarism.com/ | https://www.semi-sugarism.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage | https://www.semi-sugarism.com/ | TRUE | 858 |
| 40 | Memoryfreeze | - | - | https://www.memoryfreeze.com/ | https://www.memoryfreeze.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage | https://www.memoryfreeze.com/ | TRUE | 824 |
| 42 | Cheeseswirl-F | https://www.facebook.com/Cheeseswirl-F-150053360543894/ | 150053360543894 | https://www.cheeseswirl.com/ | https://www.cheeseswirl.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage | https://www.cheeseswirl.com/ | TRUE | 730 |
| 48 | New-Numeral | https://www.facebook.com/New-Numeral-104039215306042/ | 104039215306042 | https://www.newnumeral.com/ | https://www.newnumeral.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage | https://www.newnumeral.com/ | TRUE | 834 |
| 80 | KaroTi Shop | https://www.facebook.com/KaroTi-Shop-110666394625827 | 110666394625827 | https://karooti.com/ | https://karooti.com/products/horses-massager | #N/A | TRUE | 806 |
| 82 | Bestnumeral | https://www.facebook.com/Bestnumeral-729907751061127/ | 729907751061127 | https://www.bestnumeral.com/ | https://www.bestnumeral.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage | https://www.bestnumeral.com/ | TRUE | 716 |
| 232 | Enzosa | https://www.facebook.com/Enzosa-345756653004330/ | 345756653004330 | https://enzosaltz.com/ | https://enzosaltz.com/products/brush-10 | #N/A | we have an enzosalts email on Defendant 788 | |
| 261 | Heregobuy Well | https://www.facebook.com/Heregobuy-Well-100781264742300/ | 100781264742300 | https://heregobuy.com/ | https://heregobuy.com/products/brush-1 | #N/A | TRUE | 788 |
| 304 | The paradise of birds | https://www.facebook.com/decorate.etc/ | ? | https://www.uwgbeauty.com/ | https://www.uwgbeauty.com/products/brush | #N/A | We have an email with domain linked to def 777 | |
| 321 | Febyee | https://www.facebook.com/Febyee-108300638282265/ | 108300638282265 | https://www.febyee.com/ | https://www.febyee.com/products/6-in-1-shedding-grooming-massage-brush | https://www.febyee.com/ | TRUE | 764 |
| 335 | Borfort/B | https://www.facebook.com/BorfortB-103293212038112/ | 103293212038112 | https://www.borfort.com/ | https://www.borfort.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage?st= | https://www.borfort.com/ | TRUE | 722 |
| 377 | Fitnice | https://www.facebook.com/Fitnice-105757128543184/ | 105757128543184 | https://www.fitnice.uk/ | https://www.fitnice.uk/products/last-day-50-off-original-for-horses-dogs-6-in-1-shedding-grooming-massage | https://www.fitnice.uk/ | TRUE | 768 |
| 384 | Raydealshop | https://www.facebook.com/Raydealshop-111568500335849/ | 111568500335849 | https://raydealshop.com/ | https://raydealshop.com/products/brush-11 | #N/A | TRUE | 851 |
| 462 | Berlinwind | https://www.facebook.com/Berlinwind-104861421251315/ | 104861421251315 | https://berlinwind.shop/ | https://berlinwind.shop/products/brush-1 | #N/A | Has an email with this domain in def 788 | |
| 473 | Pure Bluestars | https://www.facebook.com/Pure-bluestars-104336462050632/ | 104336462050632 | https://www.purebluestars.com/ | https://www.purebluestars.com/products/brush-11-2 | https://www.purebluestars.com/ | TRUE | 847 |
| 496 | Starshop Get | https://www.facebook.com/Starshop-Get-105187607949164/ | 105187607949164 | https://starshopya.com/ | https://starshopya.com/products/massageburste | #N/A | TRUE | 874 |
| 552 | Ma tureidea | https://www.facebook.com/Ma-tureidea-106765275138674 | 106765275138674 | https://www.matureidea.com/ | https://www.matureidea.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage | https://www.matureidea.com/ | TRUE | 822 |
| 557 | Love Tune | https://www.facebook.com/Love-tune-101820099007407/ | 101820099007407 | https://www.lovertune.com/ | https://www.lovertune.com/products/brush-11 | https://www.lovertune.com/ | TRUE | 818 |
| 565 | Buffns | https://www.facebook.com/Buffns2016/ | | https://www.ihotbeauty.com/ | https://www.ihotbeauty.com/product/6-in-1-shedding-grooming-massage-brush | https://www.ihotbeauty.com/ | TRUE | 796 |
| 574 | Lovermelody-1 | https://www.facebook.com/Lovermelody-1-101605942339758/ | | https://www.lovermelody.com/ | https://www.lovermelody.com/products/brush-11 | https://www.lovermelody.com/ | TRUE | 817 |
| 575 | Lovermelody-A | https://www.facebook.com/Lovermelody-A-109439511618922/ | | https://www.lovermelody.com/ | https://www.lovermelody.com/products/brush-11 | https://www.lovermelody.com/ | TRUE | 817 |
| 601 | Bestnumeral | https://www.facebook.com/Bestnumeral-729907751061127/ | | | https://www.bestnumeral.com/.../original-for-horses-dogs... | #N/A | TRUE | 716 |
| 615 | Humuling1 | https://www.facebook.com/Humuling1-105612131989682/ | 105612131989682 | https://www.humuling.com/ | https://www.humuling.com/products/-%F0%9F%92%A5new-year-sale%F0%9F%92%A5--50--off--6-in-1-shedding-grooming-massage-brush | https://www.humuling.com/ | TRUE | 794 |
| 1324 | Cucciolo & Cavallo | https://www.facebook.com/cucciolocavallo/ | 704976223709197 | https://cucciolocavallo.com/ | https://cucciolocavallo.com/products/all-in-one-grooming-tool-groom-shed-shine-wash-slick-massage | #N/A | TRUE | 739 |
| 1381 | Shark Wineware | https://www.facebook.com/Shark-Wineware-100916312364229/ | 100916312364229 | https://sharkwineware.com/ | https://sharkwineware.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage | #N/A | TRUE | 861 |
| 1387 | Unsunrise QE | https://www.facebook.com/Unsunrise-QE-100423725877366/ | 100423725877366 | https://unsunrise.com/ | https://unsunrise.com/products/br | #N/A | TRUE | 895 |
| 1425 | Derspu | https://www.facebook.com/Derspu-105959875157204/ | 105959875157204 | https://derspu.com/ | https://derspu.com/products/%F0%9F%92%A5new-year-sale%F0%9F%92%A5--50--off--6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 742 |
| 1429 | Euppos.shop | https://www.facebook.com/Eupposshop-108681818386710/ | 108681818386710 | https://euppos.com/ | https://euppos.com/products/-%F0%9F%92%A5new-year-sale%F0%9F%92%A5--50--off--6-in-1-shedding-grooming-massage-brush?fbclid=IwAR1VotMHf7tCMerHBzcCeHahb4mnAF8Np-GYRILToIWCvU-cYZj5VcKWmts | #N/A | TRUE | 759 |

DEFENDANTS IN THIS CASE WHO MATCH DEFENDANTS IN THE SDFL ACTION

| Schedule # | Advertiser Name (Facebook Page) | Facebook Page Link | Facebook Page ID # | Website Link | Counterfeit Landing Page Link | Domain in Florida Case | CASE | DEFENDANT # |
|---|---|---|---|---|---|---|---|---|
| 1430 | Laurars.shop | https://www.facebook.com/Laurarsshop-107020018519105/ | 107020018519105 | https://laurars.com/ | https://laurars.com/products/gmb?fbclid=IwAR2AY_uotbd0Qxny4DwJcWwgInv-D3pFdd9CM8IeTEVb3k9-agrZ0aFdeAo | #N/A | TRUE | 811 |
| 1434 | Stylesr.shop | https://www.facebook.com/Stylesrshop-104145682144714/ | 104145682144714 | https://stylesr.com/ | https://stylesr.com/products/gmb | #N/A | TRUE | 876 |
| 1443 | TacticalCan T | https://www.facebook.com/Tacticalcan-T-111312628078152/ | 111312628078152 | https://tacticalcan.com/ | https://tacticalcan.com/products/brush | #N/A | TRUE | 886 |
| 1453 | Sewtking02 | https://www.facebook.com/Sewtking02-101507845774005/ | 101507845774005 | https://www.sewtking.com/ | https://www.sewtking.com/products/-new-year-sale--50--off--6-in-1-shedding-grooming-massage-brush | https://www.sewtking.com/ | TRUE | 860 |
| 1459 | Bilitanie UK | https://www.facebook.com/Bilitanie-UK-104785988741246/ | 104785988741246 | https://www.bilitanie.com/ | https://www.bilitanie.com/products/6-in-1-shedding-grooming-massage-brush | https://www.bilitanie.com/ | TRUE | 719 |
| 1461 | Sweetytop-hot | https://www.facebook.com/Sweetytop-hot-107909674960682/ | 107909674960682 | https://www.sweetytop.com/ | https://www.sweetytop.com/products/grooming | https://www.sweetytop.com/ | TRUE | 885 |
| 1462 | HomeDecorate | https://www.facebook.com/HomeDecorate-117111743920594/ | 117111743920594 | https://venpmall.com/ | https://venpmall.com/products/grooming | #N/A | TRUE | 897 |
| 1464 | AshbyEden-USA | https://www.facebook.com/AshbyEden-USA-105412661999080/ | 105412661999080 | https://www.ashbyeden.shop/ | https://www.ashbyeden.shop/products/new-year-sale-50-off-6-in-1-shedding-grooming-massage-brush | https://www.ashbyeden.shop/ | TRUE | 711 |
| 1465 | Acebobo | https://www.facebook.com/Acebobo-105832545300371 | 105832545300371 | https://www.acebobo.com/ | https://www.acebobo.com/products/new-year-sale-50-off-6-in-1-shedding-grooming-massage-brush | https://www.acebobo.com/ | TRUE | 700 |
| 1466 | Blushpuberty-008 | https://www.facebook.com/Blushpuberty-008-103225728928320/ | 103225728928320 | https://www.blushpuberty.com/ | https://www.blushpuberty.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.blushpuberty.com/ | TRUE | 721 |
| 1467 | Greeoy SG | https://www.facebook.com/Greeoy-SG-108604748381955/ | 108604748381955 | https://www.greeoy.com/ | https://www.greeoy.com/products/6-in-1-shedding-grooming-massage-brush | https://www.greeoy.com/ | TRUE | 784 |
| 1472 | 24K Magic | https://www.facebook.com/24K-Magic-109006671603335/ | 109006671603335 | https://www.24kmagic.net/ | https://www.24kmagic.net/products/6-in-1-shedding-grooming-massage-brush | https://www.24kmagic.net/ | TRUE | 696 |
| 1488 | Feelrational.FD | https://www.facebook.com/FeelrationalFD-109078941678302/ | 109078941678302 | https://www.feelrational.com/ | https://www.feelrational.com/products/brush | https://www.feelrational.com/ | TRUE | 765 |
| 1490 | Rovalas | https://www.facebook.com/Rovalas-107957661726295/ | 107957661726295 | https://rovalas.com/ | https://rovalas.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 855 |
| 1491 | Surprisesky La | https://www.facebook.com/Surprisesky-La-101436539115679/ | 101436539115679 | https://www.surprisesky.com/ | https://www.surprisesky.com/products/%F0%9F%92%A5new-year-sale%F0%9F%92%A5-48-off-6-in-1-shedding-grooming-massage-brush | https://www.surprisesky.com/ | TRUE | 882 |
| 1493 | Surprisesky CA | https://www.facebook.com/Surprisesky-CA-106151418712743/ | 106151418712743 | https://www.realfundeal.com/ | https://www.realfundeal.com/products/%F0%9F%92%A5hot-sale%F0%9F%92%A5-48-off-6-in-1-shedding-grooming-massage-brush | https://www.realfundeal.com/ | TRUE | 852 |
| 1494 | Eoutodoor CA | https://www.facebook.com/Eoutodoor-CA-109288514947546/ | 109288514947546 | https://www.eoutodoor.com/ | https://www.eoutodoor.com/products/shedding-grooming-massage-brush | https://www.eoutodoor.com/ | TRUE | 757 |
| 1498 | Theflycloud | https://www.facebook.com/Theflycloud-106190741941508/ | 106190741941508 | https://www.theflycloud.com/ | https://www.theflycloud.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.theflycloud.com/ | TRUE | 888 |
| 1501 | Ctymax | https://www.facebook.com/Ctymax-104884161742354/ | 104884161742354 | https://www.ctymax.com/ | https://www.ctymax.com/products/6-in-1-shedding-grooming-massage-brush | https://www.ctymax.com/ | TRUE | 738 |
| 1503 | Levsafish-UK | https://www.facebook.com/Levsafish-uk-111347594728261/ | 111347594728261 | https://levsafish.com/ | https://levsafish.com/products/-%F0%9F%92%A5new-year-sale%F0%9F%92%A5--50--off--6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 814 |
| 1506 | Simplylevsa uk | https://www.facebook.com/Simplylevsa-uk-111864448002140/ | 111864448002140 | https://simplylevsa.com/ | https://simplylevsa.com/products/-%F0%9F%92%A5new-year-sale%F0%9F%92%A5--50--off--6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 866 |
| 1507 | Futuremagics07 | https://www.facebook.com/Futuremagics07-103043425625372/ | 103043425625372 | https://www.futuremagics.com/ | https://www.futuremagics.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.futuremagics.com/ | TRUE | 775 |
| 1516 | Mcoval | https://www.facebook.com/Mcoval-109662441612014/ | 109662441612014 | https://mcoval.com/ | https://mcoval.com/products/new-year-sale-50-off-6in1-shedding-grooming-massage-brush | #N/A | TRUE | 823 |
| 1517 | Shesla Shop | https://www.facebook.com/Shesla-Shop-436513600480000/ | 436513600480000 | https://www.shesla.com/ | https://www.shesla.com/products/%F0%9F%92%A5new-year-sale%F0%9F%92%A5-50-off-6-in-1-shedding-grooming-massage-brush | https://www.shesla.com/ | TRUE | 863 |
| 1519 | Pininy | https://www.facebook.com/Pininy-2362754510664342/ | 2362754510664340 | https://www.pininy.com/ | https://www.pininy.com/products/brush | https://www.pininy.com/ | TRUE | 844 |
| 1524 | Youuly-stores | https://www.facebook.com/Youuly-stores-113984691194354/ | 113984691194354 | https://www.movingtune.com/ | https://www.movingtune.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.movingtune.com/ | TRUE | 832 |
| 1525 | Primpetty | https://www.facebook.com/Primpetty-100882895146192/ | 100882895146192 | https://primpetty.com/ | https://primpetty.com/products/brush | #N/A | TRUE | 846 |
| 1529 | Fankisses-Beauty | https://www.facebook.com/Fankisses-Beauty-109963894920155/ | 109963894920155 | https://www.fankisses.com/ | https://www.fankisses.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.fankisses.com/ | TRUE | 763 |
| 1530 | Infrontofmoon1 | https://www.facebook.com/Infrontofmoon1-101188109069907/ | 101188109069907 | https://www.infrontofmoon.com/ | https://www.infrontofmoon.com/products/6-in-1-shedding-grooming-massage-brush | https://www.infrontofmoon.com/ | TRUE | 798 |
| 1531 | Youngfight | https://www.facebook.com/Youngfight-101411182451580/ | 101411182451580 | https://www.youngfight.com/ | https://www.youngfight.com/products/new-year-sale-47-off-6-in-1-shedding-grooming-massage-brush | https://www.youngfight.com/ | TRUE | 927 |
| 1532 | Meteoryard-01 | https://www.facebook.com/Meteoryard-01-105907678608615/ | 105907678608615 | https://www.meteoryard.com/ | https://www.meteoryard.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.meteoryard.com/ | TRUE | 827 |
| 1533 | A. C. Obras e Acabamen | https://www.facebook.com/obraseacabamentosac/ | N/A | https://www.auctionm.us/ | https://www.auctionm.us/products/hot-sale-6-in-1-shedding-grooming-massage-brush | https://www.auctionm.us/ | TRUE | 712 |

DEFENDANTS IN THIS CASE WHO MATCH DEFENDANTS IN THE SDFL ACTION

| Schedule # | Advertiser Name (Facebook Page) | Facebook Page Link | Facebook Page ID # | Website Link | Counterfeit Landing Page Link | Domain in Florida Case | IN THE FLORIDA CASE | DEFENDANT # |
|---|---|---|---|---|---|---|---|---|
| 1537 | Zewek | https://www.facebook.com/Zewek-100456615904352/ | 100456615904352 | https://www.zewek.com/ | https://www.zewek.com/products/%F0%9F%92%A5new-year-sale%F0%9F%92%A5-50-off-6-in-1-shedding-grooming-massage-brush | https://www.zewek.com/ | TRUE | 929 |
| 1538 | Toinspiration PA | https://www.facebook.com/Toinspiration-PA-107621258398848/ | 107621258398848 | https://toinspiration.com/ | https://toinspiration.com/products/brush | #N/A | TRUE | 899 |
| 1545 | Toinspiration UA | https://www.facebook.com/Toinspiration-UA-103723742152033/ | 103723742152033 | https://toinspiration.com/ | https://toinspiration.com/products/brush | #N/A | TRUE | 899 |
| 1546 | Witme Thod | https://www.facebook.com/Witme-thod-109748934854860/ | 109748934854860 | https://www.witmethod.com/ | https://www.witmethod.com/products/brush-11 | https://www.witmethod.com/ | TRUE | 904 |
| 1549 | Hyacinthq KZ | https://www.facebook.com/Hyacinthq-Kz-104406332166346/ | 104406332166346 | https://hyacinthq.com/ | https://hyacinthq.com/products/brush | #N/A | TRUE | 795 |
| 1550 | Oftenhave_us2 | https://www.facebook.com/Oftenhave_us2-107401478526785/ | 107401478526785 | https://www.charmsvision.com/ | https://www.charmsvision.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.charmsvision.com/ | TRUE | 727 |
| 1551 | Superbzeal-Art | https://www.facebook.com/Superbzeal-Art-298241588635297/ | 298241588635297 | https://www.superbzeal.com/ | https://www.superbzeal.com/products/6-in-1-shedding-grooming-massage-brush | https://www.superbzeal.com/ | TRUE | 880 |
| 1552 | Hgaddos | https://www.facebook.com/Hgaddos-102148018895020/ | 102148018895020 | https://www.hgaddo.com/ | https://www.hgaddo.com/products/new-year-sale-50-off-6-in-1-shedding-grooming-massage-brush | https://www.hgaddo.com/ | TRUE | 789 |
| 1553 | GTY Store | https://www.facebook.com/gtydeals/ | N/A | https://horseriders.shop/ | https://horseriders.shop/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 791 |
| 1564 | Horse Lovers Group | https://www.facebook.com/horseloversgroupdirect/ | N/A | https://www.discountbasketshopperdirect.com/ | https://www.discountbasketshopperdirect.com/products/6-in-1-horse-grooming-brush-69711?variant=42123229266171 | https://www.discountbasketshopperdirect.com/ | TRUE | 744 |
| 1578 | Nsseek shop | https://www.facebook.com/Nsseek-shop-104982011781434/ | 104982011781434 | https://www.nsscout.com/ | https://www.nsscout.com/products/-new-year-sale--50--off-6-in-1-shedding-grooming-massage-brush | https://www.nsscout.com/ | TRUE | 836 |
| 1584 | Lengleah | https://www.facebook.com/Lengleah-101290875780906/ | 101290875780906 | https://lengleah.store/ | https://lengleah.store/products/brush | #N/A | TRUE | 813 |
| 1616 | Justlikesky2 | https://www.facebook.com/Justlikesky2-112002144480110/ | 112002144480110 | https://www.justlikesky.com/ | https://www.justlikesky.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.justlikesky.com/ | TRUE | 805 |
| 1617 | Drbingoo-shop | https://www.facebook.com/Drbingoo-shop-104862538797566/ | 104862538797566 | https://www.drbingoo.com/ | https://www.drbingoo.com/products/%F0%9F%92%A5new-year-sale%F0%9F%92%A5-50-off-6-in-1-shedding-grooming-massage-brush | https://www.drbingoo.com/ | TRUE | 746 |
| 1619 | Crueblue Market | https://www.facebook.com/Crueblue-Market-105902795352593/ | 105902795352593 | https://www.crueblue.com | https://www.crueblue.com/products/new-year-sale-50-off-6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 737 |
| 1622 | Vrtcerrd | https://www.facebook.com/Vrtcerrd-108207518459362/ | 108207518459362 | https://www.vrtcerrd.com/ | https://www.vrtcerrd.com/products/-%F0%9F%92%A5easter-sale%F0%9F%92%A5--50--off-6-in-1-shedding-grooming-massage-brush | https://www.vrtcerrd.com/ | TRUE | 900 |
| 1631 | Chart land | https://www.facebook.com/Chart-land-113386450450242/ | 113386450450242 | https://www.ybaitong.com/ | https://www.ybaitong.com/products/-new-year-sale--50--off-6-in-1-shedding-grooming-massage-brush | https://www.ybaitong.com/ | TRUE | 926 |
| 1645 | Etsy.Happytoobtainb | https://www.facebook.com/EtsyHappytoobtainb-105579465262768/ | 105579465262768 | https://www.happytoobtain.com/ | https://www.happytoobtain.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.happytoobtain.com/ | TRUE | 786 |
| 1646 | Temptte USA | https://www.facebook.com/Temptte-USA-100477132582258/ | 100477132582258 | https://www.temptte.com/ | https://www.temptte.com/products/6-in-1-shedding-grooming-massage-brush | https://www.temptte.com/ | TRUE | 887 |
| 1648 | Ailiboatshop | https://www.facebook.com/Ailiboatshop-107855824515063/ | 107855824515063 | https://www.ailiboats.com/ | https://www.ailiboats.com/products/massage-brush | https://www.ailiboats.com/ | TRUE | 701 |
| 1652 | Danhna | https://www.facebook.com/Danhna-105801801885505/ | 105801801885505 | https://faithes.shop/ | https://faithes.shop/products/6in1-shedding-grooming-massage-brush | #N/A | TRUE | 762 |
| 1663 | Voritude-IQ | https://www.facebook.com/Voritude-IQ-100943152356579/ | 100943152356579 | https://voritude.com/ | https://voritude.com/products/-%F0%9F%92%A5women-s-day-sale%F0%9F%92%A5--50--off--6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 899 |
| 1665 | Cityexact KT | https://www.facebook.com/Cityexact-KT-111161184831214/ | 111161184831214 | https://www.cityexact.com/ | https://www.cityexact.com/products/6-in-1-shedding-grooming-massage-brush | https://www.cityexact.com/ | TRUE | 731 |
| 1668 | Lilipworld FJ | https://www.facebook.com/Lilipworld-FJ-109813334954775/ | 109813334954775 | https://lilipworld.com/ | https://lilipworld.com/products/xqo | #N/A | TRUE | 815 |
| 1742 | Tophotred-A | https://www.facebook.com/Tophotred-A-101778912413089/ | 101778912413089 | https://www.tophotred.com/ | https://www.tophotred.com/products/brush-3 | https://www.tophotred.com/ | TRUE | 891 |
| 1743 | Faintme | https://www.facebook.com/Faintme-100656275493289/ | 100656275493289 | https://faintme.com/ | https://faintme.com/products/brush | #N/A | TRUE | 761 |
| 1765 | Faint | https://www.facebook.com/Faint-100315428861612/ | 100315428861612 | https://faintme.com/ | https://faintme.com/products/brush | #N/A | TRUE | 761 |
| 1773 | Kulberry US | https://www.facebook.com/Kulberry-US-104182128867381/ | 104182128867381 | https://www.kulberry.shop/ | https://www.kulberry.shop/product-detail?id=40921 | https://www.kulberry.shop/ | TRUE | 809 |
| 1775 | Cutelys | https://www.facebook.com/Cutelys-104487878439565/ | 104487878439565 | https://cutelys.com/ | https://cutelys.com/products/brush | #N/A | TRUE | 740 |
| 1789 | macamolly.com | https://www.facebook.com/macamollycom-110577304727196/ | 110577304727196 | https://www.macamolly.com/ | https://www.macamolly.com/products/%E2%9C%A8hot-sale%E2%9C%A8-50-off-6-in-1-shedding-grooming-massage-brush | https://www.macamolly.com/ | TRUE | 820 |
| 1822 | Milanocollection.shop-U | https://www.facebook.com/Milanocollectionshop-US-103749532220225/ | 103749532220225 | https://milanocollection.shop/ | https://milanocollection.shop/products/%F0%9F%92%A5neues-jahresverkauf%F0%9F%92%A5-50-rabatt-6-in-1-massageburste-fur-fehlerhafte-pflege | #N/A | TRUE | 828 |
| 1823 | Pawcareess VIP | https://www.facebook.com/Pawcareess-VIP-100691862552355/ | 100691862552355 | https://pawcareess.com/ | https://pawcareess.com/products/massage-brush | #N/A | TRUE | 842 |

DEFENDANTS IN THIS CASE WHO MATCH DEFENDANTS IN THE SDFL ACTION

| Schedule # | Advertiser Name (Facebook Page) | Facebook Page Link | Facebook Page ID # | Website Link | Counterfeit Landing Page Link | Domain in Florida Case | IN FLA CASE | DEFENDANT # |
|---|---|---|---|---|---|---|---|---|
| 1826 | Subtlecloud-U | https://www.facebook.com/Subtlecloud-U-105067612089967/ | 105067612089967 | https://www.subtlecloud.com/ | https://www.subtlecloud.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.subtlecloud.com/ | TRUE | 877 |
| 1827 | Subtlecloud-M | https://www.facebook.com/Subtlecloud-m-102699708929406/ | 102699708929406 | https://www.subtlecloud.com/ | https://www.subtlecloud.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush | https://www.subtlecloud.com/ | TRUE | 877 |
| 1835 | Arcssai.luxe-US | https://www.facebook.com/Arcssailuxe-US-108711788429772/ | 108711788429772 | https://www.arcssai.luxe/ | https://www.arcssai.luxe/products/%F0%9F%92%A5new-year-sale%F0%9F%92%A5-45-off-6-in-1-shedding-grooming-massage-brush | https://www.arcssai.luxe/ | TRUE | 705 |
| 1840 | Firemid | https://www.facebook.com/Firemid-104579698856334/ | 104579698856334 | https://www.firemid.com/ | https://www.firemid.com/products/brush | https://www.firemid.com/ | TRUE | 767 |
| 1856 | Luckyarrange2 | https://www.facebook.com/Luckyarrange2-103635505472983/ | 103635505472983 | https://www.luckyarrange.com/ | https://www.luckyarrange.com/products/6-in-1-shedding-grooming-massage-brush | https://www.luckyarrange.com/ | TRUE | 819 |
| 1861 | Abigawe | https://www.facebook.com/Abigawe-113001084524095/ | 113001084524095 | https://www.abigaw.com/ | https://www.abigaw.com/products/6-in-1-shedding-grooming-massage-brush | https://www.abigaw.com/ | TRUE | 699 |
| 1863 | SomeThe-Self | https://www.facebook.com/SomeThe-Self-102228572292286/ | 102228572292286 | https://www.somethebest.com/ | https://www.somethebest.com/products/brush-3 | https://www.somethebest.com/ | TRUE | 871 |
| 1919 | Arena Equestrian | https://www.facebook.com/arenaequestrian01/ | N/A | https://arenaequestrian.com.au/ | https://arenaequestrian.com.au/products/rubber-groomer-massage-and-hair-stripper | #N/A | TRUE | 706 |
| 1921 | Jewelrystore | https://www.facebook.com/Jewelrystore-105678835445578/ | 105678835445578 | https://www.jewelrring.com/ | https://www.jewelrring.com/products/6-in-1-shedding-grooming-massage-brush | https://www.jewelrring.com/ | TRUE | 801 |
| 1988 | Frying Cabin | https://www.facebook.com/Frying-Cabin-108452741708607/ | 108452741708607 | https://fryingcabin.com/ | https://fryingcabin.com/products/%F0%9F%92%A5mothers-day-sale%F0%9F%92%A5-50-off-6-in-1-hair-removal-beauty-massage-brush | #N/A | TRUE | 774 |
| 1992 | OGhub | https://www.facebook.com/OGhub/ | N/A | https://oglovo.com | https://oglovo.com/products/6-in-1-shedding-massage-brush | #N/A | TRUE | 838 |
| 2071 | Allhaulm-Fast | https://www.facebook.com/Allhaulm-Fast-111667151520511/ | 111667151520511 | https://www.allhaulm.com/ | https://www.allhaulm.com/products/brush-3-2 | #N/A | TRUE | 907 |
| 2074 | Purebluestar | https://www.facebook.com/Purebluestar-111012721410374/ | 111012721410374 | https://www.purebluestars.com/ | https://www.purebluestars.com/products/brush-11-2 | https://www.purebluestars.com/ | TRUE | 847 |
| 2111 | ponyshower.de | https://www.facebook.com/ponyshower.de/ | N/A | https://ponyshower.de | https://ponyshower.de/products/ponybrush | #N/A | TRUE | 941 |
| 2171 | Hopmtite Department S | https://www.facebook.com/Hopmtite-Department-Store-101368974707863/ | 101368974707863 | https://hopmtite.com | https://hopmtite.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 790 |
| 2179 | Edge-bear.USA | https://www.facebook.com/Edge-bearUSA-109633391720767/ | 109633391720767 | https://www.edge-bear.com/ | https://www.edge-bear.com/products/hair-removal-grooming-massage-brush | https://www.edge-bear.com/ | TRUE | 935 |
| 2187 | Nowonow Shop | https://www.facebook.com/Nowonow-Shop-1661895307371382/ | 1661895307371380 | https://www.nowonow.com/ | https://www.nowonow.com/products/brush | #N/A | TRUE | 920 |
| 2197 | Pure blue stars | https://www.facebook.com/Pure-blue-stars-112581311448184/ | 112581311448184 | https://www.purebluestars.com/ | https://www.purebluestars.com/products/brush-11-2 | https://www.purebluestars.com/ | TRUE | 847 |
| 2198 | Alcartoonly | https://www.facebook.com/Alcartoonly-111191714905715/ | 111191714905715 | https://www.alcartoonly.com/ | https://www.alcartoonly.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush-2 | #N/A | TRUE | 906 |
| 2199 | Bulk-supplements.UK | https://www.facebook.com/Bulk-supplementsUK-109066125009467/ | 109066125009467 | https://www.bulk-supplement.com/ | https://www.bulk-supplement.com/products/hair-removal-grooming-massage-brush | #N/A | TRUE | 909 |
| 2208 | Blousonclub | https://www.facebook.com/Blousonclub-110480028294355/ | 110480028294355 | https://www.costumebrand.com/ | https://www.costumebrand.com/products/hair-removal-grooming-massage-brush---for-sensitive-cats-and-dogs-buy-2-free-shipping | #N/A | TRUE | 911 |
| 2211 | Mite-wood.UK | https://www.facebook.com/Mite-woodUK-107719898563228/ | 107719898563228 | https://www.mite-wood.com/ | https://www.mite-wood.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 919 |
| 2213 | Embravewise | https://www.facebook.com/Embravewise-117538234272035/ | 117538234272035 | https://www.embravewise.com/ | https://www.embravewise.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 912 |
| 2220 | Goblin Pocket | https://www.facebook.com/Goblin-Pocket-107566848500230/ | 107566848500230 | https://www.goblinpocket.com/ | https://www.goblinpocket.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 913 |
| 2272 | Inputependa | https://www.facebook.com/Inputependa-114868401196710/ | 114868401196710 | https://www.inputependa.com/ | https://www.inputependa.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 916 |
| 2300 | Magicport | https://www.facebook.com/Magicport-102709638917636/ | 102709638917636 | https://www.magicport.net/ | https://www.magicport.net/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 917 |
| 2303 | Sunshineb | https://www.facebook.com/Sunshineb-103602835767791/ | 103602835767791 | https://sunshinebl.com/ | https://sunshinebl.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 879 |
| 2304 | Implicitm | https://www.facebook.com/Implicitm-110596118322118/ | 110596118322118 | https://www.implicitm.com/ | https://www.implicitm.com/products/6-in-1-horse-hair-comb-horse-shedding-tool-kit | #N/A | TRUE | 915 |
| 2315 | Supvogue.International | https://facebook.com/100067150844026 | 625094317621314 | | https://www.supvogue.com/products/6-in-1-horse-hair-comb-horse-shedding-tool-kit | #N/A | TRUE | 924 |
| 2325 | Equines2Canines | https://facebook.com/Equines2Canines | N/A | https://equines2canines.com.au/ | https://equines2canines.com.au/products/hair-shedding-water-scraping-tool | #N/A | TRUE | 936 |
| 2331 | Rationalu_UK | https://www.facebook.com/Rationalu_UK-105044918984588/ | 105044918984588 | https://www.rationalu.com/ | https://www.rationalu.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 923 |
| 2340 | Pup_pup | https://www.facebook.com/Pup_pup-103390038805351/ | 103390038805351 | https://www.puppup.net/ | https://www.puppup.net/products/6-in-1-shedding-grooming-massage-brush-2 | #N/A | TRUE | 922 |
| 2347 | Beautifuldeer-Love | https://www.facebook.com/Beautifuldeer-Love-114775464544337/ | 114775464544337 | https://www.beautifuldeer.com/ | https://www.beautifuldeer.com/products/6-in-1-shedding-grooming-massage-brush | https://www.beautifuldeer.com/ | TRUE | 714 |

DEFENDANTS IN THIS CASE WHO MATCH DEFENDANTS IN THE SDFL ACTION

| # on Schedule | Advertiser Name (Facebook Page) | Facebook Page Link | Facebook Page ID # | Website Link | Counterfeit Landing Page Link | Domain in Florida Case | IN FL CASE | DEFENDANT # |
|---|---|---|---|---|---|---|---|---|
| 2365 | Confidencem | https://www.facebook.com/Confidencem-101288355980087/ | 101288355980087 | https://www.confidencem.com/ | https://www.confidencem.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 910 |
| 2368 | Gladnesslife-A | https://www.facebook.com/Gladnesslife-A-1097921703591039/ | 1097921703591030 | https://www.milletgo.com/ | https://www.milletgo.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 918 |
| 2369 | Happyhours-rover.hr | https://www.facebook.com/Happyhours-roverhr-102646572597105/ | 102646572597105 | https://www.happyhours-rover.com/ | https://www.happyhours-rover.com/products/hot-sale-now--save-48-off-6-in-1-shedding-grooming-massage-brush-buy-2-get-free-shipping-now | #N/A | TRUE | 914 |
| 2370 | Gorgeousdo.go | https://www.facebook.com/Gorgeousdogo-109413301889726/ | 109413301889726 | https://gorgeousdo.com/ | https://gorgeousdo.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 781 |
| 2372 | Xnainng.store | https://facebook.com/100083911856722 | 104705522344235 | https://xnainng.com/ | https://xnainng.com/products/original-for-horses-6-in-1-shedding-grooming-massage | #N/A | TRUE | 925 |
| 2382 | OpportunUity | https://www.facebook.com/OpportunUity-106757732065957/ | 106757732065957 | https://www.opportunuity.com/ | https://www.opportunuity.com/products/6-in-1-shedding-grooming-massage-brush | https://www.opportunuity.com/ | TRUE | 840 |
| 2383 | Gotiwell US | https://www.facebook.com/buwar.id/ | N/A | https://www.gotiwell.com/ | https://www.gotiwell.com/products/6-in-1-shedding-grooming-massage-brush | https://www.gotiwell.com/ | TRUE | 782 |
| 2384 | EnjoyaitLife | https://www.facebook.com/profile.php?id=100083376039360 | 100083376039360 | https://www.enjoyaitlife.com/ | https://www.enjoyaitlife.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2 | https://www.enjoyaitlife.com/ | TRUE | 754 |
| 2386 | Anblinlast | https://www.facebook.com/Anblinlast-110812305075969/ | 110812305075969 | https://www.anblinlast.com/ | https://www.anblinlast.com/products/6-in-1-shedding-grooming-massage-brush | https://www.anblinlast.com/ | TRUE | 702 |
| 2387 | Glossarye | https://www.facebook.com/profile.php?id=100087227100495 | 100087227100495 | https://www.glossarye.com/ | https://www.glossarye.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2 | https://www.glossarye.com/ | TRUE | 778 |
| 2390 | Swan-sunny.sw | https://www.facebook.com/Swan-sunnysw-103015326050551/ | 103015326050551 | https://swan-sunny.com/ | https://swan-sunny.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage | #N/A | TRUE | 883 |
| 2391 | Visualfavor | https://www.facebook.com/profile.php?id=100083704929889 | 100083704929889 | https://visualfavor.com/ | https://visualfavor.com/products/massage | #N/A | TRUE | 898 |
| 2396 | Usmoto | https://www.facebook.com/Usmoto-109542584127820/ | 109542584127820 | https://www.usmoto.net/ | https://www.usmoto.net/products/%F0%9F%90%B440-off%F0%9F%94%A56-in-1-shedding-grooming-massage-brush | https://www.usmoto.net/ | TRUE | 896 |
| 2399 | Wayinnotime | https://www.facebook.com/profile.php?id=100083979944859 | 100083979944859 | https://www.wayinnotime.com/ | https://www.wayinnotime.com/products/6-in-1-shedding-grooming-massage-brush | https://www.wayinnotime.com/ | TRUE | 903 |
| 2403 | Jewelawne | https://www.facebook.com/profile.php?id=100083024334426 | 100083024334426 | https://www.jewelawne.com/ | https://www.jewelawne.com/products/original-for-horses-6-in-1-striphair-gentle-groomer-horse-dog | https://www.jewelawne.com/ | TRUE | 800 |
| 2406 | Tahout | https://www.facebook.com/profile.php?id=100089685425321 | 100089685425321 | https://tahout.com/ | https://tahout.com/products/original | #N/A | TRUE | 944 |
| 2407 | Clearcywin-Clea | https://www.facebook.com/profile.php?id=100084408288571 | 100084408288571 | https://www.clearcywin.com/ | https://www.clearcywin.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2 | https://www.clearcywin.com/ | TRUE | 732 |
| 2409 | Contemporark | https://www.facebook.com/profile.php?id=100088669836148 | 100088669836148 | https://www.contemporark.com/ | https://www.contemporark.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2 | https://www.contemporark.com/ | TRUE | 734 |
| 2410 | Frame-wood.uk | https://www.facebook.com/Frame-woodUK-110032044995323/ | 110032044995323 | https://www.frame-wood.com/ | https://www.frame-wood.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more | https://www.frame-wood.com/ | TRUE | 773 |
| 2411 | Formulalm-A | https://www.facebook.com/profile.php?id=100084739155993 | 100084739155993 | https://www.formulalm.com/ | https://www.formulalm.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more | https://www.formulalm.com/ | TRUE | 772 |
| 2413 | Mite-wood.US | https://www.facebook.com/profile.php?id=100082866505953 | 100082866505953 | https://www.mite-wood.com/ | https://www.mite-wood.com/products/6-in-1-shedding-grooming-massage-brush | #N/A | TRUE | 919 |
| 2414 | Dice-fox.FR | https://www.facebook.com/Dice-foxFR-106228385407621/ | 106228385407621 | https://dice-fox.com/ | https://dice-fox.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more | #N/A | TRUE | 743 |
| 2415 | Awakelet | https://www.facebook.com/profile.php?id=100084358028813 | 100084358028813 | https://www.awakelet.com/ | https://www.awakelet.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more | https://www.awakelet.com/ | TRUE | 713 |
| 2416 | Mortra | https://www.facebook.com/profile.php?id=100063693410086 | 100063693410086 | https://mortra.com/ | https://mortra.com/products/equi-shedder | #N/A | TRUE | 939 |
| 2418 | Hailoyearn | https://www.facebook.com/Hailoyearn-102849095755596/ | 102849095755596 | https://hailoyearn.com/ | https://hailoyearn.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2 | #N/A | TRUE | 785 |
| 2421 | Jingle-shines | https://www.facebook.com/profile.php?id=100088669362314 | 100088669362314 | https://jingle-shines.uk/ | https://jingle-shines.uk/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more | #N/A | TRUE | 803 |
| 2422 | Sunnylada.su | https://www.facebook.com/profile.php?id=100089856084115 | 100089856084115 | https://www.sunnylada.com/ | https://www.sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush | https://www.sunnylada.com/ | TRUE | 878 |
| 2426 | Frankie_the_minidood (aka "9kmetal") | https://www.facebook.com/profile.php?id=100022001635743 | 100022001635743 | https://9kmetal.com/ | https://9kmetal.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more | #N/A | TRUE | 697 |
| 2427 | Smarts-blue.BU | https://www.facebook.com/Smarts-blueBU-103385425853899/ | 103385425853899 | https://www.smarts-blue.com/ | https://www.smarts-blue.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more | https://www.smarts-blue.com/ | TRUE | 870 |
| 2428 | Emissail | https://www.facebook.com/profile.php?id=100083369897282 | 100083369897282 | https://www.emissail.com/ | https://www.emissail.com/products/6-in-1-shedding-grooming-massage-brush-buy-more-save-more?st= | https://www.emissail.com/ | TRUE | 753 |
| 2429 | Moonlightooze.m | https://www.facebook.com/Moonlightoozem-108423415288563/ | 108423415288563 | https://www.moonlightooze.com/ | https://www.moonlightooze.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more | https://www.moonlightooze.com/ | TRUE | 831 |

DEFENDANTS IN THIS CASE WHO MATCH DEFENDANTS IN THE SDFL ACTION

| Schedule # on Schedule | Advertiser Name (Facebook Page | Facebook Page Link | Facebook Page ID # | Website Link | Counterfeit Landing Page Link | Domain in Florida Case | IN FL CASE | DEFENDANT # |
|---|---|---|---|---|---|---|---|---|
| 2435 | Mattch-better.US | https://www.facebook.com/Mattch-betterUS-100110425921069/ | 100110425921069 | https://www.mattch-better.com/ | https://www.mattch-better.com/products/massage-brush | https://www.mattch-better.com/ | TRUE | 821 |