# Exhibit

# 4

○ Active

Started running on Feb 8, 2022

Platforms 👍 📷 ⊙ 💬

ID: 397272745539542

See ad details

 **Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. " Get it here
https://tacticalcan.com/products/brush



TACTICALCAN.COM
New Year Hot Sale 6-in-1 Shedding Grooming Massage Brush

Shop now

✔ Active

•••

Started running on Feb 8, 2022

Platforms   

ID: 954355668521499

See ad details

 **Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. " Get it here
https://tacticalcan.com/products/brush



TACTICALCAN.COM
New Year Hot Sale 6-in-1 Shedding Grooming Massage Brush

Shop now

✓ Active                                                          •••

Started running on Feb 8, 2022

Platforms   

ID: 291867959594378

See ad details

 **Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new
way to groom. " Get it here
https://tacticalcan.com/products/brush



TACTICALCAN.COM
New Year Hot Sale 6-in-1 Shedding Grooming          Shop now
Massage Brush

✅ Active                                                              •••

Started running on Feb 8, 2022

Platforms  

ID: 692558708415591

See ad details

 **Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. " 👉 Get it here 👉
https://tacticalcan.com/products/brush



TACTICALCAN.COM
🎉New Year Hot Sale🎉6-in-1 Shedding Grooming Message Brush

Shop now

⊘ Active                                    •••

Started running on Feb 8, 2022

Platforms   

ID: 486598589754603

See ad details

 **Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. " Get it here
https://tacticalcan.com/products/brush



TACTICALCAN.COM
New Year Hot Sale 6-in-1 Shedding Grooming
Massage Brush

Shop now

⊘ Active                                                    •••

Started running on Feb 8, 2022

Platforms   

ID: 3205955012956689

See ad details

 **Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. " 👉 Get it here👈
https://tacticalcan.com/products/brush



TACTICALCAN.COM
🎉New Year Hot Sale 🎁6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active                                                          •••

Started running on Feb 8, 2022

Platforms  

ID: 270121615260487

See ad details

---

**Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. "  Get it here👉
https://tacticalcan.com/products/brush



TACTICALCAN.COM
🎉New Year Hot Sale 🎉6-in-1 Shedding Grooming        Shop now
Massage Brush

⊘ Active                                    •••

Started running on Feb 8, 2022

Platforms  🅕 ⓘ Ⓡ ◌

ID: 991117001814733

See ad details

 **Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. " ✋ Get it here👉
https://tacticalcan.com/products/brush



TACTICALCAN.COM
🔥New Year Hot Sale🔥6-in-1 Shedding Grooming        Shop now
Massage Brush

● Active                                              •••

Started running on Feb 8, 2022

Platforms   

ID: 736873363879819

See ad details

**Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. " 👉 Get it here👈
https://tacticalcan.com/products/brush



TACTICALCAN.COM
⚡New Year Hot Sale⚡6-in-1 Shedding Grooming Massage Brush                        Shop now

● Active                                                     •••

Started running on Feb 8, 2022

Platforms   

ID: 1127258611379671

See ad details

 **Tacticalcan T**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. "  Get it here
https://tacticalcan.com/products/brush



TACTICALCAN.COM
🎉New Year Hot Sale 🎉6-in-1 Shedding Grooming        Shop now
Massage Brush

**Multiple versions of this ad** 🛈                                    ‹  1 of 12  ›

**The Versatile Groomer**
Sponsored                                                                    •••
ID: 1451972645223292

This is the ultimate grooming tool you will ever need!

✅Removes all Loose Hair, Dirt, Sweat & Stains
✅Perfect for Even The Most Sensitive Breeds
😊Design for Comfort, Safe and Gentle Everywhere

"Absolutely in love with this groomer! Great for shedding out, excellent as
a curry comb, all my horses love it. Even adds that extra shine 🧡🧡🧡
Huge fan !!!"

Get 50% OFF Now - Today ONLY! 🐴
👉 https://versatilegroomer.com/



VERSATILEGROOMER.COM
**Your horse will love it!**                          [ Shop now ]
Gently cleanses the coat & skin.

**The Versatile Groomer**
Sponsored
ID: 1451972645223292

This is the ultimate grooming tool you will ever need!

✅Removes all Loose Hair, Dirt, Sweat & Stains
✅Perfect for Even The Most Sensitive Breeds
😊Design for Comfort, Safe and Gentle Everywhere

"Absolutely in love with this groomer! Great for shedding out, excellent as a curry comb, all my horses love it. Even adds that extra shine 🧡🧡 Huge fan !!!"

Get 50% OFF Now - Today ONLY! 😱
👉https://versatilegroomer.com/



VERSATILEGROOMER.COM
**Your horse will love it!**                     Shop now
Gently cleanses the coat & skin.

✅ Active

Started running on Apr 28, 2022

Platforms 📘 📷

ID: 1359341097881353

**11 ads** use this creative and text

See ad details

---

 **The Versatile Groomer**
Sponsored

This is the ultimate grooming tool you will ever need!

✅ Removes all Loose Hair, Dirt, Sweat & Stains
✅ Perfect for Even The Most Sensitive Breeds
😊 Design for Comfort, Safe and Gentle Everywhere

"Absolutely in love with this groomer! Great for shedding...



● Active

Started running on Apr 28, 2022

Platforms 𝐟 ⌾

ID: 1359341097881353

**11 ads** use this creative and text

See ad details

---

 **The Versatile Groomer**
Sponsored

This is the ultimate grooming tool you will ever need!

✅ Removes all Loose Hair, Dirt, Sweat & Stains
✅ Perfect for Even The Most Sensitive Breeds
😊 Design for Comfort, Safe and Gentle Everywhere

'Absolutely in love with this groomer! Great for shedding...



✅ Active                                    •••

Started running on Apr 28, 2022

Platforms 🟦 📷

ID: 549706520106000

**21 ads** use this creative and text

See ad details

---

 **The Versatile Groomer**
Sponsored

This is the ultimate grooming tool you will ever need!

✅Removes all Loose Hair, Dirt, Sweat & Stains
✅Perfect for Even The Most Sensitive Breeds
😊Design for Comfort, Safe and Gentle Everywhere

"Absolutely in love with this groomer! Great for shedding...



✅ Active

Started running on Apr 28, 2022

Platforms 🅕 📷

ID: 549706520106000

**21 ads** use this creative and text

See ad details

---

 **The Versatile Groomer**
Sponsored

This is the ultimate grooming tool you will ever need!

✅Removes all Loose Hair, Dirt, Sweat & Stains
✅Perfect for Even The Most Sensitive Breeds
😊Design for Comfort, Safe and Gentle Everywhere

'Absolutely in love with this groomer! Great for shedding...



Multiple versions of this ad ⓘ                              1 of 15  ‹  ›



**The Versatile Groomer**
Sponsored                                                    • • •
ID: 280643257497954

This is the ultimate grooming tool you will ever need!

✅Removes all Loose Hair, Dirt, Sweat & Stains
✅Perfect for Even The Most Sensitive Breeds
😊Design for Comfort, Safe and Gentle Everywhere

"Absolutely in love with this groomer! Great for shedding out, excellent as a curry comb, all my horses love it. Even adds that extra shine 🧡🧡🧡Huge fan !!!"

Get 50% OFF Now - Today ONLY! 😱
👉https://versatilegroomer.com/



VERSATILEGROOMER.COM                              [ Shop now ]
**Your horse will love it!**

✓ Active

⋯

Started running on Feb 25, 2022

Platforms 🄕 🄞 Ω 💬

ID: 334831498544910

See ad details

---

 **Uniihome-store**
Sponsored

🐄🐮🐄Animal de companie: Doamne! Mulțumesc, atât de confortabil 🤲🤲
🛒https://bit.ly/3vf3o06



WWW.UNIIHOME.TOP
Uniihome-store
numerar la livrare🚚transport gratis

Shop now

**Active**

Started running on May 11, 2022

Platforms

ID: 3447235643116116

**8 ads** use this creative and text

See ad details

Veyare Shop
Sponsored

Never was this easy and pleasant to groom your horse
with minimal elbow-grease!

✓ It will take insane amount of dead hair out
✓ It's easy to hold, comfortable to use
✓ Gentle everywhere, including the face and legs
✓ Ideal for sensitive horses...



A QUICK EASY TOOL...

---

**Active**

Started running on May 11, 2022

Platforms

ID: 365882298904039

**8 ads** use this creative and text

See ad details

Veyare Shop
Sponsored

Never was this easy and pleasant to groom your horse
with minimal elbow-grease!

✓ It will take insane amount of dead hair out
✓ It's easy to hold, comfortable to use
✓ Gentle everywhere, including the face and legs
✓ Ideal for sensitive horses...



A QUICK EASY TOOL...

---

**Active**

Started running on May 11, 2022

Platforms

ID: 525406602411822

**8 ads** use this creative and text

See ad details

Veyare Shop
Sponsored

Never was this easy and pleasant to groom your horse
with minimal elbow-grease!

✓ It will take insane amount of dead hair out
✓ It's easy to hold, comfortable to use
✓ Gentle everywhere, including the face and legs
✓ Ideal for sensitive horses...



A QUICK EASY TOOL...



🚫 Active

Started running on Sep 7, 2022

Platforms 📘 📷 🔗 ❶

ID: 3871527369382022

3 ads use this creative and text

See ad details

⋯

Wiser hot
Sponsored

😮 The pet. Oh My God! Thank you, it's very comfortable 😊
🛒 GET NOW ⚡ https://t.site/3AMBcTC

Remove Shedding Hair - Blade-Free!

---




🚫 Active

Started running on Sep 7, 2022

Platforms 📘 📷 🔗 ❶

ID: 595389432068222

2 ads use this creative and text

See ad details

⋯

Wiser hot
Sponsored

😮 The pet. Oh My God! Thank you, it's very comfortable 😊
🛒 GET NOW ⚡ https://t.site/3AMBcTC

---




🚫 Active

Started running on Sep 7, 2022

Platforms 📘 📷 🔗 ❶

ID: 8238375789881148

See ad details

⋯

Wiser hot
Sponsored

😮 The pet. Oh My God! Thank you, it's very comfortable 😊
🛒 GET NOW ⚡ https://t.site/3AMBcTC

WWW.WISERHOT.COM
Wiser hot

Shop now



Active

Started running on Sep 7, 2022

Platforms

ID: 595389432068222

2 ads use this creative and text

See ad details



Wiser hot
Sponsored

The pet Oh My God! Thank you, it's very comfortable

GET NOW https://t.site/3AMBcTC

Active

Started running on Sep 7, 2022

Platforms

ID: 823837578988148

See ad details



Wiser hot
Sponsored

The pet Oh My God! Thank you, it's very comfortable

GET NOW https://t.site/3AMBcTC

WWW.WISERHOT.COM
Wiser hot

Shop now

✅ Active                                              •••

Started running on Apr 7, 2022

Platforms 🅕 ⓘ ⓠ

ID: 704500507424812

See ad details

 **Witme thod**
Sponsored



WITMETHOD.COM
6-in-1 Shedding Grooming Massage Brush          Shop now
witmethod



**Xnainng.store**
Sponsored
ID: 5387761117995586

···

Time to give the horse new clothes! 😍 🐎 to groom, shed, shampoo, slick, shine & massage all sensitive areas of the body 👌
🛒 Get it here👉 https://cutt.ly/J0Knrtz







XNAINNG.COM
Original for Horses 6-in-1 Shedding Grooming Massage     **Shop now**
💵 Cash on delivery 🚚 FREE Shipping

✅ Active                                    •••

Started running on Apr 20, 2022

Platforms 🟦 📷 💬 💬

ID: 516705916586227

See ad details



**Xplender**
Sponsored

إلا تؤذي جلد الحصان وشعره ، نظف جسمه بسهولة ، حافظ على نظافته وراحته 😍



SIN.XPLENDER.COM
✅فرشاة تنظف تسريح التزين

Learn more

✔ Active                                                    •••

Started running on Apr 27, 2022

Platforms 🅕 ⓘ

ID: 299868662313360

**4 ads** use this creative and text

See ad details

---

 **Yourpetscol**
Sponsored

A tu caballos les encantará esta nueva forma de cepillar! 🐎
Consíguelo aquí 👉 https://yourpets.co/products/for-horses-dogs-6-in-1-shedding-grooming-massage





**Alcartoonly**

Sponsored

ID: 383709220477543



🐾🐾The pet: Oh My God! Thank you, it's very comfortable😍🐾🛒👉

https://t.site/3LKOa7R

Reduce anxiety and Keep Dental Health






WWW.ALCARTOONLY.COM

Alcartoonly

Learn more



**Alcartoonly**
Sponsored
ID: 383709220477543

The pet: Oh My God! Thank you, it's very comfortable 😍 🐾🛒👉
https://t.site/3LKOa7R
Reduce anxiety and Keep Dental Health



WWW.ALCARTOONLY.COM
Alcartoonly

Learn more

✅ Active                                                                    •••

Started running on May 1, 2022

Platforms  

ID: 538166604337595

See ad details

---

 **Allhaulm-Fast**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable
allhaulm.com/products/brush-3-2



WWW.ALLHAULM.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

● Active                                                    ⋯

Started running on May 1, 2022

Platforms  

ID: 538166604337595

See ad details

 **Allhaulm-Fast**
Sponsored

The pet: Oh My God！ Thank you, it's very comfortable
allhaulm.com/products/brush-3-2



WWW.ALLHAULM.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now



**Arena Equestrian**
Sponsored
ID: 963952334288102

· · ·

Introducing the Super Groomer Ive wanted one of these for ages and decided to stock them at Arena 🌿

Made from grippy rubber and a cleverly designed diamond pattern that is perfect for grooming the coat out

Fine side for face and legs, coarse for grooming the body...





ARENAEQUESTRIAN.COM.AU          Learn More          ARENAEQUESTRIAN.COM.AU



**Arena Equestrian**
Sponsored
ID: 963952334288102

Introducing the Super Groomer Ive wanted one of these for ages and decided to stock them at Arena 🎉

Made from grippy rubber and a cleverly designed diamond pattern that is perfect for grooming the coat out

Fine side for face and legs, coarse for grooming the body...




ARENAEQUESTRIAN.COM.AU          Learn More          ARENAEQUESTRIAN.COM.AU



**Arena Equestrian**
Sponsored
ID: 963952334288102

· · ·

Introducing the Super Groomer Ive wanted one of these for ages and decided to stock them at Arena 🙌

Made from grippy rubber and a cleverly designed diamond pattern that is perfect for grooming the coat out

Fine side for face and legs, coarse for grooming the body...





ARENAEQUESTRIAN.COM.AU            Learn More            ARENAEQUESTRIAN.COM.AU



**Arena Equestrian**
Sponsored

···

ID: 963952334288102

Introducing the Super Groomer Ive wanted one of these for ages and decided to stock them at Arena 🐎

Made from grippy rubber and a cleverly designed diamond pattern that is perfect for grooming the coat out

Fine side for face and legs, coarse for grooming the body...





.COM.AU    Learn More          ARENAEQUESTRIAN.COM.AU          Learn More

 Active

Started running on Oct 14, 2022

Platforms   

ID: 442738057963714

**6 ads** use this creative and text

See ad details

---

 **Beautifuldeer-Love**
Sponsored

🐴Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable! The shine ✨ says it all!



 Active    ...

Started running on Oct 18, 2022

Platforms   

ID: 586800276463144

**12 ads** use this creative and text

See ad details

---

 **Beautifuldeer-Love**
Sponsored

🐴Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable! The shine ✨ says it all!



✓ Active                                            •••

Started running on Jun 7, 2022

Platforms 🅕 📷

ID: 390021996414774

See ad details

**Blousonclub**
Sponsored

🐶🐶 The pet: Oh My God! Thank you, it's very comfortable
😍🐾🧺👉 https://bit.ly/3xmXScG
Reduce anxiety and Keep Dental Health






WWW.COSTUMEBRAND.COM
Blousonclub

Shop now

 Active                                      •••

Started running on Jun 7, 2022

Platforms

ID: 390021996414774

See ad details

---

 **Blousonclub**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable
https://bit.ly/3xmXScG
Reduce anxiety and Keep Dental Health



WWW.COSTUMEBRAND.COM
Blousonclub                                    Shop now

✓ Active    ...

Started running on Sep 21, 2022

Platforms 🔵 📷 Ω 💬

ID: 638475924560963

**3 ads** use this creative and text

See ad details

---

 **Brilliant Gadgets**
Sponsored

🐴 🐎 "I personally guarantee that you and your horse will love this new way of brushing." 🐎
✂️Get yours👉 beduvely.com/brush-massage



✅ Active                                                    •••

Started running on Sep 29, 2022

Platforms  👍 📷 ⊕ 💬

ID: 493375445708129

**2 ads** use this creative and text

See ad details



**Brilliant Gadgets**
Sponsored

🐴 🐎 "I personally guarantee that you and your horse will love this new way of brushing." 🐎
🧹Get yours👉 beduvely.com/brush-massage



Active    •••

Started running on Sep 25, 2022

Platforms   

ID: 839106407265239

See ad details

 **Brilliant Gadgets**
Sponsored

🐴 🐎 "I personally guarantee that you and your horse will love this new way of brushing." 🐎
🛒 Get yours👉 beduvely.com/brush-massage



BEDUVELY.COM
Fast Shipping Guaranteed ✅          Shop now
⭐⭐⭐⭐⭐ 5/5 Reviesws +15,000 satisfied customers

✓ Active                                                                    ...

Started running on Oct 13, 2022

Platforms  

ID: 839709457060477

**2 ads** use this creative and text

See ad details

---



**Brilliant Gadgets**
Sponsored

🐎 🐴 "I personally guarantee that you and your horse will love this new way of brushing." 🐴
🛒 **Get yours** 👉 beduvely.com/brush-massage



 Active

Started running on Sep 25, 2022

Platforms   

ID: 839106407265239

See ad details

---



**Brilliant Gadgets**
Sponsored

🐴 🐎 "I personally guarantee that you and your horse will love this new way of brushing." 🐎
Get yours beduvely.com/brush-massage



BEDUVELY.COM
Fast Shipping Guaranteed
⭐⭐⭐⭐⭐ 5/5 Reviesws +15.000 satisfied customers

Shop now



**Bulk-supplements.UK**
Sponsored                                                          ...
ID: 379469170882495

👀👀The pet: Oh My God!  Thank you, it's very comfortable🥰



WWW.BULK-SUPPLEMENT.COM
🔥 Hot Sale                                              Shop now





**Active**

Started running on Apr 21, 2022

Platforms 🟦 ⓘ 🔵 ⓘ

ID: 1047988545926379

See ad details

⟲ Carpenterss.buy
Sponsored

Nuevos suministros de arneses, cepillos para caballos,
cepillos de masaje para mascotas
Envío gratuito Envío contra reembolso





CARPENTERSS TOP
Envío gratuito Envío contra reembolso

Shop now



**Active**

Started running on Apr 21, 2022

This ad has multiple versions ⓘ

Platforms 🟦 ⓘ 🔵 ⓘ

ID: 1019136785625601

See ad details

⟲ Carpenterss.buy
Sponsored

Nuevos suministros de arneses, cepillos para caballos,
cepillos de masaje para mascotas
Envío gratuito Envío contra reembolso

CARPENTERSS TOP
Envío gratuito Envío contra reembolso

Shop Now

✔ Active

Started running on Feb 8, 2022

Platforms ⊕ ◉ ◎ ⊖

ID: 4786762948076854

See ad details

**Colorsstar EU**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

Get it ▪ https://colorsstar.com/products/gmb



COLORSSTAR.COM
My pet really likes to use it to bathe
Do not harm the horse's skin and hair, easily clean its body,
keep it clean and comfortable!

Shop now

 Active

Started running on Oct 20, 2022

Platforms   

ID: 487124366787770

**3 ads** use this creative and text

See ad details

**Confidencem**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "



✓ Active                                    +++

Started running on Apr 20, 2022

Platforms 🅕 ◎ ◔ ⊖

This ad has multiple versions  ⓘ

ID: 329213655787392

See ad details

**Consisted-store**
Sponsored

Nuevos suministros de arneses, cepillos para caballos,
cepillos de masaje para mascotas
Envio gratuito  Envio contra reembolso



CONSISTED.TOP
Envio gratuito Envio contra reembolso

Learn More



**Cuorteousin**
Sponsored

ID: 2298290860339901                                    •••

Do not harm the horse's skin and hair,😍 easily clean its body, keep it clean and comfortable!🤗



WWW.CUORTEOUSIN.COM
🔥 HOT SALE NOW-48% OFF 🔥                    Shop now

✅ Active

⋯

Started running on Sep 23, 2022

Platforms 🅵 📷 🔵 💬

ID: 5763050870374518

See ad details

---

 **Custom Bracelace w2**
Sponsored

I personally guarantee you and your horse will love this new way to groom 🐴 🐴 🐴



SIN.CUSTOMBRACELACE.COM
🔸ادفع عند الإستلام والشحن المجاني

Learn more







Active

Started running on Sep 23, 2022

Platforms 📘 📷 🔵 ⭕

ID: 789227775532941

See ad details

Custom Bracelace
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🐴 Get it here ➡️
https://bit.ly/3DN6H36

SIN-JUKHAIR.COM
You and Your horse will love this new way to groom
Shop now

Active

Started running on Sep 23, 2022

Platforms 📘 📷 🔵 ⭕

ID: 617181303399968

See ad details

Custom Bracelace
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🐴 Get it here ➡️
https://bit.ly/3S9z9R5

SIN-JUKHAIR.COM
Shop now





**Active**

Started running on Sep 23, 2022

Platforms

ID: 789227775532941

See ad details

**Custom Bracelace**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " Get it here https://bit.ly/3DN6H36

Shop now

**Active**

Started running on Sep 23, 2022

Platforms

ID: 617181303399968

See ad details

**Custom Bracelace**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " Get it here https://bit.ly/3S9z9R5

Shop now



**Dreem UK**
Sponsored
ID: 865431504301982

···

Get ready for shedding 🐴Therapeutic, hygienic and durable, a magic brush! (it can also be used for short-haired dogs)



DREEM-UK.COM
**Horse Brush**
FREE DELIVERY IN THE UK

Shop now

✔ Active

•••

Started running on May 17, 2022

Platforms 🅕 📷

ID: 366807382148437

**9 ads** use this creative and text

See ad details

---

**Dreem UK**
Sponsored

Get ready for shedding 🪮Therapeutic, hygienic and durable, a magic brush! (it can also be used for short-haired dogs)



Active

Started running on May 9, 2022

Platforms

ID: 307200811606180

**12 ads** use this creative and text

See ad details

---

**Dreem UK**
Sponsored

Get ready for shedding 🐾Therapeutic, hygienic and durable, a magic brush! (it can also be used for short-haired dogs)





**Edge-bear.USA**
Sponsored
ID: 332971615637262

···



🐾The pet: Oh My God !   Thank you, it's very comfortable🤭



WWW.EDGE-BEAR.COM                          Shop now
Pets love like this !!!

Multiple versions of this ad  ⓘ

‹  1 of 8  ›



**Edge-bear.USA**
Sponsored
ID: 332971615637262

•••


The pet: Oh My God!   Thank you, it's very comfortable 🥰



WWW.EDGE-BEAR.COM
Pets love like this !!!

Shop now

**Embravewise**
Sponsored                                          •••
ID: 438918624814819

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🐎
🛒 Get it here 🛒 https://t.site/3ajqQBi



WWW.EMBRAVEWISE.COM                        [ Learn more ]
Embravewise

Multiple versions of this ad  ⓘ                                    ‹    1 of 3    ›

**Embravewise**
Sponsored
ID: 438918624814819                                                   •••

\* I personally guarantee you and your horse will love this new way to groom. You've got my name on it. \* 🐴
🛒 Get it here👉 https://t.site/3ajqQBi



WWW.EMBRAVEWISE.COM
Embravewise                                          [ Learn more ]

Multiple versions of this ad ⓘ

**Embravewise**
Sponsored
ID: 456174356416363

•••

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🐎
🖌️ Get it here👉 https://t.site/3ajqQBi



WWW.EMBRAVEWISE.COM
Embravewise

Learn more

Multiple versions of this ad ⓘ                    ‹    1 of 5    ›

**Epicsimply RS**
Sponsored
ID: 323654186549527                                      ...

🐴The pet: Oh My God!  Thank you, it's very comfortable😂😂😂👉
https://bit.ly/3NhBXc7



WWW.EPICSIMPLY.COM                              Shop now
Epicsimply RS



**Epicsimply RS**
Sponsored
ID: 2114506118726775

···

🖌️The pet: Oh My God!  Thank you, it's very comfortable🤣🤣🤣👉
https://bit.ly/3NhBXc7



WWW.EPICSIMPLY.COM
**Epicsimply RS**

Shop now

✔ Active                                                        •••

Started running on May 11, 2022

Platforms 🅕 📷

ID: 529336431976787

**8 ads** use this creative and text

See ad details

---

 **Epicsimply RS**
Sponsored

🐎The pet: Oh My God！ Thank you, it's very comfortable 😋
😂😂💨 https://bit.ly/3NhBXc7



✓ Active                                                                        ...

Started running on Sep 18, 2022

Platforms 

ID: 1274249216720305

See ad details

 **Equines2Canines**
Sponsored

Horse coats are starting to drop so grab your deshedding tool today! Use the 'shop now' button on our fb page or visit www.equines2canines.com.au



Equines2Canines
Local business

Send messa...

✓ Active                                         •••

Started running on Feb 7, 2022

Platforms   

ID: 5127196877304013

See ad details

 **Euppos.shop**
Sponsored

🐾The pet: Oh My God！ Thank you, it's very comfortable
😊
🧡Get It ☞https://bit.ly/3B1VSqv



EUPPOS.COM
( 🔴New Year Sale 🔥 50% OFF) 6-in-1 Shedding
Grooming Massage Brush

Shop now



Horses Dogs 6-in-1 Shedding Grooming Massage B...

www.jewelawne.com

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood

**3 other ads use** this creative and text. Ad ID for this group: 1387070948772115
All ads in this group will be added to the takedown request.

Jewelawne



Launched April 2022



**Active**
Started running on Apr 19, 2022
Platforms 🌐 📷 🎵 ⓿
This ad has multiple versions ❶
ID: 565465532123440

**4 ads** use this creative and text

See ad details

**Shopshipstore**
Sponsored

👉👀The pet: Oh My God! Thank you, it's very comfortable 💗😿
⚡Get it 👉

https://www.shopshipstores.com/products/cleanhair-horse-hair



**Active**
Started running on Apr 20, 2022
Platforms 🌐 📷 🎵 ⓿
ID: 487318131431677

**8 ads** use this creative and text

See ad details

**Senro**
Sponsored

Clean its body easily now 💯
🐴Do not harm the horse's skin and hair
Keep it clean and comfortable!

## Launched April 2022

All ▾

All ads ▾

🔍 6 in 1 shedding grooming massage

⌄ Filters

✕

---

**Petsvine**
Sponsored

● Active

Started running on Apr 20, 2022

Platforms 🌐

ID: 3712013828281837

30 ads use this creative and text

See ad details

⋯

Get It ➤ https://petsvine.com/6-in-1-brush

🐾💇The pet: Oh My God! Thank you, it's very comfortable 😊😻



---

**Witme thod**
Sponsored

● Active

Started running on Apr 7, 2022

Platforms 🌐 ⓘ ◐

ID: 704500507424812

See ad details

⋯

WITMETHOD.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

---

**Consisted-store**
Sponsored

● Active

Started running on Apr 20, 2022

Platforms 🌐 ⓘ ◐ ●

ID: 3292136557887392

This ad has multiple versions ●

See ad details

⋯

Nuevos suministros de arneses, cepillos para caballos, cepillos de masaje para mascotas. Envío gratuito. Envío contra reembolso

CONSISTED.TOP
Envío gratuito Envío contra reembolso

**6-IN-1 Shedding Grooming Massage Brush**

Learn More



**FElatedstart**

Sponsored

ID: 1605044626521147

···

🐾✨The pet: Oh My God!  Thank you, it's very comfortable😍😍
🥰Get It 👉https://bit.ly/3ObqHz1



WWW.EASECUTECLOUD.COM

Buy it Now

Shop now

**Fiivogue-shop**
Sponsored
ID: 834974951243012
···

🐴🐎🏇Animal de companie: Doamne! Mulțumesc, atât de confortabil 🥲🥲
👉 https://bit.ly/3OqSfR8



HTTPS://WWW.FIIVOGUE.COM/DETAIL?ID=6C09BBD3-5081-4C11-
B023-...

Shop now

Transport gratuit, numerar la livrare



**⊘ Active**

Started running on Apr 20, 2022

Platforms ⊘ ◎ ⊓ ❸

ID: 354994796589559

See ad details

**Fineprice-buy**
Sponsored

Haustier: Mein Gott! Danke! Es ist so bequem!
Massagebürste 🐾 https://bit.ly/3sWSLhf

⋮



**⊘ Active**

Started running on Apr 20, 2022

Platforms ⊘ ◎ ⊓ ❸

ID: 771105113810092

See ad details

**Fineprice-buy**
Sponsored

🐾Háziállatok: Ó, Istenem, köszönöm, ez annyira
kényelmes! 🐾 https://bit.ly/3S3qBHG

⋮



🔵 Active

Started running on Apr 20, 2022

Platforms 🔗 📷 🔊 🔵

ID: 401732148132582

See ad details

Fineprice-buy
Sponsored

🐾🐾Animal de companie: Doamne! Mulțumesc, atât de confortabil 🐱🐱
Perie de masaj 👉 https://bit.ly/3vfbsxQ

WWW.FINEPRICE.TOP
🌸Transport gratis✓Numerar la livrare

Shop now

⋮



🔵 Active

Started running on Apr 20, 2022

Platforms 🔗 📷 🔊 🔵

ID: 726744975349973

See ad details

Fineprice-buy
Sponsored

🐾🐾Domácí mazlíčci: Panebože, děkuji, to je tak pohodlné!
🐱🐱 https://bit.ly/3BH97Nm

WWW.FINEPRICE.TOP
🌸Přeprava zdarma✓Dobírka✓Sedm dní vrácení peněz

Shop now

⋮



Active

Started running on Apr 21, 2022

Platforms

ID: 6798270166003215

2 ads use this creative and text

See ad details

Fineprice-buy
Sponsored

🐾❤️Domácí mazlíčci: Paneboože, děkuji, to je tak pohodlné! 😻😻

https://bit.ly/3BH97Nm





Active

Started running on Apr 20, 2022

Platforms

ID: 1818396868358573

3 ads use this creative and text

See ad details

Fineprice-buy
Sponsored

🐾❤️Animal de companie: Doamnei Mulțumesc, atât de confortabil 😻😻
Perie de masaj🐾 https://bit.ly/3vfbsxQ





Active

Started running on Apr 22, 2022

Platforms

ID: 1043353392962076

**2 ads** use this creative and text

See ad details



**Fineprice-buy**
Sponsored

Háziállatok: Ó, Istenem, köszönöm, ez annyira kényelmes! 😍
https://bit.ly/353qBHG



---



Active

Started running on Apr 21, 2022

Platforms

ID: 679827016603215

**2 ads** use this creative and text

See ad details



**Fineprice-buy**
Sponsored

Domácí mazlíčci: Panebože, děkuji, to je tak pohodlné! 😍
https://bit.ly/38H97Nm

● Active                                                                    ...

Started running on Apr 22, 2022

Platforms 🔵 📷 ◎ ⊙

ID: 263521935905970

**3 ads** use this creative and text

See ad details

---



**Frying Cabin**
Sponsored

🐾🐾The pet: Oh My God! Thank you, it's very comfortable 🐾🐾
👉Get It ☞ https://bit.ly/3K3F8IC



⬤ Active                                                          •••

Started running on May 10, 2022

Platforms  🟦 ⬜ 🔵 💬

ID: 575076283841961

**3 ads** use this creative and text

See ad details

---

 **Funnymere_official**
Sponsored

👀The pet: Oh My God!    Thank you, it's very comfortable
👄👄👄https://t.site/3xSkMta






✔ Active

Started running on May 10, 2022

Platforms 🟦 📷 🔵 💬

ID: 575076283841961

**3 ads** use this creative and text

See ad details

---

 **Funnymere_official**
Sponsored

🐶🐶The pet: Oh My God！ Thank you, it's very comfortable
😂😂😂https://t.site/3xSkMta



✔ Active                                            •••

Started running on May 17, 2022

Platforms  

ID: 1076589539614656

**19 ads** use this creative and text

See ad details

---

 **Funnymere_official**
Sponsored

😂😂The pet: Oh My God!   Thank you, it's very comfortable
😂😂😂https://t.site/3xSkMta

 
 

✓ Active                                                   •••

Started running on May 17, 2022

Platforms 🌐 📷 🔇 💬

ID: 1076589539614656

**19 ads** use this creative and text

See ad details

---

 **Funnymere_official**
Sponsored

🐴The pet: Oh My God!   Thank you, it's very comfortable
😂😂😂https://t.site/3xSkMta





**Funnymere**

Sponsored

ID: 667004581042863

•••

🐶🐾The pet: Oh My God！  Thank you, it's very comfortable🤣🤣🤣
https://t.site/3xSkMta






WWW.FUNNYMERE.SHOP

Funnymere

Learn more



**Funnymere**

Sponsored

ID: 667004581042863

•••

The pet: Oh My God！  Thank you, it's very comfortable

https://t.site/3xSkMta



WWW.FUNNYMERE.SHOP

Funnymere

Learn more

 Active

Started running on Oct 20, 2022

Platforms   

ID: 1526587087763547

See ad details

---

 **Gladnesslife-A**
Sponsored

🐴Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable! The shine    says it all!



WWW.MILLETGO.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active                                        •••

Started running on Sep 23, 2022

Platforms 🔵 ◎ Ⓐ ⊘

ID: 2352139944939941

See ad details

 **Goblin Pocket**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🛒 Get it here👉
https://bit.ly/3zk4aL2



Give your horse the
best massage

WWW.GOBLINPOCKET.COM
6 IN 1 SHEDDING GROOMING MASSAGE BRUSH                Shop now

✔ Active                                              •••

Started running on Sep 23, 2022

Platforms 🅕 ◎ ◎ ●

ID: 1113251902637352

**8 ads** use this creative and text

See ad details

 **Goblin Pocket**
Sponsored

" I personally guarantee you and your horse will love this
new way to groom. You've got my name on it. " 🔲 Get it
here 👉 https://bit.ly/3zk4aL2





**Goblin Pocket**
Sponsored
ID: 1240352950101364                                      ...

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🛒 Get it here👉 https://bit.ly/3zk4aL2



WWW.GOBLINPOCKET.COM                            Shop now
6 IN 1 SHEDDING GROOMING MASSAGE BRUSH



**Goblin Pocket**
Sponsored
ID: 612433103820386                                              •••

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🛒 Get it here👉https://bit.ly/3zk4aL2



WWW.GOBLINPOCKET.COM
6 IN 1 SHEDDING GROOMING MASSAGE BRUSH                    Shop now

✔ Active                                                                    ...

Started running on Sep 18, 2022

Platforms  👍 📷 🔔 💬

ID: 620416829459242

**12 ads** use this creative and text

See ad details

---

 **Goblin Pocket**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🫱 Get it here 👉 https://bit.ly/3zk4aL2



✓ Active                                    ...

Started running on Sep 20, 2022

Platforms 🄵 📷 ◌ ⬤

ID: 458929672960413

**9 ads** use this creative and text

See ad details

---

 **Goblin Pocket**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🛒 Get it here 👉 https://bit.ly/3zk4aL2



✅ Active                                                                    ...

Started running on Sep 23, 2022

Platforms 📘 📷 ⭕ 💬

ID: 1113251902637352

**12 ads** use this creative and text

See ad details

---

 **Goblin Pocket**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🛒 Get it here👉 https://bit.ly/3zk4aL2



✔ Active                                    •••

Started running on Sep 30, 2022

Platforms 

ID: 1251283632390433

**4 ads** use this creative and text

See ad details

---



**Goblin Pocket**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🛒 Get it here👉 https://bit.ly/3zk4aL2



 Active

Started running on Oct 21, 2022

Platforms   

ID: 644237493806952

**4 ads** use this creative and text

See ad details

 **Goblin Pocket**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🖐 Get it here👉
https://bit.ly/3zk4aL2



✔ Active

•••

Started running on Nov 26, 2022

Platforms  

ID: 386404946974773

See ad details

---

**Gorgeousdo.go**
Sponsored

🐎🐕🐈Cats, dogs and horses can use The pet: Oh My God！ Thank you, it's very comfortable🤭🙂🥰



GORGEOUSDO.COM
Gorgeousdo.go

Shop now

✓ Active                                                          ...

Started running on Oct 17, 2022

Platforms   

ID: 1046208569356286

See ad details

**Happyhours-rover.hr**
Sponsored

🐎 Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable! The shine 　 says it all!



WWW.HAPPYHOURS-ROVER.COM
( 🔥 Hot Sale NOW)6-in-1 Shedding Grooming Massage Brush                    Shop now

✔ Active                                                    •••

Started running on Jul 19, 2022

Platforms  

ID: 626604748520917

See ad details

**Hides-buy**
Sponsored

четка за масажиране на домашен любимец





**Active**

Started running on Apr 22, 2022

Platforms 🔵 📷 ⓞ

ID: 491687146015970

**2 ads use this creative and text**

See ad details

⋮

**HMBHD**
Sponsored

👐44% OFF For A Limited Time! 🐴

Do not harm the horse's skin and hair, easily clean its body,
keep it clean and comfortable! 🐴🧽

6-IN-1
Shedding Grooming
Massage Brush

📷 ⓕ ⓞ ⓒ



**Active**

Started running on Apr 22, 2022

Platforms 🔵 📷 ⓞ

ID: 1302626180262071

See ad details

⋮

**HMBHD**
Sponsored

👐44% OFF For A Limited Time! 🐴

Do not harm the horse's skin and hair, easily clean its body,
keep it clean and comfortable! 🐴🧽

6-IN-1
Shedding Grooming
Massage Brush

📷 ⓕ ⓞ ⓒ

WWW.HMBHD.COM
6-in-1 Shedding Grooming Massage Brush
Cash On Delivery and Free Shipping 🚚

Shop now

✓ Active

Started running on May 16, 2022

Platforms 🄵 📷 ⊙ ●

ID: 423141969211874

**8 ads** use this creative and text

See ad details

---

 **Hopmtite Department Store**
Sponsored

🐴✂️The pet: Oh My God！ Thank you, it's very comfortable😂😂
💁Get It 🪄https://cutt.ly/RHcAek9



● Active    •••

Started running on Jan 2, 2023

Platforms 🌐 ◎ ◊ ⊖

ID: 3364085113840506

See ad details

---

 **Horsebagz**
Sponsored

✨ AKTIONSWOCHE ! ✨

Ab heute erhaltet Ihr bis zum 13.01.2023 zu jeder Bestellung
einen unserer GentleGroomer GRATIS dazu !
Dieser wird automatisch beim verpacken beigelegt.

Das gilt PRO NETZ ! Bestellt ihr also 2 Netze oder mehr wird
jedem Netz ein Gentle Groomer beigelegt !

3...2...1.. Los gehts 😄 🎉

#horsebagz #heufütterung #pferdesport #pferdehaltung
#pferdefütterung #pferdegesundheit #pferdestall #reitsport
#reiten #pferde #heunetz #heuraufe



HORSEBAGZ.DE
Home - HORSEBAGZ
Entdecke hier unser Horsebagz Heunetz für eine natürlichere
und gesündere Heufütterung Deines Pferdes. Sehr gut für...

Shop now

Active

Started running on Jan 30, 2022

Platforms

ID: 301984771976110

**45 ads** use this creative and text

See ad details

---

**Humuling1**
Sponsored

The pet Oh My God!  Thank you, it's very comfortable
Get It  https://bit.ly/3rbx9eX



✅ Active    •••

Started running on Jan 31, 2022

Platforms 🟦 🔷 ⭕ 🔵

ID: 628261195148190

**63 ads** use this creative and text

---

See ad details

---

**Humuling1**
Sponsored

⭐⭐The pet: Oh My God! Thank you, it's very comfortable 🐴🐴
📧Get It ☞ https://bit.ly/3rbx9eX







✓ Active                                                          •••

Started running on Feb 1, 2022

Platforms 📘 📷 ⊙ ●

ID: 628261195148190

See ad details

 **Humuling1**
Sponsored

🖐️The pet: Oh My God!  Thank you, it's very comfortable
😂😂
💦Get It ☞https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                    Shop now

⊘ Active                                              •••

Started running on Jan 31, 2022

Platforms 🅾 ◎ ⌂ ●

ID: 481949873446940

See ad details

 **Humuling1**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable
Get It ➤ https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                Shop now

✅ Active

Started running on Jan 31, 2022

Platforms 🌐 ◎ ㋡ ●

ID: 265596232354855

See ad details

**Humuling1**
Sponsored

🐎🧹The pet: Oh My God!  Thank you, it's very comfortable 😍😍
🧹Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active                                           •••

Started running on Jan 31, 2022

Platforms   

ID: 1578663945833559

See ad details

 **Humuling1**
Sponsored

🐴The pet: Oh My God!  Thank you, it's very comfortable
😍
Get It ☝️https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✔ Active                                            •••

Started running on Jan 31, 2022

Platforms 📘 📷 🅰 💬

ID: 460947925723725

See ad details

---



**Humuling1**
Sponsored

🐎The pet: Oh My God!  Thank you, it's very comfortable
😂😂
Get It https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                Shop now

✔ Active                                        •••

Started running on Jan 31, 2022

Platforms 🌐 📷 ◎ ●

ID: 67393593030063I

See ad details

---

 **Humuling1**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable
😂Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                    •••

Started running on Jan 31, 2022

Platforms ⊙ ◎ ꩜ ◉

ID: 944495606436044

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😊😊
🏷️Get It ☞ https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active    •••

Started running on Jan 31, 2022

Platforms 🔵 📷 Ω 💬

ID: 302946805144196

See ad details

 **Humuling1**
Sponsored

🐾 The pet: Oh My God！ Thank you, it's very comfortable 🥰
💆 Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                                     ...

Started running on Jan 31, 2022

Platforms 📘 📷 ⊙ ◉

ID: 649096179755841

See ad details

---

 **Humuling1**
Sponsored

🐾🖌️The pet: Oh My God! Thank you, it's very comfortable 😍😍
🎁Get It 👉https://bit.ly/3rbx9eX



✅ Active                                                    •••

Started running on Jan 31, 2022

Platforms   

ID: 1243897456020160

See ad details

---

 **Humuling1**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

Get It https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✔ Active                                    ⋯⋯

Started running on Jan 31, 2022

Platforms 🌐 📷 🔇 💬

ID: 609571326806833

See ad details

 **Humuling1**
Sponsored

🐎🐴The pet: Oh My God!  Thank you, it's very comfortable
😊😊
🐾Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active

Started running on Jan 31, 2022

Platforms 📘 📷 ⌂ 💬

ID: 913075496242679

See ad details

---

 **Humuling1**
Sponsored

🐎✨The pet: Oh My God！ Thank you, it's very comfortable 😊😊
🧡Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                    •••

Started running on Feb 2, 2022

Platforms 🔵 📷 ⌂ 💬

ID: 308959351271663

See ad details

 **Humuling1**
Sponsored

🐎🐾The pet: Oh My God!  Thank you, it's very comfortable 🐎😊
📲Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active

Started running on Feb 2, 2022

Platforms 🄵 🄾 🄰 🄼

ID: 525133768741246

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God! Thank you, it's very comfortable 😍
🐾Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active                                                    ...

Started running on Feb 2, 2022

Platforms   

ID: 885155468819330

See ad details

---

 **Humuling1**
Sponsored

🐎🐴The pet: Oh My God！ Thank you, it's very comfortable
😍😍
🛍Get It ☞https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                    Shop now

✔ Active                                                    •••

Started running on Feb 2, 2022

Platforms 🌐 📷 ⊙ ⬤

ID: 930453650999829

See ad details

---



**Humuling1**
Sponsored

🐴🔨The pet: Oh My God! Thank you, it's very comfortable
😊😊
🧽Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                    Shop now

⊘ Active    •••

Started running on Feb 2, 2022

Platforms ⊙ ⊚ ⊙ ⊙

ID: 1111763726315485

See ad details

**Humuling1**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

Get It https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active                                                    •••

Started running on Feb 2, 2022

Platforms 🅕 📷 🔘 ⊖

ID: 1242891579569301

See ad details

 **Humuling1**
Sponsored

🐕🐾The pet: Oh My God!  Thank you, it's very comfortable 😂😂
💁‍♀️Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘  Active                                          •••

Started running on Feb 6, 2022

Platforms   

ID: 269409905172338

See ad details

---

 **Humuling1**
Sponsored

🐎✨The pet: Oh My God!  Thank you, it's very comfortable
😂😂
💅Get It 👉https://bit.ly/3rbx9eX



WWW.HJMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active ⋯

Started running on Feb 6, 2022

Platforms ❲❳ ⓞ ⬭ ●

ID: 444489260706904

See ad details

 **Humuling1**
Sponsored

🐾🐾The pet: Oh My God！ Thank you, it's very comfortable 😭😭
🎀Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

Active

Started running on Feb 6, 2022

Platforms 🌐 📷 🔔 💬

ID: 468895991376042

See ad details

 **Humuling1**
Sponsored

🐾🐴The pet: Oh My God！ Thank you, it's very comfortable 🐎🐎
🧴Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                                    ...

Started running on Feb 6, 2022

Platforms 🌐 ◎ Ω ●

ID: 673526410452951

See ad details

 **Humuling1**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable
😊😊
🧴Get It 💧https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                              •••

Started running on Feb 6, 2022

Platforms 🌐 📷 ⌂ ⊙

ID: 1079280165968182

See ad details

---

 **Humuling1**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

Get It https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active                                                  ...

Started running on Feb 6, 2022

Platforms 🌐 📷 ⊙ 💬

ID: 2124794217684917

See ad details

---

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
👏Get It  https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✔ Active

Started running on Feb 6, 2022

Platforms 🅕 📷 ◎ ✆

ID: 3082843162045519

See ad details

---

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😊😊
Get It ☞ https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

● Active

⋯

Started running on Feb 6, 2022

Platforms 🌐 ◎ Ⓠ ●

ID: 287480360150572

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 🥰
📲Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active                                      •••

Started running on Feb 6, 2022

Platforms 🅕 🅘 🅠 🗨

ID: 336873654985299

See ad details

 **Humuling1**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable 
Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                          •••

Started running on Feb 6, 2022

Platforms 🌐 📷 ♫ 💬

ID: 491899192492483

See ad details

**Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😂
Get It https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                                              •••

Started running on Feb 6, 2022

Platforms   

ID: 630607378054426

See ad details

 **Humuling1**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

Get It  https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active                                                          ...

Started running on Feb 6, 2022

Platforms 🅵 📷 🇶 💬

ID: 1216904682381300

See ad details

---

 **Humuling1**
Sponsored

🐾 The pet: Oh My God!  Thank you, it's very comfortable 😍

🧴Get It ☞ https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✔ Active                                              •••

Started running on Feb 6, 2022

Platforms   

ID: 5143945872323686

See ad details

---



**Humuling1**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

Get It  https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✔ Active                                              •••

Started running on Feb 7, 2022

Platforms 🅕 🅞 🅠 🅢

ID: 646811733080324

See ad details



**Humuling1**
Sponsored

🖐️🐱🐶The pet: Oh My God！ Thank you, it's very comfortable
👀🐾
💅Get It ☝️https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                                    •••

Started running on Feb 7, 2022

Platforms 🅕 🅞 🅠 ⊜

ID: 723355568650740

See ad details

 **Humuling1**
Sponsored

🐎🪮The pet: Oh My God!  Thank you, it's very comfortable
😂😂
🧴Get It ✂ https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✔ Active                                                                          •••

Started running on Feb 7, 2022

Platforms 📘 📷 ⌂ 💬

ID: 3142848859317033

See ad details

 **Humuling1**
Sponsored

🐴The pet: Oh My God! Thank you, it's very comfortable 😂😂
Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active    •••

Started running on Feb 7, 2022

Platforms 🟦 📷 ⭕ 💬

ID: 317447327067241

See ad details

---

 **Humuling1**
Sponsored

🐾🐾The pet: Oh My God! Thank you, it's very comfortable 😲😲
🧡Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active                                    •••

Started running on Feb 7, 2022

Platforms 🖥 📷 🔍 💬

ID: 373188137470447

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😊😊
Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                    Shop now

⊘ Active                                          ⋯

Started running on Feb 7, 2022

Platforms   

ID: 660108128562539

See ad details

---

 **Humuling1**
Sponsored

🐎🧴The pet: Oh My God！ Thank you, it's very comfortable 😂😂
✂️Get It ☞https://bit.ly/3rbx9eX



WWW.HJMULING.COM
My pet really likes to use it to bathe                    Shop now

✅ Active                                                                    ...

Started running on Feb 7, 2022

Platforms   

ID: 713466486300055

See ad details

 **Humuling1**
Sponsored

🐴✨The pet: Oh My God! Thank you, it's very comfortable
😻😻
🐶Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                              ⋯

Started running on Feb 7, 2022

Platforms   

ID: 896639717688366

See ad details

---



### Humuling1
Sponsored

🛒The pet: Oh My God! Thank you, it's very comfortable 😂😂
📲Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                          •••

Started running on Feb 7, 2022

Platforms  😊 ◎ ⊙ ●

ID: 1161612824581566

| See ad details |
| --- |

 **Humuling1**
Sponsored

🐴🐴The pet: Oh My God!  Thank you, it's very comfortable
😍😍
🧡Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

| Shop now |
| --- |

● Active ···

Started running on Feb 7, 2022

Platforms   

ID: 1003544236923853

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😍😍
Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✔ Active                                    •••

Started running on Feb 7, 2022

Platforms   

ID: 298369825507325

See ad details

 **Humuling1**
Sponsored

🐾🐾The pet: Oh My God！ Thank you, it's very comfortable 😂😂
🐴Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                          •••

Started running on Feb 7, 2022

Platforms   

ID: 647580546556288

See ad details

---

 **Humuling1**
Sponsored

🐴The pet: Oh My God! Thank you, it's very comfortable
😍😍
🧽Get It ☛ https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active                                     •••

Started running on Feb 7, 2022

Platforms   

ID: 5539382686078842

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😊😊
Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                Shop now

✅ Active    ...

Started running on Feb 8, 2022

Platforms 🏠 📷 ♀ ●

ID: 473896984185599

See ad details

 **Humuling1**
Sponsored

🐴The pet: Oh My God！ Thank you, it's very comfortable 😊

🧽Get It ☞https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                                    •••

Started running on Feb 8, 2022

Platforms 🌐 ◎ Ω ●

ID: 661562308530445

See ad details

**Humuling1**
Sponsored

🐎💈🖌️The pet: Oh My God！ Thank you, it's very comfortable 😊😊
🧴Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                                    •••

Started running on Feb 8, 2022

Platforms  

ID: 669306907537005

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God！ Thank you, it's very comfortable
😍Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                    Shop now

⊘ Active                                                    •••

Started running on Feb 8, 2022

Platforms 🌐 ◎ ◎ ◍

ID: 1126045094886945

See ad details

---

 **Humuling1**
Sponsored

🐎The pet: Oh My God!  Thank you, it's very comfortable
😭😭
Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✅ Active    •••

Started running on Feb 8, 2022

Platforms 🟦 📷 🔵 💬

ID: 1252228481968882

See ad details

 **Humuling1**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable 😂😂
🧡Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active                                                          •••

Started running on Feb 8, 2022

Platforms 🟦 📷 🔵 💬

ID: 1308335732978558

See ad details

---

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😍
Get It ☞https://bit.ly/3rbx9eX



WWW.HUMULING.COM                                    Shop now
My pet really likes to use it to bathe

✔ Active                                                                    •••

Started running on Feb 8, 2022

Platforms 🌐 📷 ◻ 💬

ID: 3185786615080430

See ad details

 **Humuling1**
Sponsored

🐾 The pet: Oh My God！ Thank you, it's very comfortable 😂😂
💪Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                    •••

Started running on Feb 8, 2022

Platforms 🌐 📷 🔔 💬

ID: 482281116796328

See ad details


**Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😊😊
🧽Get It 🧹https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

● Active                                    ...

Started running on Feb 8, 2022

Platforms 🌐 📷 ⌂ ●

ID: 264628899002680

See ad details

 **Humuling1**
Sponsored

🐎The pet: Oh My God!  Thank you, it's very comfortable 🥹

Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                    •••

Started running on Feb 8, 2022

Platforms 🌐 📷 ⍉ ●

ID: 635531771109328

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😢😢
🧴Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                                    •••

Started running on Feb 8, 2022

Platforms 🌐 ⊙ ⊡ ●

ID: 1567737093626118

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😭😭
🙋Get It ☞ https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                    Shop now

 **Humuling1**
January 23 at 11:45 PM · 🌐

I have ever used in my training barn!! I highly recommend it!!🐾






 2

 Like       Comment       Share

 Write a comment...        
Press Enter to post.

✔ Active

Started running on Apr 15, 2022

Platforms 🌐 ◎ ꩜ ◍

ID: 325233819515979

**100 ads** use this creative and text

See ad details

---

 **Humuling1**
Sponsored

🐴✨The pet: Oh My God！ Thank you, it's very comfortable😊😊
🛒Get It 👉 https://bit.ly/3rbx9eX



Active

Started running on Apr 19, 2022

Platforms 📘 📷 ⏸ 💬

ID: 559720282070325

**58 ads** use this creative and text

See ad details

---



**Humuling1**
Sponsored

🐾The pet: Oh My God！ Thank you, it's very comfortable😊😊
🐶Get It ☞ https://bit.ly/3rbx9eX



✔ Active

• • •

Started running on Apr 19, 2022

Platforms 🅵 🅾 🇦 🅾

ID: 559720282070325

**19 ads** use this creative and text

See ad details

---

**Humuling1**
Sponsored

🐾🐴The pet: Oh My God!  Thank you, it's very comfortable 😊😊
🙋Get It ✍ https://bit.ly/3rbx9eX





**Implicitm**
Sponsored
ID: 388009873473254

···

💥 🐴Horse Grooming Massage Comb is multi-purpose, ✅Designed to make cosmetic work quick and effective, ❤️and also offers serious therapeutic benefits.
🛒SHOP NOW👉https://bit.ly/3zU9ZOp



WWW.IMPLICITM.COM
Implicitm

Shop now



**Implicitm**

Sponsored

ID: 430528169138847

···

💥 🐴Horse Grooming Massage Comb is multi-purpose, ✅Designed to make cosmetic work quick and effective, ❤️and also offers serious therapeutic benefits.
🛒SHOP NOW👉 https://bit.ly/3zU9ZOp



WWW.IMPLICITM.COM
Implicitm

Shop now

● Active                                               •••

Started running on Sep 23, 2022

Platforms 🅕 🄾 Ω 💬

ID: 1215703962619050

See ad details

 **Inputependa**
Sponsored

🦴🐾 The pet: Oh My God！ Thank you, it's very comfortable
😊😊😊 👉 https://t.site/3zYxl6L



WWW.INPUTEPENDA.COM
Inputependa

Shop now

✔ Active                                                                              • • •

Started running on Feb 4, 2023

Platforms 👍 📷 💬 💬

ID: 511042334522626

**6 ads** use this creative and text

See ad details



**Inputependa**
Sponsored

🐎💩The pet: Oh My God！ Thank you, it's very comfortable😂😂😂 👉 https://bit.ly/3WM9PSK





**Inputependa**
Sponsored
ID: 449234093545538

🐎🐴The pet: Oh My God！ Thank you, it's very comfortable😂😂😂 👉
https://t.site/3oBqHwE



Give your horse the
best massage

WWW.INPUTEPENDA.COM
Inputependa

Shop now

✔ Active                                                    •••

Started running on Sep 7, 2022

Platforms 📘 📷 �e 💬

ID: 491982128994974

**3 ads** use this creative and text

See ad details

---

 **Inputependa**
Sponsored

🐎🐾The pet: Oh My God !   Thank you, it's very comfortable
😂😂😊 🔖https://t.site/3zYxl6L



✓ Active                                             • • •

Started running on Sep 19, 2022

Platforms 🅕 📷 ⍉ 💬

ID: 867736630880056

**5 ads** use this creative and text

See ad details

---

 **Inputependa**
Sponsored

🐎🐴The pet: Oh My God!  Thank you, it's very comfortable
😂😂😂☝️https://t.site/3zYxl6L



 Active                                                ...

Started running on Sep 22, 2022

Platforms 🅕 🅘 Ⓠ ⬤

ID: 487581899907724

**6 ads** use this creative and text

See ad details

---

 **Inputependa**
Sponsored

🐴🐎The pet: Oh My God！ Thank you, it's very comfortable
😌😂😌 👉https://t.site/3zYxI6L



● Active    ...

Started running on Sep 23, 2022

Platforms 🔵 📷 💬 ✉

ID: 1215703962619050

**4 ads** use this creative and text

See ad details



**Inputependa**
Sponsored

🐴 The pet: Oh My God！ Thank you, it's very comfortable
😂😂😂 👉 https://t.site/3zYxl6L



✓ Active

Started running on Apr 21, 2022

Platforms 🅕 📷 ⊙ ⊜

ID: 527063899065384

**4 ads** use this creative and text

See ad details

---



**Jewelrystore**
Sponsored

🐴The pet: Oh My God！ Thank you, it's very comfortable 😂😂
😍Get It 🔗https://bit.ly/3jUpFK3





✓ Active                                            •••

Started running on Feb 8, 2022

Platforms 🌐 📷 ◎ 💬

ID: 3305870399675498

See ad details

---



**Laurars.shop**
Sponsored

🐴🪮The pet: Oh My God!  Thank you, it's very comfortable 😂😂
🙌Get It ✨https://laurars.com/products/gmb



LAURARS.COM
Laurars.shop                                    Shop now

⊘ Active                                          ...

Started running on Feb 8, 2022

Platforms  🅕 🅘 🇶 ●

ID: 338838174787277

See ad details

---

**Laurars.shop**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😂😂
🐾Get It 👉https://laurars.com/products/gmb



LAURARS.COM
Laurars.shop                              Shop now

✅ Active                                                    •••

Started running on Feb 8, 2022

Platforms 🟦 📷 🔲 💬

ID: 654416992639016

See ad details

🏔 **Laurars.shop**
Sponsored

🐎The pet: Oh My God!  Thank you, it's very comfortable
😊😊
Get It https://laurars.com/products/gmb



**6-IN-1**
**Shedding Grooming**
**Massage Brush**

LAURARS.COM
Laurars.shop

Shop now

✅ Active                                          •••

Started running on Feb 7, 2022

Platforms 🅕 🅞 🅠 🅞

ID: 485593469667922

See ad details



**Laurars.shop**
Sponsored

🐎🐾The pet: Oh My God！Thank you, it's very comfortable
😊😊
🐾Get It ✈https://laurars.com/products/gmb



LAURARS.COM
Laurars.shop                          Shop now



**Luckyarrange2**

Sponsored

ID: 678117436737644

···

🐾🐱🐶The pet: Oh My God！ Thank you, it's very comfortable🥰Get It 🖐
https://t.site/3vi4GpH



WWW.LUCKYARRANGE.COM

Luckyarrange2

Shop now



**Magicport**
Sponsored
ID: 1048756255823203

···

I personally guarantee you and your horse will love this new way to groom. 🛒 Get it here👉 https://bit.ly/3bJiIVl



WWW.MAGICPORT.NET
41% OFF- 6 IN 1 Shedding Grooming Massage Brush

Shop now



**Maibershop.com**
Sponsored
ID: 751886646085817

🐎🐴The pet: Oh My God！ Thank you, it's very comfortable😂😂😂



WWW.MAIBERSHOP.COM
Do you have a horse at home? Or have a dog?

Shop now



**Marvano**
Sponsored
ID: 727664855349247

· · ·



🐴Your Horse: Oh My God! Thank you, it's very comfortable 🤣🤣



MARVANOS.COM
My Horse really likes to use it to bathe

Order now



**Marvano**
Sponsored
ID: 727664855349247

· · ·

🐴Your Horse: Oh My God! Thank you, it's very comfortable 🌀🌀



MARVANOS.COM
My Horse really likes to use it to bathe

Order now



**Marvano**
Sponsored
ID: 727664855349247



Your Horse: Oh My God! Thank you, it's very comfortable



**A 6-IN-1 GROOMING & MASSAGE BRUSH**

MARVANOS.COM
My Horse really likes to use it to bathe

Order now



**Marvano**
Sponsored
ID: 1033448013924375

· · ·

🐴Your Horse: Oh My God! Thank you, it's very comfortable 🤗🤗



IT HAS MULTIPLE PATTERNS ON IT

MARVANOS.COM
My Horse really likes to use it to bathe

Order now

**Matumall shop**
Sponsored
ID: 731088228082422

As a gift for your loved ones, this limited-stock 6-in-1 Shedding Grooming Massage Brush will be perfect!

Do not harm the horse's skin and hair, easily clean its body, and keep it clean and comfortable!



WWW.MATUMALL.COM
Matumall shop

Shop now

**Meow N' Dogs**
Sponsored
ID: 424783072529875

•••

Multi-purpose and make quick and efficient work of grooming Remove shedding hair and erase dried mud & sweat, Check it out now
meowndogs.myshopify.com/horsebrush










MEOWNDOGS.MYSHOPIFY.COM
Guaranteed to improve the skin and coat!

Shop Now

MEOWNDOGS.MYSHOPIFY.COM
Guaranteed to improve the skin and coat!

⊘ Active    •••

Started running on Jul 15, 2022

Platforms 👍 📷

ID: 541153381086184

See ad details

 **Mite-wood.UK**
Sponsored

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable! 👋get it📱💨 https://t.site/3uQczmF



WWW.MITE-WOOD.COM
( 🎃 🎃 Halloween Pre Save 49% 0FF 🎃 ) 6-in-1 Shedding Grooming Massage Brush

Shop now

● Active                                      ···

Started running on May 14, 2022

Platforms ● ◎ Ω ●

ID: 1662803027387082

See ad details

 **Nowonow Shop**
Sponsored

The pet: Oh My God!   Thank you, it's very comfortable
Shop Now
https://www.nowonow.com/products/brush
We offer a 30 Day no-questions-asked refund guarantee in
case you change your mind too!



WWW.NOWONOW.COM
Nowonow Shop

Shop now

✅ Active                                                ...

Started running on May 14, 2022

Platforms 🅕 📷 🔍 💬

ID: 1662803027387082

See ad details

---

 **Nowonow Shop**
Sponsored

🐾The pet: Oh My God！  Thank you, it's very comfortable😊
Shop Now👆👆
https://www.nowonow.com/products/brush
We offer a 30 Day no-questions-asked refund guarantee in case you change your mind too!



WWW.NOWONOW.COM
Nowonow Shop                                  Shop now

**Nuveira Store**
Sponsored                                    ...
ID: 773062660579232



⭐⭐⭐⭐⭐ *"My horse loves it. It really helps my horse reduce sensitivity, improve blood circulation, oxygen to prevent stroke and better coat. It gives me more time to get to know my horse better"*-James
Try it now: https://www.nuveira.com/products/horsebrush
✅ Support treatment to increase blood flow, oxygen, nutrients to prevent stroke .
✅ Horse skin is very sensitive, so a brush with small teeth is suitable, th...



WWW.NUVEIRA.COM
💖 Every horse breeder loves this 💖

Shop now

● Active

Started running on May 4, 2022

Platforms 🟦

ID: 1364267910751747

**8 ads** use this creative and text

See ad details

**OG** OGhub
Sponsored

Never was this easy and pleasant to groom your horse 🐴🐴
with minimal elbow-grease!

✅t will take insane amount of dead hair out
✅t's easy to hold, comfortable to use
✅Gentle everywhere, including the face and legs
✅Ideal for sensitive horses...



A QUICK EASY TOOL...

---

● Active

Started running on May 4, 2022

Platforms 🟦

ID: 1354214351742662

**8 ads** use this creative and text

See ad details

**OG** OGhub
Sponsored

Never was this easy and pleasant to groom your horse 🐴🐴
with minimal elbow-grease!

✅t will take insane amount of dead hair out
✅t's easy to hold, comfortable to use
✅Gentle everywhere, including the face and legs
✅Ideal for sensitive horses...



A QUICK EASY TOOL...

---

● Active

Started running on May 4, 2022

Platforms 🟦

ID: 2149972738502747

**8 ads** use this creative and text

See ad details

**OG** OGhub
Sponsored

Never was this easy and pleasant to groom your horse 🐴🐴
with minimal elbow-grease!

✅t will take insane amount of dead hair out
✅t's easy to hold, comfortable to use
✅Gentle everywhere, including the face and legs
✅Ideal for sensitive horses...



A QUICK EASY TOOL...

⊘ Active                                    •••

Started running on May 2, 2022

Platforms 🄵

ID: 304468348373492

**8 ads** use this creative and text

See ad details

---

**OG**  **OGhub**
Sponsored

Never was this easy and pleasant to groom your horse 🐴💨
with minimal elbow-grease!

✅ It will take insane amount of dead hair out
✅ It's easy to hold, comfortable to use
✅ Gentle everywhere, including the face and legs
✅ Ideal for sensitive horses...



Multiple versions of this ad ⓘ    ‹ 4 of 5 ›

**OGhub**
Sponsored
ID: 361661199276107

•••

Never was this easy and pleasant to groom your horse 🐴🤗 with minimal elbow-grease!

✅It will take insane amount of dead hair out
✅It's easy to hold, comfortable to use
✅Gentle everywhere, including the face and legs
✅Ideal for sensitive horses

Get it Here 👉 https://bit.ly/ez-groom
Get it Here 👉 https://bit.ly/ez-groom

⏰First 100 groomers are 50% OFF⏰



OGLOVO.COM
EZGroom™ Shedding Brush - Now Available!

Shop now







**Active**

Started running on May 6, 2022

Platforms

ID: 533446324831738

23 ads use this creative and text

See ad details

OG OGhub
Sponsored

Never was this easy and pleasant to groom your horse
with minimal elbow-grease!

✓ It will take insane amount of dead hair out
✓ It's easy to hold, comfortable to use
✓ Gentle everywhere, including the face and legs
✓ Ideal for sensitive horses...

A QUICK EASY TOOL...

---

**Active**

Started running on May 6, 2022

Platforms

ID: 340174211542540

12 ads use this creative and text

See ad details

OG OGhub
Sponsored

Never was this easy and pleasant to groom your horse
with minimal elbow-grease!

✓ It will take insane amount of dead hair out
✓ It's easy to hold, comfortable to use
✓ Gentle everywhere, including the face and legs
✓ Ideal for sensitive horses...

A QUICK EASY TOOL...

---

**Active**

Started running on May 6, 2022

Platforms

ID: 6700627440897779

13 ads use this creative and text

See ad details

OG OGhub
Sponsored

Never was this easy and pleasant to groom your horse
with minimal elbow-grease!

✓ It will take insane amount of dead hair out
✓ It's easy to hold, comfortable to use
✓ Gentle everywhere, including the face and legs
✓ Ideal for sensitive horses...

A QUICK EASY TOOL...

Active

Started running on May 15, 2022

Platforms

ID: 378895397498712

**7 ads** use this creative and text

See ad details

---

**OG** **OGhub**
Sponsored

Never was this easy and pleasant to groom your horse 🐴🧡 with minimal elbow-grease!

✅ It will take insane amount of dead hair out
✅ It's easy to hold, comfortable to use
✅ Gentle everywhere, including the face and legs
✅ Ideal for sensitive horses...



**OG** **OGhub**
Sponsored
ID: 378895397498712                                    •••

Never was this easy and pleasant to groom your horse🐴🤗 with minimal elbow-grease!

✅It will take insane amount of dead hair out
✅It's easy to hold, comfortable to use
✅Gentle everywhere, including the face and legs
✅Ideal for sensitive horses...



OGLOVO.COM                                          [ Shop now ]
EZGroom™ Shedding Brush - Now Available!

**Pachicnet01**
Sponsored
ID: 3365325303747794

···

✅ Time to give the horse new clothes!😍 🐎 To groom, shed, shampoo, slick, shine & massage all sensitive areas of the body 💧







SIN6.PACHIC.NET
**6-in-1 Massage Brush**
🎉40% OFF🎉

Shop now

 Active

Started running on Dec 30, 2022

Platforms   

ID: 1475411209651702

See ad details

 **Pachicnet01**
Sponsored

✅ Time to give the horse new clothes! 😊 🐎 To groom, shed, shampoo, slick, shine & massage all sensitive areas of the body 💧







SIN6.PACHIC.NET
6-in-1 Massage Brush
🔥 40% OFF🔥

Shop now

 **Petsvine**
Sponsored
ID: 349888310535733

The pet: Oh My God!  Thank you, it's very comfortable 😊🥰

Get It 👉https://petsvine.com/6-in-1-brush



PETSVINE.COM
6-in-1 Shedding Grooming Massage Brush (50% OFF
TODAY)                                    Get offer

**Petsvine**
Sponsored
ID: 398330545178788    ...

🐕🐾The pet: Oh My God！  Thank you, it's very comfortable 😌🥰

Get It 👉https://petsvine.com/6-in-1-brush



PETSVINE.COM
My pet really likes to use it to bathe    Shop now



**Active**

Started running on Apr 19, 2022

Platforms 🔗 📷 🎵 ⓘ

ID: 529823258682933

See ad details

⋮

**Phoneger-mall**
Sponsored

🐾🐾Animal de companie: Doamne! Mulțumesc, atât de confortabil 😊😊
Perie de masaj👉👉 https://bit.ly/3MjdOct

WWW.PHONEGER.TOP
🚚transport gratis✅numerar la livrare

Shop now

---



**Active**

Started running on Apr 19, 2022

Platforms 🔗 📷 🎵 ⓘ

ID: 287589369381323

See ad details

⋮

**Phoneger-mall**
Sponsored

🐾🐾Domácí mazlíčci: Panebože, děkuji, to je tak pohodlné!
👉👉 https://bit.ly/3MePmkx

WWW.PHONEGER.TOP
🚚Přeprava zdarma✅Dobírka✅Sedm dní vrácení peněz

Shop now

Started running on May 4, 2022

Platforms   

ID: 723536875749754

See ad details

---

 **ponyshower.de**
Sponsored

Tierbesitzer BRAUCHEN das! 

Geeignet für Pferde, Hunde und Katzenpflege

✅Entfernt überschüssige Haare & Schuppen
✅Tier fühlt sich wohl durch Massage
✅Sicher OHNE Klinge...



PONYSHOWER.DE
So pflegt man Pferde in 2022 
50% SALE über den Link

Shop now

Started running on May 4, 2022

Platforms 

ID: 723536875749754

See ad details

**ponyshower.de**
Sponsored

🐴🐶🐱 Tierbesitzer BRAUCHEN das! 🐻

Geeignet für Pferde, Hunde und Katzenpflege

✅ Entfernt überschüssige Haare & Schuppen
✅ Tier fühlt sich wohl durch Massage
✅ Sicher OHNE Klinge...



PONYSHOWER.DE
So pflegt man Pferde in 2022 🐎
50% SALE über den Link

Shop now

**Active**

Started running on Apr 29, 2022

Platforms

ID: 36898480184040

This ad has multiple versions

**3 ads** use this creative and text

See ad details



**ponyshower.de**
Sponsored

🐎🐕 Tierbesitzer BRAUCHEN das! 🐱

Geeignet für Pferde, Hunde und Katzenpflege

✅ Entfernt überschüssige Haare & Schuppen
✅ Tier fühlt sich wohl durch Massage
✅ Sicher OHNE Klinge...



NUR DAS BESTE FÜRS PFERD

ponyshower™

---

**Active**

Started running on Apr 29, 2022

Platforms

ID: 53729685470341

This ad has multiple versions

**3 ads** use this creative and text

See ad details

**ponyshower.de**
Sponsored

🐎🐕 Tierbesitzer BRAUCHEN das! 🐱

Geeignet für Pferde, Hunde und Katzenpflege

✅ Entfernt überschüssige Haare & Schuppen
✅ Tier fühlt sich wohl durch Massage
✅ Sicher OHNE Klinge...



NUR DAS BESTE FÜRS PFERD

ponyshower™

✅ Active                                                                          •••

Started running on May 4, 2022

Platforms   

ID: 723536875749754

See ad details

 **ponyshower.de**
Sponsored

🐎🐕🐈Tierbesitzer BRAUCHEN das! 

Geeignet für Pferde, Hunde und Katzenpflege

✅Entfernt überschüssige Haare & Schuppen
✅Tier fühlt sich wohl durch Massage
✅Sicher OHNE Klinge...



PONYSHOWER.DE
So pflegt man Pferde in 2022 🐎          Shop now
50% SALE über den Link

✔ Active

⋯

Started running on May 4, 2022

Platforms   Ω 

ID: 723536875749754

See ad details

 **ponyshower.de**
Sponsored

🐎🐕🐈 Tierbesitzer BRAUCHEN das! 🤎

Geeignet für Pferde, Hunde und Katzenpflege


✅ Entfernt überschüssige Haare & Schuppen
✅ Tier fühlt sich wohl durch Massage
✅ Sicher OHNE Klinge...



PONYSHOWER.DE
So pflegt man Pferde in 2022 🐎
50% SALE über den Link

Shop now

✅ Active    •••
Started running on Apr 29, 2022
Platforms 🌐 📷 🔵 ⊘
This ad has multiple versions ⓘ
ID: 368984801840440
**3 ads** use this creative and text

See ad details

**ponyshower.de**
Sponsored

🐴🐾 🎀Tierbesitzer BRAUCHEN das! 🤩

Geeignet für Pferde, Hunde und Katzenpflege

✅Entfernt überschüssige Haare & Schuppen
✅Tier fühlt sich wohl durch Massage
✅Sicher OHNE Klinge...



✅ Active    •••
Started running on Apr 29, 2022
Platforms 🌐 📷 🔵 ⊘
This ad has multiple versions ⓘ
ID: 537296854700341
**3 ads** use this creative and text

See ad details

**ponyshower.de**
Sponsored

🐴🐾 🎀Tierbesitzer BRAUCHEN das! 🤩

Geeignet für Pferde, Hunde und Katzenpflege

✅Entfernt überschüssige Haare & Schuppen
✅Tier fühlt sich wohl durch Massage
✅Sicher OHNE Klinge...



✅ Active

•••

Started running on Feb 13, 2023

Platforms 

ID: 761481455648201

See ad details

 **Pup_pup**
Sponsored



PUPPUP.NET
6 IN 1 Shedding Grooming Massage Brush
Puppup

Shop now

 Active                                                             •••

Started running on Sep 22, 2022

Platforms

ID: 651563629720011

**3 ads** use this creative and text

See ad details

---

**Pup_pup**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

GET NOW👉 https://t.site/3UruRGa





**Pure blue stars**

Sponsored

ID: 3082088948719689



😍 🐴Both you and your horse will love this new way to groom, keep your partner clean and comfortable!



WWW.PUREBLUESTARS.COM

Pure blue stars

Shop now

✔ Active                                    •••

Started running on Sep 20, 2022

Platforms   

ID: 592051702664742

See ad details

 **Rationalu_UK**
Sponsored

" I personally guarantee you and your horse will love this new
way to groom. You've got my name on it. "
🔲 Get it here⬅ https://t.site/3DAzZ4E



WWW.RATIONALU.COM
Rationalu_UK                          Shop now

## First Ad

⊘ Active

Started running on Sep 20, 2022

Platforms 🔵 ⚪ ⚪ ⚪

ID: 5920517026647742

See ad details



Rationalu_UK
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🐴 Get it here ➡️ https://t.site/3DAsZ4E



WWW.RATIONALU.COM
Rationalu_UK

Give your horse the best massage

Shop now

## Second Ad

⊘ Active

Started running on Sep 20, 2022

Platforms 🔵 ⚪ ⚪ ⚪

ID: 4589296729604I3

9 ads use this creative and text

See ad details



Goblin Pocket
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🐴 Get it here ➡️ https://bit.ly/3zk4aL2

Give your horse the best massage

**Rosebeautyy UK**

Sponsored

ID: 440802601135987

· · ·

As a gift for your loved ones, this limited-stock 6-in-1 Shedding Grooming Massage Brush will be perfect!



ROSEBEAUTYY.COM
free shipping

Order now

✅ Active                                                        •••

Started running on Apr 6, 2022

Platforms   

ID: 378362500963093

See ad details

 **ScoobyShop**
Sponsored

Préparez-vous pour la mue 🐕
Thérapeutique, hygiénique et durable, une brosse magique !
(elle peut aussi s'utiliser pour les chiens à poils courts)



SCOOBYSHOPFR
**Brosse 6 EN 1**
PROMO limitée

Learn more

✓ Active                                                    •••

Started running on Apr 6, 2022

Platforms   

ID: 378362500963093

See ad details

 **ScoobyShop**
Sponsored

Préparez-vous pour la mue 🐎
Thérapeutique, hygiénique et durable, une brosse magique !
(elle peut aussi s'utiliser pour les chiens à poils courts)



SCOOBYSHOP.FR
**Brosse 6 EN 1**                          Learn more
PROMO limitée

✅ Active

Started running on Nov 16, 2021

Platforms 🌐 📷 🔔 ⊖

ID: 497721878355711

See ad details

 **Sonnighof**
Sponsored

〰〰Das Haustier: Oh mein Gott!  Danke, es ist sehr bequem 🥷🥷

📎https://bit.ly/3aUQFo8



WWW.SONNIGHOF.DE
Sonnighof

Shop now

⊘ Active                                                                    •••

Started running on Nov 16, 2021

Platforms 🟦 ▣ ▢ ◉

ID: 497721878355711

See ad details

**Sonnighof**
Sponsored

🐾Das Haustier: Oh mein Gott! Danke, es ist sehr bequem 👏👏👏
📌https://bit.ly/3aUQFo8



WWW.SONNIGHOF.DE
Sonnighof                                                    Shop now

✓ Active                                                              •••

Started running on Nov 12, 2021

Platforms 🌐 📷 ◻ 💬

ID: 1316450285458931

See ad details

---

 **Wholee UK**
Sponsored

🐴Das Haustier: Oh mein Gott!!  Dankeschön, es ist sehr bequem👏👏👏



WHOLEE-M.MYSHOPIFY.COM
£6.99
🐴Fast Shipping With Tracking

Shop now

● Active

Started running on Nov 2, 2021

Platforms ● ◎ ◘ ●

ID: 437856481092830

See ad details

 **Wholee_USA_Fashion**
Sponsored

🐴Das Haustier: Oh mein Gott!  Dankeschön, es ist sehr bequem👏👏👏



WHOLEE-MENA.MYSHOPIFY.COM
$10.99
Shipping With Tracking

Shop now

Active

Started running on Nov 22, 2021

Platforms 

ID: 601693931076779

See ad details

---



**Spicycoral**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable



SPICYCORAL.COM
6-IN-1 SHEDDING GROOMING MASSAGE BRUSH

Shop now

 Active

Started running on Nov 22, 2021

Platforms  

ID: 601693931076779

See ad details

 **Spicycoral**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable



SPICYCORAL.COM
6-IN-1 SHEDDING GROOMING MASSAGE BRUSH

Shop now

Active

Started running on Nov 22, 2021

Platforms 

ID: 300154965301030

See ad details



**Regularoom**
Sponsored

🐴Do not harm the horse skin and hair, easily clean its body, keep it clean and comfortable!
✅Remove Shedding Hair
✅Blade-Free! Lift & Remove Embedded Dirt
✅Stretch & Warm Muscles



WWW.REGULAROOM.COM
Regularoom
A professional beauty hair removal brush, without a blade, can quickly brush off the loose hair that falls off naturally.

Shop now

✅ Active

Started running on Nov 22, 2021

Platforms 👍 📷 🔵 💬

ID: 266700308753291

See ad details

 **Baesale.fashion**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable🐾



BAESALE.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

✅ Active                                                      •••

Started running on Nov 22, 2021

Platforms  🅕 🅞 🅠 🅢

ID: 266700308753291

See ad details

---

 **Baesale.fashion**
Sponsored

🐾🐾The pet: Oh My God！ Thank you, it's very comfortable🐾
🐾🐾



StripHair Gentle Groomer

BAESALE.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

⊘ Active                                                                ...

Started running on Nov 20, 2021

Platforms   

ID: 479964166698350

See ad details

 **WHorseClub**
Sponsored

🐴This is the best hair shedder ever, and I have tried many.
Not only sheds hair but also brings up dead skin and adds
amazing shine to horse's coat. I love it! 👍





WHORSECLUB.COM
Up To 45% OFF                                              Shop now
Free Shipping for UK

✅ Active                                          •••

Started running on Nov 20, 2021

Platforms 🇫 📷 ⭕ ➖

ID: 953072485636186

See ad details



**WHorseClub**
Sponsored

🐎This is the best hair shedder ever, and I have tried many. Not only sheds hair but also brings up dead skin and adds amazing shine to horse's coat. I love it! 🧹



More than
HORSE LOVERS

WHORSECLUB.COM
Up To 45% OFF
Free Shipping for UK

Shop now

 Active    •••

Started running on Nov 8, 2021

Platforms 

ID: 613784536330625

See ad details

---

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
 Get it here  https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush          Shop now

✅ Active                                                                        ⋯

Started running on Oct 22, 2021

Platforms 🔵 ⓘ ◎ ⊖

ID: 1136307730232280

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



**Give your horse the best massage**

ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

✓ Active                                    •••

Started running on Oct 22, 2021

Platforms 📘 📷 🔔 💬

ID: 251297633630671

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
✋ Get it here 👉 https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM                                    Shop now
6-in-1 Shedding Grooming Massage Brush

 Active

Started running on Sep 13, 2021

Platforms

ID: 1039555866795826

See ad details

**Shrub.store**
Sponsored

Cash on Free Delivery UAE!
Massage the horse comfortably and easily remove loose hair from its body.



SHRUB.STORE
Hair Removal Massage Horsehair Brush

Shop now



**Freie-Taube**
Sponsored

ID: 31070648882872831

···

🐾Das Haustier: Oh mein Gott!  Dankeschön, es ist sehr bequem😘😘😘
🤗Jetzt holen👉https://bit.ly/3coYcwc



WWW.FREIETAUBE.DE

Freie-Taube

Shop now

**Freie-Taube**
Sponsored
ID: 3107064882872831

🐴😍Das Haustier: Oh mein Gott!  Dankeschön, es ist sehr bequem😍😍😍
🤩Jetzt holen👉https://bit.ly/3coYcwc



WWW.FREIETAUBE.DE
Freie-Taube

Shop now

✅ Active                                                      •••

Started running on Nov 22, 2021

Platforms  👍 📷 💬 💬

ID: 604767884072444

See ad details

---

 **Berlinwind**
Sponsored

🐾Das Haustier: Oh mein Gott!  Dankeschön, es ist sehr bequem🐾🐾
🔗https://berlinwind.shop/products/brush-1



BERLINWIND.SHOP
6-in-1-Bürste für Fellpflege und Massage          Shop now

🔘 Active                                                    •••

Started running on Nov 22, 2021

Platforms 🔵 📷 🔲 ⬤

ID: 604767884072444

See ad details

---

**Berlinwind**
Sponsored

Das Haustier: Oh mein Gott!  Dankeschön, es ist sehr bequem
https://berlinwind.shop/products/brush-1



BERLINWIND.SHOP
6-in-1-Bürste für Fellpflege und Massage                Shop now

Active

Started running on Nov 24, 2021

Platforms   

ID: 581348223121928

See ad details

---



**Regularoom**
Sponsored

🐴Do not harm the horse skin and hair, easily clean its body, keep it clean and comfortable!
✅Remove Shedding Hair
✅Blade-Free! Lift & Remove Embedded Dirt
✅Stretch & Warm Muscles



WWW.REGULAROOM.COM
Regularoom
A professional beauty hair removal brush, without a blade, can quickly brush off the loose hair that falls off naturally.

Shop now

Active

Started running on Nov 24, 2021

Platforms 📘 📷

ID: 431123061920515

See ad details

 **Witme thod**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "



WWW.WITMETHOD.COM
Witme thod

Shop now

Active

Started running on Nov 24, 2021

Platforms

ID: 295275235938901

See ad details



**Pure bluestars**
Sponsored

🖐️Easily remove pet's shedding Hair just in one brush!
✅Keep your furry buddy clean and comfortable!



WWW.PUREBLUESTARS.COM
Pure bluestars

Shop now

✅ Active                                                    •••

Started running on Nov 23, 2021

Platforms 👍 📷 ⊙ 💬

ID: 3006766856242897

See ad details

 **Jsuperthing Live**
Sponsored

"You and your horse will love this new way to groom. " 👉 Get
it here 👉 https://jsuperthing.com/products/brush-8



JSUPERTHING.COM
Jsuperthing Live                               Shop now

Active

Started running on Nov 24, 2021

Platforms

ID: 609290946791169

See ad details



**Jsuperthing Live**
Sponsored

"You and your horse will love this new way to groom. " 🐴 Get
it here➡️https://jsuperthing.com/products/brush-8



JSUPERTHING.COM
Jsuperthing Live

Shop now

Active

Started running on Nov 23, 2021

Platforms 

ID: 3006766856242897

See ad details

---



**Jsuperthing Live**
Sponsored

"You and your horse will love this new way to groom." Get
it here https://jsuperthing.com/products/brush-8



JSUPERTHING.COM
Jsuperthing Live

Shop now

Active

Started running on Nov 23, 2021

Platforms 📘 📷 🔔 💬

ID: 3006766856242897

See ad details

---



**Jsuperthing Live**
Sponsored

"You and your horse will love this new way to groom. " 🐎 Get it here👉 https://jsuperthing.com/products/brush-8



JSUPERTHING.COM
Jsuperthing Live

Shop now

Active

Started running on Nov 24, 2021

Platforms

ID: 1031350267409911

See ad details

 **Baesale.fashion**
Sponsored

The pet: Oh My God!   Thank you, it's very comfortable



BAESALE.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

⚙ Active                                                           ···

Started running on Nov 24, 2021

Platforms 📘 📷 ⊙ 💬

ID: 1031350267409911

See ad details

---

 **Baesale.fashion**
Sponsored

✨🌸The pet: Oh My God!  Thank you, it's very comfortable🥰🥰



StripHair Gentle Groomer

BAESALE.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

**Active**

Started running on Nov 24, 2021

Platforms  📘 📷 ▣ 💬

ID: 295275235938901

See ad details



**Pure bluestars**
Sponsored

👐Easily remove pet's shedding Hair just in one brush!
✅keep your furry buddy clean and comfortable!



WWW.PUREBLUESTARS.COM
Pure Bluestars

Shop now

⊘ Active                                    ...

Started running on Nov 8, 2021

Platforms 📘 📷 ⊘ ⊜

ID: 566789114411161

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush                Shop now

✅ Active

Started running on Sep 13, 2021

Platforms 🔵 ⬚ ⬚ 💬

ID: 1039555866795826

See ad details

---

 **Shrub.store**
Sponsored

Cash on Free Delivery UAE!
Massage the horse comfortably and easily remove loose hair
from its body. 🐴🐴



SHRUB STORE
Hair Removal Massage Horsehair Brush

Shop now

Started running on Nov 26, 2021

Platforms

ID: 616841219463475

See ad details



**Regularoom**
Sponsored

👉Do not harm the horse skin and hair, easily clean its body,
keep it clean and comfortable!
✅Remove Shedding Hair
✅Blade-Free! Lift & Remove Embedded Dirt
✅Stretch & Warm Muscles



WWW.REGULAROOM.COM
Regularoom
A professional beauty hair removal brush, without a blade, can
quickly brush off the loose hair that falls off naturally.

Shop now

✅ Active

⋯

Started running on Nov 27, 2021

Platforms 📘 📷 🔔 💬

ID: 1206331459861147

See ad details

---

 **Ablythee Store**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable😊
😊😊

👉https://ablythee.com/products/brush-10



ABLYTHEE.COM
Ablythee Store

Shop now

Active

Started running on Oct 22, 2021

Platforms 🅕 📷 🔔 💬

ID: 251297633630671

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here 👉 https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active                                                    •••

Started running on Oct 22, 2021

Platforms 🌐 📷 🔵 💬

ID: 613980153105517

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new
way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



ENZOSACTZ.COM                                    Shop now
6-in-1 Shedding Grooming Massage Brush

Active

Started running on Oct 22, 2021

Platforms 🌐 📷 🔔 💬

ID: 1136307730232280

See ad details

---

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
👉Get it here🐴 https://enzosaltz.com/products/brush-10



Give your horse the best massage

ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

● Active

Started running on Oct 18, 2021

Platforms 🖪 ◎ 🔲 ●

ID: 672635813710548

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush     Shop now

 Active

Started running on Nov 25, 2021

Platforms

ID: 925799238326247

See ad details

 **Witme thod**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "



www.witmethod.com
Witme thod

Shop now

 Active

Started running on Nov 25, 2021

Platforms 🅕 🅞

ID: 925799238326247

See ad details

---

**Witme thod**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "



WWW.WITMETHOD.COM
Witme thod

Shop now

Active

Started running on Nov 27, 2021

Platforms 📘 📷 🔔 💬

ID: 1333400483778598

See ad details

---



**Needgored**
Sponsored

🎁Using it,stay away from the trouble of brushing horse hair!🐴You can make yourself easier.Get it 🔥
needgored.com/products/brush-3



WWW.NEEDGORED.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

 Active

Started running on Nov 30, 2021

Platforms

ID: 1154845781717412

See ad details

**Wullander Tool**
Sponsored

"You and your horse will love this new way to groom." Get it here wullander.com/products/brush-10



WULLANDER.COM
Wullander Tool

Shop now

Active

Started running on Nov 30, 2021

Platforms

ID: 600049461276341

See ad details

---



**Wullander Tool**
Sponsored

"You and your horse will love this new way to groom." 🐴 Get it here 👉 wullander.com/products/brush-10



WULLANDER.COM
Wullander Tool                                    Shop now

Active

Started running on Nov 30, 2021

Platforms 

ID: 600049461276341

See ad details

**Wullander Tool**
Sponsored

"You and your horse will love this new way to groom. " Get it here wullander.com/products/brush-10



WULLANDER COM
Wullander Tool

Shop now

Active

Started running on Nov 5, 2021

Platforms

ID: 425507065759048

See ad details

 **Starshop Get**
Sponsored

" Ich garantiere Ihnen persönlich, dass Sie und Ihr Pferd diese neue Art der Fellpflege lieben werden. Mein Name steht drauf. "
Klicken und kaufen https://bit.ly/3lq0Rdd



STARSHOPYA.COM
6-in-1-Bürste für Fellpflege und Massage

Shop now

Active

Started running on Nov 30, 2021

Platforms 📘 📷 ⌂ 💬

ID: 300791865257577

See ad details

---

 **Dirkry.Uk**
Sponsored

Groom And Shedding All In One! 😛
✅ Remove Shedding Hair - Blade-Free! ✂
✅ Massage and Groom Your Pet's Hair 🐾
✅ Lather Shampoo & Lift Dirt 💧
Get Yours Now 👉 https://bit.ly/315ZVof



BIT.LY
A Great Gift 🎁

Shop now

 Active

Started running on Sep 13, 2021

Platforms 🅵 📷 💬 ⬭

ID: 1161028971051083

See ad details

**Shrub.store**
Sponsored

دلّك الحصان بشكل مريح وسهل إزالة الشعر المتساقط من جسمه🐎🐴. البيع عند 🤎 KSA! الاستلام والشحن المجاني



SHRUB.STORE
فرشاة مساج لإزالة الشعر من شعر الخيل

Shop now

Active

Started running on Nov 19, 2021

Platforms 🅕 📷 🔔 💬

ID: 1270029496808446

See ad details

 **Okelive.fashion**
Sponsored

🐾🐾The pet: Oh My God！ Thank you, it's very comfortable😂😂😂



OKELIVE.COM
Godhoppnow House

Shop now

Active

Started running on Nov 19, 2021

Platforms 🅕 🅘 🅐 🅾

ID: 1270029496808446

See ad details



**Okelive.fashion**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable😂 😂😂



OKELIVE.COM
Godshopnow House

Shop now

✅ Active

Started running on Dec 1, 2021

Platforms 🅕 📷 ⊙ 💬

ID: 397501302073986

See ad details

 **Wullander Tool**
Sponsored

"You and your horse will love this new way to groom. " 🔖 Get
it here 🔖 wullander.com/products/brush-10



WULLANDER COM
Wullander Tool

Shop now

⚙ Active    •••

Started running on Oct 18, 2021

Platforms 👍 📷 ◻ 💬

ID: 672635813710548

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
🛒Get it here👉 https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

☑ Active

Started running on Oct 18, 2021

Platforms  🅕 🅞 🄰 🄾

ID: 672635813710548

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
📖 Get it here 👉 https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active

Started running on Oct 18, 2021

Platforms 📘 📷 🔲 💬

ID: 581514609753568

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here 👉 https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active

Started running on Oct 22, 2021

Platforms 🄵 🄾 🄰 🄾

ID: 1136307730232280

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



**Give your horse the best massage**

ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active

Started running on Oct 22, 2021

Platforms 🄵 🄸 🄰 ⬤

ID: 613980153105517

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here ➤ https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

✓ Active

Started running on Nov 8, 2021

Platforms 📘 📷 🔔 💬

ID: 613784536330625

See ad details

---

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here: https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active

Started running on Oct 22, 2021

Platforms

ID: 251297633630671

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here  https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active

Started running on Oct 13, 2021

Platforms 📘 📷 🔔 💬

ID: 4605185772875416

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active    +++

Started running on Oct 9, 2021

Platforms 🔵 ⓘ ⬜ ⬤

ID: 590675615419043

See ad details

 **Goshoppnow House**
Sponsored

🐴🐴The pet: Oh My God!  Thank you, it's very comfortable😌
🐴🐴
🐴 https://bit.ly/3kE1JLS



GOSHOPPNOW.COM
Goshoppnow House                    Shop now

Active

Started running on Oct 22, 2021

Platforms 📘 📷 🏠 💬

ID: 1136307730232280

See ad details


**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
📩 Get it here  https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

Active

Started running on Oct 13, 2021

Platforms  ⓕ  ⓘ  ▢  ⊙

ID: 593869574988688

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here  https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active

Started running on Oct 22, 2021

Platforms 📘 📷 🔖 💬

ID: 613980153105517

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "

Get it here👉 https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active

Started running on Oct 22, 2021

Platforms 🌐 📷 🏠 💬

ID: 251297633630671

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
📧 Get it here ➡️ https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active    •••

Started running on Oct 13, 2021

Platforms 🅕 🅞 🅟 🅞

ID: 4605185772875416

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new
way to groom. You've got my name on it. "
Get it here 👉 https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active

Started running on Sep 13, 2021

Platforms 📘 📷 💬 💬

ID: 1039555866795826

See ad details



**Shrub.store**
Sponsored

Cash on Free Delivery UAE!
Massage the horse comfortably and easily remove loose hair
from its body. 🐴🐴



SHRUB.STORE
Hair Removal Massage Horsehair Brush 🐎

Shop now

Active

Started running on Sep 13, 2021

Platforms 🇫 📷 🔵 💬

ID: 1161028971051083

See ad details

 **Shrub.store**
Sponsored

كذلك الحصان بشكل مريح وسهل ازالة الشعر المتساقط من جسده 🐴 البيع عند 🤎 KSA! الاستلام والشحن المجاني



**Hair Removal Massage Horsehair Brush**

SHRUB.STORE
فرشاة مساج لإزالة الشعر من شعر الخيل

Shop now

Active

Started running on Dec 3, 2021

Platforms 🟦 🟦 🟦 🟦

ID: 254298233276631

See ad details

 **Dirkry.Uk**
Sponsored

Groom And Shedding All In One! 😜
✅ Remove Shedding Hair - Blade-Free! ✂
✅ Massage and Groom Your Pet's Hair 🐾
✅ Lather Shampoo & Lift Dirt 💧
Get Yours Here 👉 https://bit.ly/3G45aDw



BIT.LY
A Great Gift 🎁

Shop now



**WHorseClub**
Sponsored
ID: 255359009914387

···

🐴Enjoy the grooming ritual with your horse!
· Pratical
· 4 in 1
· Flexible
Horses and Ponies will love the experience!



WHORSECLUB.COM
Up to 63% OFF!
Free Shipping for UK

Shop now

Multiple versions of this ad     1 of 4

**WHorseClub**
Sponsored
ID: 255359009914387

🐎Enjoy the grooming ritual with your horse!
- Pratical
- 4 in 1
- Flexible
Horses and Ponies will love the experience!



WHORSECLUB.COM
**Up to 63% OFF!**
Free Shipping for UK

Shop now



**WHorseClub**
Sponsored
ID: 1598502147171442

···

🐴Enjoy the grooming ritual with your horse!
- Pratical
- 4 in 1
- Flexible
Horses and Ponies will love the experience!



WHORSECLUB.COM
**Up to 63% OFF!**
Free Shipping for UK

Shop now

Active

Started running on Oct 18, 2021

Platforms

ID: 581514609753568

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new
way to groom. You've got my name on it. "
Get it here  https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active    •••

Started running on Oct 18, 2021

Platforms  f  ⊙  ▢  ●

ID: 672635813710548

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here ➡ https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

● Active

Started running on Oct 18, 2021

Platforms 🅕 🅸 🄰 🄾

ID: 672635813710548

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
👉 Get it here👉 https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

⊘ Active

Started running on Dec 3, 2021

Platforms 

ID: 327042909260922

See ad details



**WHorseClub**
Sponsored

🧹Enjoy the grooming ritual with your horse!
- Pratical
- 4 in 1
- Flexible
Horses and Ponies will love the experience!



WHORSECLUB.COM
Up to 63% OFF!
Free Shipping for UK

Shop now

Active

Started running on Dec 3, 2021

Platforms

ID: 327042909260922

See ad details



**WHorseClub**
Sponsored

Enjoy the grooming ritual with your horse!
- Pratical
- 4 in 1
- Flexible
Horses and Ponies will love the experience!



WHORSECLUB.COM
Up to 63% OFF!
Free Shipping for UK

Shop now

⊘ Active                                          •••

Started running on Oct 22, 2021

Platforms  f  ⓘ  ⧈  ●

ID: 1136307730232280

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new
way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

✔ Active                                                    •••

Started running on Oct 13, 2021

Platforms  𝗳 ⬡ ⌂ ⬡ ⬤

ID: 593869574988688

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here: https://enzosaltz.com/products/brush-10



Give your horse the
best massage

ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush                Shop now

✔ Active                                                    ...

Started running on Oct 22, 2021

Platforms 📘 📷 ▣ ●

ID: 613980153105517

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

✅ Active                                                    •••

Started running on Oct 13, 2021

Platforms 📘 📷 💬 ⊙

ID: 4605185772875416

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush                 Shop now

✅ Active

Started running on Dec 6, 2021

Platforms 🅕 📷 🔔 💬

ID: 412752350541651

See ad details



**Shrub.store**
Sponsored

Cash on Free Delivery UAE!
Massage the horse comfortably and easily remove loose hair from its body. 🐎🐎



SHRUB STORE
Hair Removal Massage Horsehair Brush

Shop now

Active

Started running on Dec 6, 2021

Platforms

ID: 319459436457441

See ad details



**Shrub.store**
Sponsored

دلّك الحصان بشكل مريح وسهل إزالة الشعر المتساقط من جسده 🐴🐎 النفع عند الاستلام والشحن المجاني KSA! 👌



**Hair Removal Massage Horsehair Brush**

SHRUB STORE
فرشاة مساج لإزالة الشعر من شعر الخيل

Shop now

🌐 Active                                                        ...

Started running on Oct 18, 2021

Platforms 🇫 📷 🔘 💬

ID: 672635813710548

See ad details

 **Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new
way to groom. You've got my name on it. "
Get it here ➡️ https://enzosaltz.com/products/brush-10



enzosaltz.com
6-in-1 Shedding Grooming Massage Brush                     Shop now

✅ Active                                                    •••

Started running on Oct 18, 2021

Platforms 🟦 🔲 💬 ⊖

ID: 581514609753568

See ad details



**Enzosa**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here ▶ https://enzosaltz.com/products/brush-10



ENZOSALTZ.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

⊘ Active

Started running on Dec 7, 2021

Platforms ⓕ

ID: 211251411187190

See ad details

---

 **Renipet**
Sponsored

🐾 6-in-1 Shedding Grooming Massage Brush removes
Shedding Hair of your pet quickly. Shop Now 🐾
https://www.renipet.com/MassageBrush



Renipet
Pet Supplies
332 people like this

 👍 Like Page

⊘ Active                                                    •••

Started running on Dec 10, 2021

Platforms 🅕

ID: 1728570094159191

See ad details

 **Renipet**
Sponsored

🧹 Shedding Grooming Massage Brush removes pets'
shedding hair quickly! Shop Now 🧹
https://www.renipet.com/MassageBrush



Renipet
Pet Supplies
491 people like this



Active

Started running on Dec 13, 2021

Platforms

ID: 1162665560929108

See ad details

 **desamishop.us**
Sponsored

" Ich garantiere ihnen persönlich, dass Sie und Ihr Pferd diese neue Art der Fellpflege lieben werden. Mein Name steht drauf. "
Klicken und kaufen https://bit.ly/3tKTJfc



DESAMISHOP.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

Active

Started running on Dec 12, 2021

Platforms

This ad has multiple versions

ID: 922612775048373

See ad details

 **Safe Groomer**
Sponsored

Learn How This Brush Can Help You'r Horse Health!



SAFEGROOMER.COM
Pet Grooming Bladeless Brush (StripHair)
SafeGroomer.com

Learn More

✅ Active

Started running on Dec 13, 2021

Platforms 🅵 🅸 🅼 ⦿

ID: 1029288904601672

See ad details

---

 **Renipet**
Sponsored

🛒The Shedding Grooming Massage Brush removes pets' shedding hair quickly. Shop Now🪮
https://www.renipet.com/MassageBrush



WWW.RENIPET.COM
🪮50% OFF Massage Brush
Remove shedding hair quickly!

Shop now

✅ Active                                                    •••

Started running on Dec 13, 2021

Platforms 🌐 📷 🔍 💬

ID: 613663849958984

See ad details

---



**Renipet**
Sponsored

🐾 The Shedding Grooming Massage Brush removes pets' shedding hair quickly. Shop Now 🐾
https://www.renipet.com/MassageBrush





RENIPET.COM
🔥50% OFF
Massage Brush                      Shop Now

RENIPET.COM
🔥50% OFF
Massage Brush                      Shop Now

✅ Active

Started running on Dec 14, 2021

Platforms 👍

ID: 331865828460799

See ad details

---

 **Classicalyears**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable😊
🙌
👉 https://bit.ly/3GCze9u



**StripHair Gentle Groomer**

WWW.CLASSICALYEAR.COM
(Halloween Christmas Hot Sale)  6-in-1 Shedding    Shop now
Grooming Message Brush

✅ Active

⋯

Started running on Dec 14, 2021

Platforms   

ID: 915417505747577

See ad details

 **Renipet**
Sponsored

🛒 The Shedding Grooming Massage Brush removes pets' shedding hair quickly. Shop Now🛒
https://www.renipet.com/MassageBrush





RENIPET.COM
🔥50% OFF
Massage Brush

Shop Now

RENIPET.COM
🔥50% OFF
Massage Brush

Shop Now

✅ Active

Started running on Dec 16, 2021

Platforms 🅕 📷 🔊 💬

ID: 308052547725661

See ad details

 **Goofiry1**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😂😂😂
🛒Get It 👉https://bit.ly/3s8IM8e



WWW.GOOFIRY.COM
My pet really likes to use it to bathe

Shop now





**Goofiry1**
Sponsored

ID: 308052547725661

···

The pet: Oh My God!  Thank you, it's very comfortable
Get It  https://bit.ly/3s8IM8e



WWW.GOOFIRY.COM                                              Shop now
My pet really likes to use it to bathe

✅ Active

⋯

Started running on Dec 16, 2021

Platforms 🅕 ⊚ ⍥ 💬

ID: 308052547725661

See ad details

 **Goofiry1**
Sponsored

The pet: Oh My God！ Thank you, it's very comfortable 😂😂😂

Get It 👉 https://bit.ly/3s8IM8e



WWW.GOOFIRY.COM
My pet really likes to use it to bathe

Shop now

✔ Active                                              •••

Started running on Dec 27, 2021

Platforms   🔘 ➖

ID: 4718592438235767

See ad details

---

 **Goofiry1**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable
😀😀😀
📣Get It 👉 https://bit.ly/3s8IM8e



www.cooriey.com
My pet really likes to use it to bathe                    Shop now



**Reitsport SIBO**
Sponsored
180055443918924

Werbung.
Schon Mal ein kleiner Einblick für 2022
Ab Januar NEU im Shop, unser PP Groomer.

Er ist verschiedene Bürsten in einen Striegel.
Ob Striegel, Schweimesser, Massagstriegel usw

www.reitsport-sibo.com

reitsport-sibo@web.de

#pferdesport #pferd #horse #equestrian #horsesofinstagram #pferde
#pferdeliebe #reitsport #pferdemädchen #dressage #pummelpony
#reiten #horses #equestrianlife #dressur #dressurpferd #instahorse
#herzenspferd #horseriding #horsephotography #pony #dressagehorse
#equestrianstyle #horselove #pferdeblog #dressurreiten #pferdebilder
#neu #horselover #reitsportsibo



Kleine Massage-Zonen
für Kopf und Beine. Löst
getrockneten Schlamm,
Schweiß und Flecken oder
einfach zur Massage.

Flexibel und
sicher somit keine
Verletzunsgefahr und
überall am Pferdekörper
anwendbar auch an
empfindlicen Stellen.

Große Massage-Zone zur
Entfernung von losen Haaren/
Fell, ideal zum einshampoonieren,
Entfernung von Flecken und zur
Massage.

Reitsport SIBO                                    Send Whats...



**Goofiry2**

Sponsored

ID: 256569929915057

···

The pet: Oh My God! Thank you, it's very comfortable
Get It https://bit.ly/3s8IM8e



WWW.GOOFIRY.COM

My pet really likes to use it to bathe

Shop now

✓ Active

Started running on Jan 7, 2022

Platforms 🌐 📷 🔵 💬

ID: 1699175267092823

See ad details

---

 **Humuling1**
Sponsored

🐾The pet: Oh My God! Thank you, it's very comfortable 😍😍
🙋Get It 👉 https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active

Started running on Jan 10, 2022

Platforms 📘 📷

ID: 613415353049131

**8 ads** use this creative and text

See ad details

---



**Adadte**
Sponsored

🐾🐾The pet: Oh My God！ Thank you, it's very comfortable
😍😍😍







**Adadte**
Sponsored
ID: 613415353049131

···

🐾The pet: Oh My God!  Thank you, it's very comfortable😂😂😂



WWW.ADADTE.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

✓ Active                                        •••

Started running on Jan 13, 2022

Platforms  📘 📷

ID: 351880243057864

See ad details

---

 **Adadte**
Sponsored

🐾🐾The pet: Oh My God！ Thank you, it's very comfortable🥹🥹🥹



WWW.ADADTE.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

Active

Started running on Jan 11, 2022

Platforms 🔵 ⬜ 🔔 💬

ID: 442644494027144

See ad details

 **Shark Wineware**
Sponsored

I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🖐️Get it here➡️ https://bit.ly/3qeUehf



SHARKWINEWARE.COM
Shark Wineware

Shop now

✅ Active                                    ⋯

Started running on Jan 12, 2022

Platforms  📘 📷 🔔 💬

ID: 980212916211921

See ad details

---

 **Marianbf-UK**
Sponsored

🐾🐎The pet: Oh My God！ Thank you, it's very comfortable😌 😌😌marking.



WWW.MARIANBF.COM
Marianbf-UK

Shop now

 Active

***

Started running on Jan 12, 2022

Platforms 🅕 📷

ID: 961267414596658

See ad details

 **Boydev5**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

https://bit.ly/3fgAzqZ



WWW.BOYDEV.STORE
Boydev5

Shop now

 Active

Started running on Jan 12, 2022

Platforms

ID: 961267414596658

See ad details

 **Boydev5**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable

 https://bit.ly/3fgAzqZ



WWW.BOYDEV.STORE
Boydev5

Shop now

✅ Active                                                                    •••

Started running on Jan 11, 2022

Platforms 🔵 ⊙ ⊝ ⊜

ID: 1379171559212023

See ad details

 **Dreclo**
Sponsored

🐾Das Haustier: Oh mein Gott! Danke, es ist sehr bequem
🐾🐾🐾 https://bit.ly/3zQJpoP



WWW.DRECLO.COM
[2022 Heißer Verkauf] 6-in-1 Shedding Grooming    **Shop now**
Massagebürste

✅ Active

Started running on Jan 11, 2022

Platforms 📘 📷 ⧉ ⊖

ID: 1379171559212023

See ad details

---

 **Dreclo**
Sponsored

🙀Das Haustier: Oh mein Gott！ Danke, es ist sehr bequem
😂😂😂👍https://bit.ly/3zQJpoP



WWW.DRECLO.COM
(2022 Heißer Verkauf) 6-in-1 Shedding Grooming
Massagebürste

Shop now

✓ Active

•••

Started running on Jan 14, 2022

Platforms 🄵 📷 Ⓠ ⊜

ID: 322405659761100

See ad details

 **Humuling1**
Sponsored

🐾The pet: Oh My God!   Thank you, it's very comfortable 🤗🤗
❤️Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

● Active                                                      •••

Started running on Jan 14, 2022

Platforms 🅕 📷

ID: 460073832428605

See ad details

---

 **Adadte**
Sponsored

👐The pet: Oh My God! Thank you, it's very comfortable😌
😂😂



WWW.ADADTE.COM
6-in-1 Shedding Grooming Massage Brush                Shop now

✅ Active

Started running on Jan 17, 2022

Platforms 📘 📷 🔔 ⊖

ID: 2077282355771074

See ad details

---

 **Humuling1**
Sponsored

🌿💖🙌The pet: Oh My God!  Thank you, it's very comfortable 🥰
🛁Get It ✂ https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

✓ Active                                   •••

Started running on Jan 17, 2022

Platforms 🔵 📷

ID: 446860873586593

See ad details

 **Adadte**
Sponsored

The pet: Oh My God！ Thank you, it's very comfortable 😊 😂😂



WWW.ADADTE.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

✔ Active                                                    ...

Started running on Jan 17, 2022

Platforms  

ID: 446860873586593

See ad details

---

 **Adadte**
Sponsored

🐴🐴The pet: Oh My God！ Thank you, it's very comfortable 😊
😂😂



**StripHair Gentle Groomer**

WWW.ADADTE.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now



**Hardworkst-1Mcevers Lino01**

Sponsored

ID: 1064226277481493



🐎🐴The pet: Oh My God!  Thank you, it's very comfortable😂Get It 💨
https://bit.ly/3AcNHaf



StripHair Gentle Groomer

HARDWORKST.COM

Hardworkst-1Mcevers Lino01

Shop now

● Active

Started running on Jan 18, 2022

Platforms 👍 📷

ID: 999154634282781

See ad details

 **Adadte US**
Sponsored

👏🐾The pet: Oh My God!  Thank you, it's very comfortable😊😊



WWW.ADADTE.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

✅ Active       •••

Started running on Jan 18, 2022

Platforms 🅵 📷

ID: 999154634282781

See ad details

 **Adadte US**
Sponsored

🦊🐾The pet: Oh My God！ Thank you, it's very comfortable 😊 🐾🐾



WWW.ADADTE.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

✓ Active                                    ...

Started running on Jan 18, 2022

Platforms 🌐 📷 𝛀 💬

ID: 1028349161356692

See ad details

---

 **Unsunrise QE**
Sponsored

My horse really likes to use it to bathe 🐎The horse: Oh My God!  Thank you, it's very comfortable 🤗👏



UNSUNRISE.COM
6-in-1 Shedding Grooming Massage Brush          Shop now

⚙ Active

···

Started running on Jan 18, 2022

Platforms 🔵 ◎ ▢ ⊖

ID: 1028349161356692

See ad details

 **Unsunrise QE**
Sponsored

My horse really likes to use it to bathe 🐴The horse: Oh My God！ Thank you, it's very comfortable 💆



UNSUNRISE.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

✓ Active    •••

Started running on Jan 18, 2022

Platforms  

ID: 1079945669438377

See ad details

 **Brave Pup**
Sponsored

🐾The pet: Oh My God !  Thank you, it's very comfortable 😊
😂😂
👉 https://bit.ly/33OkmHi



BIT.LY
GET 50% OFF THESE BRUSHES!

Learn more

✅ Active                                                                    •••

Started running on Jan 18, 2022

Platforms  

ID: 1079945669438377

See ad details

**Brave Pup**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable 😊 😂😂
👉 https://bit.ly/33OkmHi



StripHair Gentle Groomer

BITLY
GET 50% OFF THESE BRUSHES!                          Learn more

⊘ Active                                             •••

Started running on Jan 18, 2022

Platforms  ◉ ◎ ⌂ ◉

ID: 712004959784943

See ad details

---

 **Futurasky BD**
Sponsored

🐴🐎The pet: Oh My God!  Thank you, it's very comfortable
😍😍
🧽Get It 🔗https://www.futurasky.com/products/sm
Do not harm the horse's skin and hair, easily clean its body,
keep it clean and comfortable!



WWW.FUTURASKY.COM
Futurasky BD                                    Learn more

✅ Active                                        •••

Started running on Jan 18, 2022

Platforms 📘 📷 🔘 ⊖

ID: 454316306168102

See ad details

 **Happyyf us**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😂😂
🧼Get It ➡️ https://bit.ly/3rz4Eli



WWW.HAPPYYF.COM
My pet really likes to use it to bathe

Shop now

Active

Started running on Dec 8, 2021

Platforms 

ID: 599042044718439

See ad details

**Yourpetscol**
Sponsored

"Te garantizo personalmente que a ti y a tu caballo les encantará esta nueva forma de cepillar!"
Consíguelo aquí 👉 https://yourpets.co/products/for-horses-dogs-6-in-1-shedding-grooming-massage



**¡Irás a buscar suciedad!**

YOURPETS.CO
Para caballos, perros, cepillo de muda 6-1
⭐⭐⭐⭐⭐ (4.5/5)

Learn more

✅ Active    •••

Started running on Dec 13, 2021

Platforms 🟦 📷

ID: 487805092647882

See ad details

**Yourpetscol**
Sponsored

"Te garantizo personalmente que a ti y a tu caballo les encantará esta nueva forma de cepillar!"
Consíguelo aquí 👉 https://yourpets.co/products/for-horses-dogs-6-in-1-shedding-grooming-massage

## Todo los caballos merecen esto! 🐴😌



YOURPETS.CO
Para caballos, perros, cepillo de muda 6 en 1
⭐⭐⭐⭐⭐ (4.5/5)

Get offer

Active

•••

Started running on Jan 24, 2022

Platforms 🟦 📷 🔘 ⊖

ID: 4869323666466128

See ad details

**Dvacso.com**
Sponsored

🐾🐱🐶The pet: Oh My God!  Thank you, it's very comfortable 🐱🐶
🎁Get it 👉 https://bit.ly/3qTadln



DVACSO.COM
Dvacso.com

Shop now

✔ Active

Started running on Jan 24, 2022

Platforms 📘 📷

ID: 607393430560832

**4 ads** use this creative and text

See ad details

---

 **Ncepii**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 🥰🥰🥰



Active

Started running on Jan 24, 2022

Platforms

ID: 607393430560832

**4 ads** use this creative and text

See ad details

---

 **Ncepli**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable 😂😂😂





**Active**

Started running on Jan 24, 2022

Platforms 📘 📷 🧵 💬

ID: 2704282050368898

**24 ads** use this creative and text

See ad details

**Humuling1**
Sponsored

🐾🐎The pet: Oh My God! Thank you, it's very comfortable 💕🐴 Get it 🐾 https://bit.ly/3rbx9eX



**6-IN-1**
**Shedding Grooming**
**Massage Brush**

---

**Active**

Started running on Jan 24, 2022

Platforms 📘 📷 🧵 💬

ID: 31439468047596

**2 ads** use this creative and text

See ad details

**Humuling1**
Sponsored

🐾🐎The pet: Oh My God! Thank you, it's very comfortable 💕🐴 Get it 🐾 https://bit.ly/3rbx9eX



**6-IN-1**
**Shedding Grooming**
**Massage Brush**

✔ Active

Started running on Jan 25, 2022

Platforms 🟦 ◎ 🔲 ⬤

ID: 359621702648885

See ad details

---

 **Fondlychoice03**
Sponsored

🐴✂️The pet: Oh My God!  Thank you, it's very comfortable 👀

Shop now:https://t.site/345Oqy2



WWW.FONDLYCHOICE.COM
Fondlychoice03

Learn more

✅ Active                                                    ...

Started running on Nov 16, 2021

Platforms 🟦 📷 ◯ ⊝

ID: 497721878355711

See ad details

---

 **Sonnighof**
Sponsored

✨Das Haustier: Oh mein Gott!  Danke, es ist sehr bequem 😄😄😄
👉https://bit.ly/3aUQFo8



WWW.SONNIGHOF.DK
Sonnighof                                          Shop now

✅ Active                                                    •••

Started running on Jan 26, 2022

Platforms  

ID: 659951171795365

See ad details

---

**Humuling1**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable 😍😍
🎉Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM                              Shop now
My pet really likes to use it to bathe

Started running on Jan 22, 2022

Platforms  

ID: 834955567342749

See ad details



**Yourpetscol**
Sponsored

"Te garantizo personalmente que a ti y a tu caballo les encantará esta nueva forma de cepillar!"
Consíguelo aquí 👉 https://yourpets.co/products/for-horses-dogs-6-in-1-shedding-grooming-massage

**Todo los caballos merecen esto!** 🐴😅



YOURPETS.CO
Para caballos, perros, cepillo de muda 6 en 1                    Get offer
⭐⭐⭐⭐⭐ (4.5/5)

✅ Active

Started running on Jan 27, 2022

Platforms 📘 📷 ⊙ 💬

ID: 514668023255210

See ad details

 **Derspu**
Sponsored

🐴🐴The pet: Oh My God!  Thank you, it's very comfortable 👀



DERSPU.COM
6-in-1 Shedding Grooming Massage Brush
BUY MORE SAVE MORE

Shop now

✓ Active

Started running on Jan 31, 2022

Platforms 🔵 📷 🔵 💬

ID: 628261195148190

**54 ads** use this creative and text

See ad details

---

**Humuling1**
Sponsored

🐎🧴🐕The pet: Oh My God！ Thank you, it's very comfortable👀
👞Get It 🧹https://bit.ly/3rbx9eX



◉ Active                                                                              •••

Started running on Jan 31, 2022

Platforms 𝐟 ⓘ ⌂ ●

ID: 628261195148190

**63 ads** use this creative and text

See ad details

---

 **Humuling1**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable
Get It https://bit.ly/3rbx9eX



Started running on Jan 30, 2022

Platforms

ID: 237393131923450

See ad details



**Cucciolo & Cavallo**
Sponsored

Help your horse shed its winter coat 🐴⬛This innovative grooming tool is multifunctional and blade-free, and can be used to groom, shine, shed, shampoo, wash, and massage 🎈

Now 25%OFF + Free Shipping
Shop online at https://bit.ly/3ocrlB7



# All-in-One
# Grooming Tool

GROOM-SHED-SHINE
WASH-MASSAGE

CUCCIOLOCAVALLO.COM
Multifunctional & Blade-Free
25%OFF + Free Shipping

Shop now

Active

Started running on Jan 30, 2022

Platforms 📘 📷 ⊙ ●

ID: 301984771976110

**45 ads** use this creative and text

See ad details

---

**Humuling1**
Sponsored

The pet. Oh My God!  Thank you, it's very comfortable
Get It  https://bit.ly/3rbx9eX



✓ Active

Started running on Jan 30, 2022

Platforms 🅕 🅘 🅠 🅢

ID: 420497163196767

See ad details



**Derspu**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😭😭



DERSPU.COM
6-in-1 Shedding Grooming Massage Brush
BUY MORE SAVE MORE

Shop now

Active

Started running on Feb 2, 2022

Platforms 📘 📷 ⊙ 💬

ID: 238352621696566

**29 ads** use this creative and text

See ad details

**Humuling1**
Sponsored

🐾The pet: Oh My God！  Thank you, it's very comfortable😂😂
🥰Get It 👉https://bit.ly/3rbx9eX



● Active

Started running on Feb 9, 2022

Platforms 🅕 ◎ Ⓠ ●

ID: 235121338827202

**3 ads** use this creative and text

See ad details

---



**Stylesr.shop**
Sponsored

🐾🔨The pet: Oh My God!  Thank you, it's very comfortable 👀👀
🧽Get It ✈https://stylesr.com/products/gmb



✅ Active ••••

Started running on Feb 8, 2022

Platforms 🄵 📷 🅀 ⏺

ID: 293387996111734

**2 ads** use this creative and text

See ad details

---

**Sewtking02**
Sponsored

🐾💥The pet: Oh My God!  Thank you, it's very comfortable 😊😊
🐾Get It ▪https://bit.ly/34J7rXh



✅ Active

Started running on Feb 9, 2022

Platforms 🅕 🅞 🅠 🅢

ID: 984106515794363

See ad details

 **Stylesr.shop**
Sponsored

🐾🐴The pet: Oh My God!  Thank you, it's very comfortable 😂😂

🐾Get It 👉https://stylesr.com/products/gmb



STYLESR.COM
Stylesr.shop

Shop now

✅ Active

Started running on Feb 8, 2022

Platforms   

ID: 4786762948076854

See ad details

 **Colorsstar EU**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

Get It https://colorsstar.com/products/gmb



COLORSSTAR.COM
My pet really likes to use it to bathe
Do not harm the horse's skin and hair, easily clean its body, keep
it clean and comfortable!

Shop now



✔ Active                                              •••

Started running on Feb 12, 2022

Platforms   ●

ID: 810964366408518

See ad details

---

 **ShoeHorse**
Sponsored

Buy Local not overseas.
6 in 1 Grooming Brush
Now Available in store
3 Colours. ●RED ●BLUE ●BLACK
$35.99.
Shoehorse
55 Armidale Street...




ShoeHorse
Pet Supplies, Horse Riding                    Send messa...

⊘ Active   •••

Started running on Feb 14, 2022

Platforms 🟦 ⊙ ⋂ ⊖

ID: 4805283112896035

See ad details

 **24K Magic**
Sponsored

🐾🔵The pet: Oh My God!  Thank you, it's very comfortable
😵‍💫
💗Get it ☝https://cutt.ly/9Puf4Xh



WWW.24KMAGIC.NET
( 🔵New Year Sale 🔵 45% OFF) 6-in-1 Shedding
Grooming Massage Brush

Learn more

✓ Active

Started running on Feb 14, 2022

Platforms 🌐 📷 🔊 ●

ID: 494352615601246

**See ad details**

---

 **Feelrational.FD**
Sponsored

🐎The pet: Oh My God! Thank you, it's very Comfortable 👀



WWW.FEELRATIONAL.COM

( 🎉New Year Sale 🎉 50% OFF) 6-in-1 Shedding
Grooming Massage Brush
🔴Full refund within 30 days without reason 🔴
Shipping>>Worldwide Express Shipping Available 💳Payment...

**Shop now**

Active

Started running on Feb 14, 2022

Platforms 🌐 📷 ⊙ 💬

ID: 1569451143440553

See ad details

 **Rovalas**
Sponsored

🐾The pet: Oh My God! Thank you, it's very comfortable 😂😂

Get It 👉https://rovalas.com/products/6-in-1-shedding-grooming-massage-brush



ROVALAS.COM
My pet really likes to use it to bathe
Free Shipping Today Only

Shop now

✅ Active                                              ...

Started running on Feb 12, 2022

Platforms   

ID: 1305292953310994

See ad details



**Surprisesky La**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😍😍

Get It https://bit.ly/3GDQRWg



WWW.SURPRISESKY.COM
6-in-1 Shedding Grooming Massage Brush

Shop now



**Eoutodoor CA**

Sponsored

ID: 250032167295588

•••

The pet: Oh My God! Thank you, it's very comfortable 😊😊 Get It 🛒https://www.eoutodoor.com/products/shedding-grooming-massage-brush



WWW.EOUTODOOR.COM

Eoutodoor CA

Shop now



**Theflycloud**
Sponsored
ID: 340402517983136

•••



The pet: Oh My God！ Thank you, it's very comfortable 🤣🤣



WWW.THEFLYCLOUD.COM
My pet really likes to use it to bathe

Shop now






**Active**

Started running on Feb 14, 2022

Platforms

ID: 4557329495883326

See ad details

**Ctymax**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable

Get it — https://bit.ly/3LJ3RxJ

WWW.CTYMAX.COM
Remove Shedding Hair & Massage Muscles

Shop now

---

**Active**

Started running on Feb 14, 2022

Platforms

ID: 1019371968642459

See ad details

**Ctymax**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable

Get it — https://bit.ly/3LJ3RxJ

WWW.CTYMAX.COM
Remove Shedding Hair & Massage Muscles

Shop now

⊘ Active                                              •••

Started running on Feb 12, 2022

Platforms 🟦 📷 Ω ⬤

ID: 676020596862478

See ad details

---

 **Levsafish-uk**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable

Get It :https://bit.ly/34GnmGa



LEVSAFISH.COM
Levsafish-uk                              Shop now







✅ Active                                        •••

Started running on Feb 12, 2022

Platforms   

ID: 660325571825697

See ad details

 **Luckingleaf-US**
Sponsored

6-in-1 Shedding Grooming Massage Brush 🐾No harm to pet's skin and hair, easy to clean and comfortable 😊
Get it here☞https://bit.ly/3rJEmV2



WWW.LUCKINGLEAF.COM
Luckingleaf-US

Shop now



**ShoeHorse**
Sponsored
ID: 810964366408518

•••

Buy Local not overseas.
6 in 1 Grooming Brush
Now Available in store
3 Colours. RED BLUE BLACK
$35.99.
Shoehorse
55 Armidale Street
South Grafton
Nsw 2460
Can't make it to our shop, that's ok we are happy to post Australia wide.

#horsegrooming #horseproducts





**ShoeHorse**
Pet Supplies, Horse Riding

Send messa...





⊘ Active                                                                    ...

Started running on Feb 15, 2022

Platforms 🅕 ⊚ Ⓞ ⊜

ID: 5054039764662873

See ad details

 **Luckingleaf-6**
Sponsored

"I personally promise you and your pet will love this new way
of training. You have my name on it." 🖐️Get it here 👉
https://bit.ly/3oPcs7Z



WWW.LUCKINGLEAF.COM
Original for Horses 🐴Dogs🦴6-in-1 Shedding Grooming    Shop now
Massage Brush

 Active

Started running on Feb 16, 2022

Platforms  

ID: 321210829962213

See ad details

---

 **Shesla Shop**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable
Get it: https://bit.ly/3v1trYu



StripHair Gentle Groomer

WWW.SHESLA.COM
6-in-1 Shedding Grooming Message Brush                    Shop now

✔ Active                                                    ···

Started running on Feb 16, 2022

Platforms 📘 📷 🗨 💬

ID: 951319779087164

See ad details

---

**Shesla Shop**
Sponsored

🐴 Oh My God!  Thank you, it's very comfortable😂😂Get it:
https://bit.ly/3v1trYu



WWW.SHESLA.COM                                    Shop now
6-in-1 Shedding Grooming Massage Brush

✓ Active

Started running on Feb 16, 2022

Platforms 🅕 📷

ID: 980094646217905

See ad details

**Pininy**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 🥹🥹
💁Get It ⬅ pininy.com/products/brush



WWW.PININY.COM
My pet really likes to use it to bathe

Shop now

● Active                                    ...

Started running on Feb 16, 2022

Platforms  ● ◎ Ω ●

ID: 670953111003383

See ad details

 **Youuly-stores**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😊😊
Get It  https://bit.ly/34DmeDy



HTTPS://BIT.LY/34DMEDY
Youuly-stores

Shop now

⊘ Active    •••

Started running on Feb 12, 2022

Platforms  💬 📷

ID: 975241240053863

See ad details

---



**Yourpetscol**
Sponsored

"Te garantizo personalmente que a ti y a tu caballo les encantará esta nueva forma de cepillar!"
Consíguelo aquí 👉 https://yourpets.co/products/for-horses-dogs-6-in-1-shedding-grooming-massage



YOURPETS.CO
Para caballos, perros, cepillo de muda 6 en 1
⭐⭐⭐⭐⭐(4.5/5)

Get offer

✔ Active                                                    •••

Started running on Feb 15, 2022

Platforms 🅕 ⓘ Ⓠ ●

ID: 474872734182530

See ad details

---

 **24K Magic**
Sponsored

🐾📣The pet: Oh My God! Thank you, it's very comfortable 😍😍
💖Get it 👉https://cutt.ly/9Puf4Xh



WWW.24KMAGIC.NET
(🎆New Year Sale🎆 45% OFF) 6-in-1 Shedding          Learn more
Grooming Massage Brush

● Active                                           •••

Started running on Feb 15, 2022

Platforms   

ID: 5054039764662873

See ad details

 **Luckingleaf-6**
Sponsored

"I personally promise you and your pet will love this new way of training. You have my name on it." Get it here
https://bit.ly/3oPcs7Z



WWW.LUCKINGLEAF.COM
Original for Horses Dogs 6-in-1 Shedding Grooming Massage Brush                                  Shop now





**24K Magic**
Sponsored
ID: 989836781615747                                              •••

🐾✨The pet: Oh My God！ Thank you, it's very comfortable😍😍
💗Get it👉https://cutt.ly/9Puf4Xh



WWW.24KMAGIC.NET
(🎇New Year Sale 🎇 45% OFF) 6-in-1 Shedding
Grooming Massage Brush                          Learn more

✅ Active                                                    •••

Started running on Feb 17, 2022

Platforms 👍 📷 🔘 💬

ID: 254724840180223

**2 ads** use this creative and text

See ad details

**Primpetty**
Sponsored

Cats, dogs and horses can use
The pet: Oh My God! Thank you, it's very comfortable
Get It https://primpetty.com/products/brush



Active

Started running on Feb 16, 2022

Platforms

ID: 470451187893965

See ad details



**Fankisses-Beauty**

Sponsored

The pet: Oh My God! Thank you, it's very comfortable

Get here https://reurl.cc/AKbZdZ



WWW.FANKISSES.COM

Fankisses-Beauty

Shop now



**Infrontofmoon1**

Sponsored

ID: 373190417971130

The pet: Oh My God！ Thank you, it's very comfortable
Get It https://www.infrontofmoon.com/products/6-in-1-shedding-grooming-massage-brush



WWW.INFRONTOFMOON.COM

Infrontofmoon1

Shop now

**Humuling1**
Sponsored
ID: 227358922859935

···

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable😊😊
🛒Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

 Active

Started running on Feb 17, 2022

Platforms 

ID: 709073220468239

See ad details

 **Surprisesky La**
Sponsored

⚡The pet: Oh My God!  Thank you, it's very comfortable!



WWW.SURPRISESKY.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active                                              • • •

Started running on Feb 17, 2022

Platforms  

ID: 709073220468239

See ad details

 **Surprisesky La**
Sponsored

🐎The pet: Oh My God!  Thank you, it's very comfortable！



WWW.SURPRISESKY.COM
6-in-1 Shedding Grooming Massage Brush                    Shop now

✓ Active                                      •••

Started running on Feb 17, 2022

Platforms 📘 📷 🔔 ⊖

ID: 288346113387824

See ad details

---

 **Simplylevsa uk**
Sponsored

🐴🐎The pet: Oh My God!  Thank you, it's very comfortable 😂😂
💗Get it☞ https://bit.ly/3rUBYdS



SIMPLYLEVSA.COM
Simplylevsa uk                              Shop now

✔ Active                                                  •••

Started running on Feb 17, 2022

Platforms 

ID: 1613873282294881

See ad details

 **Pininy**
Sponsored

🐾The pet: Oh My God！ Thank you, it's very comfortable
😭😭
Get It ➜ pininy.com/products/brush



WWW.PININY.COM
My pet really likes to use it to bathe

Shop now

Active

Started running on Feb 18, 2022

Platforms   

ID: 345607040776588

See ad details

---



**Youngfight**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable 🤗



WWW.YOUNGFIGHT.COM
6-in-1 Shedding Grooming Massage Brush
🎉New Year Sale 🎊 47% OFF

Shop now

⊘ Active                                              •••

Started running on Feb 18, 2022

Platforms 🌐 ⊙ ⋒ ●

ID: 404812098069981

See ad details

**Meteoryard-01**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😍
Get It ✈https://cutt.ly/cPk7dbx



WWW.METEORYARD.COM
( 🔥50% OFF 🔥) 6-in-1 Shedding Grooming Massage
Brush

Shop now

✔ Active                                                          ...

Started running on Feb 18, 2022

Platforms 🅕 🅘 Ⓠ ●

ID: 898587140821075

**4 ads** use this creative and text

See ad details

---

 **A. C. Obras e Acabamentos**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable
😂😂😂 https://bit.ly/34QvXWT



✅ Active  •••

Started running on Feb 17, 2022

Platforms 📘

ID: 682084989488850

See ad details



**Zewek**
Sponsored

🐴The pet: Oh My God!  Thank you, it's very comfortable 😊😊
Get It 👉https://bit.ly/33s5FK5



WWW.ZEWEK.COM
6-in-1 Shedding Grooming Massage Brush
New Year Sale 50% OFF

Shop now

✓ Active

Started running on Feb 17, 2022

Platforms 🅕 📷 💬 ⬤

ID: 360746286054210

See ad details

---

 **Toinspiration PA**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😂😂
🥰Get It 👉https://bit.ly/34JPeZN



TOINSPIRATION.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

✔ Active                     •••

Started running on Feb 17, 2022

Platforms 🟦 📷

ID: 446659577244083

See ad details

---



**Hyacinthq Kz**

Sponsored

🐾💗The pet: Oh My God! Thank you, it's very comfortable 😂😍💅Get It ➡️https://hyacinthq.com/products/brush



HYACINTHQ.COM

6-in-1 Shedding Grooming Massage Brush       Shop now

✓ Active                                                    •••

Started running on Feb 17, 2022

Platforms 🔵 📷 �e 💬

ID: 480872010389264

See ad details

---

 **Oftenhave_us2**
Sponsored

🐾The pet: Oh My God! Thank you, it's very comfortable 😂😂
🛍Get it



WWW.CHARMSVISION.COM                                Shop now
Oftenhave_us2

Active

Started running on Feb 17, 2022

Platforms   

ID: 5006476399373566

See ad details

 **Superbzeal-Art.**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable

Get it https://bit.ly/352xER4



WWW.SUPERBZEAL.COM
Superbzeal-Art.

Shop now

✅ Active                                                     •••

Started running on Feb 17, 2022

Platforms 🅵 🅾 Ⓞ ◎

ID: 899316790743600

See ad details

---



**Hgaddos**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 😍😍

💗Get it 👉https://cutt.ly/EPkedrn5



WWW.HGADDO.COM
(🎉New Year Sale 🎉 50% OFF) 6-in-1 Shedding
Grooming Massage Brush

Shop now

✅ Active                                    •••

Started running on Feb 21, 2022

Platforms 🅕 📷 ⋒ 💬

ID: 1007283736853787

See ad details

---

 **Luckingleaf-6**
Sponsored

"I personally promise you and your pet will love this new way of training. You have my name on it." 🔰Get it here👉
https://bit.ly/3oPcs7Z



WWW.LUCKINGLEAF.COM
Original for Horses 🐴Dogs🐕6-in-1 Shedding Grooming Massage Brush

Shop now

✅ Active                                                                   •••

Started running on Feb 21, 2022

Platforms 🅕 📷 🔾 💬

ID: 236158372064088

See ad details



**Primpetty**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable
SHOP NOW 👉https://primpetty.com/products/brush



PRIMPETTY.COM
6-in-1 Shedding Grooming Massage Brush
40% OFF & BUY 2 FREE SHIPPING

Shop now

Active

Started running on Feb 21, 2022

Platforms 

ID: 1364374113976509

**5 ads** use this creative and text

See ad details

---

 **Toinspiration PA**
Sponsored

🐕🐾🦴The pet: Oh My God！ Thank you, it's very comfortable 🥰🥰
🥰Get It 👉https://bit.ly/34JPeZN



✔ Active                                              •••

Started running on Feb 21, 2022

Platforms 👍 📷

ID: 1364374113976509

**5 ads** use this creative and text

See ad details

---

 **Toinspiration PA**
Sponsored

🐴The pet: Oh My God!  Thank you, it's very comfortable😊
Get It https://bit.ly/34JPeZN



Active

Started running on Feb 20, 2022

Platforms

ID: 200706068915612

**3 ads** use this creative and text

See ad details



**Cozy Groove**
Sponsored

Took you long enough in removing the excessive fur clumps out of horses?
Then you definitely need 6-in-1 Shedding Grooming Massage Brush

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!...



⊘ Active                                        •••

Started running on Feb 20, 2022

Platforms 📘 📷

ID: 200706068915612

**3 ads** use this creative and text

See ad details

---

 **Cozy Groove**
Sponsored

Took you long enough in removing the excessive fur clumps out of horses?
Then you definitely need 6-in-1 Shedding Grooming Massage Brush

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!...



✅ Active                                          ...

Started running on Feb 20, 2022

Platforms 🅕 🅞

ID: 200706068915612

**3 ads** use this creative and text

See ad details

---

 **Cozy Groove**
Sponsored

Took you long enough in removing the excessive fur clumps out of horses?
Then you definitely need 6-in-1 Shedding Grooming Massage Brush

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!...



✓ Active                                                        ...

Started running on Feb 19, 2022

Platforms   

ID: 679424996747482

See ad details

---

 **GTY Store**
Sponsored

The best Gentle Groomer improves the coat & skin...
dramatically.
The shine   says it all!
✅100% High Quality
✅Proven effective & comfortable!
Meet our Best Seller 🔥



HORSERIDERS.SHOP
Get it while it's still 50% OFF Today 🐴          Shop now
6 in 1 shedding grooming massage brush Gentle Groomer
improves the coat & skin... dramatically.

Active

Started running on Feb 21, 2022

Platforms

ID: 369500791309328

**3 ads** use this creative and text

See ad details



Multiple versions of this ad                     1 of 3


**Horse lovers Group**
Sponsored
ID: 1961960600658428                    ···

A must-have grooming tool for horses 





DISCOUNTBASKETSHOPPERDIRE        Shop Now        DISCOUNTBASKETSHOPPERDI

**Horse lovers Group**
Sponsored
ID: 660123765331089

···

A must-have grooming tool for horses 🐴



DISCOUNTBASKETSHOPPERDIRECT.COM
⭐⭐⭐⭐⭐ 4.9 REVIEW
Keep your horse clean and tidy with this handy 6-in-1
Horse Grooming Brush! It's excellent for removing...

Shop Now





Multiple versions of this ad 

1 of 2



**GTY Store**
Sponsored
ID: 679424996747482

...

🐴The best Gentle Groomer improves the coat & skin... dramatically.
The shine ✨says it all!
✅100% High Quality
✅Proven effective & comfortable!
Meet our Best Seller 🔥



HORSERIDERS.SHOP
Get it while it's still 50% OFF Today 📦
6 in 1 shedding grooming massage brush Gentle Groomer
improves the coat & skin... dramatically.

Shop now



**Cozy Groove**
Sponsored
ID: 200706068915612                                    •••

Took you long enough in removing the excessive fur clumps out of horses?
Then you definitely need 6-in-1 Shedding Grooming Massage Brush

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!
Get it here✋ https://cozygroove.com/products/grooming-massage-brush



COZYGROOVE.COM
🐎🐴 Cut Your Grooming Time In Half!                    Shop now



**Horse lovers Group**
Sponsored
ID: 369500791309328                                                    •••

A must-have grooming tool for horses 🐎





DISCOUNTBASKETSHOPPERDIRECT.COM
★★★★★ 4.9 REVIEW                                    Shop now
Keep your horse clean and tidy with this handy 6-in-1
Horse Grooming Brush! It's excellent for removing...

✅ Active

Started running on Feb 21, 2022

Platforms 🟦 📷 ⊙ ●

ID: 1007283736853787

See ad details

 **Luckingleaf-6**
Sponsored

"I personally promise you and your pet will love this new way of training. You have my name on it." Get it here
https://bit.ly/3oPcs7Z



WWW.LUCKINGLEAF.COM
Original for Horses 🐴Dogs🐶 6-in-1 Shedding Grooming Massage Brush

Shop now



**Homousse**
Sponsored
ID: 1374884692948226

···



💁 personally guarantee you and your horse will love this new way to groom.

💁Learn about our products in five seconds：

✅Remove naturally shed hair

✅Remove dust and mud

✅Remove dead skin and hair

✅Massage tools

✅Easy to carry and clean

✅Suitable for most horses, cats, dogs.

https://sourl.cn/ukWHdk

WWW.BOTHER--BRIDE.COM

My pet really likes to use it to bathe

Shop now

✅ Active

Started running on Feb 23, 2022

Platforms 📘 📷

ID: 260369222947754

**5 ads** use this creative and text

See ad details

---

 **Cozy Groove**
Sponsored

Took you long enough in removing the excessive fur clumps out of horses?
Then you definitely need 6-in-1 Shedding Grooming Massage Brush

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!
Get it here🤚https://cozygroove.com/products/grooming-massage-brush



● Active                                    ...

Started running on Feb 23, 2022

Platforms   

ID: 499264251551803

See ad details

---

 **Justlikesky2**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable
😍😍
📦Get it



WWW.JUSTLIKESKY.COM
Justlikesky2

Shop now

✅ Active

Started running on Feb 23, 2022

Platforms 👍 📷 🔖 💬

ID: 3172964639600923

**2 ads** use this creative and text

See ad details

---

**Drbingoo-shop**
Sponsored



🐴The pet: Oh My God！ Thank you, it's very comfortable😊😊
👍Get It ☞https://bit.ly/3H43nyl



⊘ Active                                                    ...

Started running on Feb 22, 2022

Platforms 🔵 ◎ ∩ ◎

ID: 504307921299117

See ad details

**Crueblue Market**
Sponsored

🐾The pet: Oh My God! Thank you, it's very comfortable 😂😂
🎁Get It 👉https://bit.ly/3s9t38C



WWW.CRUEBLUE.COM
Crueblue Market                              Shop now



∞ Meta

Ad Library    Ad Library Report    Ad Library API    ☰

United Sta... ◄    ☐ All ads ◄    🔍 Humuling1    ✕

Keyword    🔍    ▼ Filters

Launched February 2022

**Active**
Started running on Feb 23, 2022
Platforms 🟦 ⚪ 🔵 🟦
ID: 388738813058791

See ad details

Humuling1
Sponsored

🐾💕The pet. Oh My God! Thank you, it's very comfortable
💕Get It ➡ https://bit.ly/3rtix9eX

WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

6-IN-1
Shedding Grooming
Massage Brush

---

**Active**
Started running on Feb 23, 2022
Platforms 🟦 ⚪ 🔵 🟦
ID: 415260717064635

86 ads use this creative and text

See ad details

Humuling1
Sponsored

🐾💕The pet. Oh My God! Thank you, it's very comfortable 💕Get It ➡ https://bit.ly/3rtix9eX

WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

6-IN-1
Shedding Grooming
Massage Brush

---

**Active**
Started running on Feb 23, 2022
Platforms 🟦 ⚪ 🔵 🟦
ID: 482303723453041

2 ads use this creative and text

See ad details

Humuling1
Sponsored

🐾💕The pet. Oh My God! Thank you, it's very comfortable💕Get It ➡ https://bit.ly/3rtix9eX

WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

6-IN-1
Shedding Grooming
Massage Brush

✅ Active    •••

Started running on Feb 24, 2022

Platforms   

ID: 1131733590702153

See ad details

---


**Homeaky-shop**
Sponsored

6 in 1 pentru indepartarea parului
https://bit.ly/3sfWuG9



Shop now

✔ Active                                                    •••

Started running on Feb 24, 2022

Platforms 🕝 📷 🔍 💬

ID: 4598907573569263

See ad details

---

 **Crazygly shop**
Sponsored

6 in 1 pentru indepartarea parului
https://bit.ly/3BJput7



WWW.CRAZYGLY.TOP
Masážny prístroj pre domáce zvieratá 6 v 1          Shop now



**Keerthy FashionHouse**
February 19 at 7:36 PM · 🌐

\*6 in 1 shedding grooming massage brush😍\*

http://www.wasap.my/6011.../6in1SheddingGroomingMassageBrush
Click the link for make order or for futher inquiries tq..

🧹 Easily clean and comfortable
🧹 This is can be as massage tool to warm and stretch tissue and muscles while increasing circulation
🧹 Life and Remove embedded dirt
🧹 Delivery within 2 weeks

\*RM40 With Postage\*



👍 Like          💬 Comment          ↗ Share

Write a comment...
Press Enter to post.

✅ Active                                                                    •••

Started running on Feb 23, 2022

Platforms 👍 📷 🔊 💬

ID: 487032452803511

| See ad details |
| --- |

 **Lengleah**
Sponsored

🛒✨🐾The pet: Oh My God!  Thank you, it's very comfortable 🤭
🛍️Get It 👉https://bit.ly/3LWEj07



LENGLEAH.STORE
Lengleah                                              Shop now



**Lengleah**
Sponsored
ID: 284994463677419

The pet: Oh My God！ Thank you, it's very comfortable
Get It 👉 https://bit.ly/3LWEj07



LENGLEAH.STORE
Lengleah

Shop now

✓ Active                                                    •••

Started running on Feb 23, 2022

Platforms 🅕 🅘 🅠 ⊜

ID: 277562647847122

**9 ads** use this creative and text

See ad details

---

 **Vrtcerrd**
Sponsored

🐾🐾The pet: Oh My God！ Thank you, it's very comfortable 😊😊
Get It https://bit.ly/35puebi



✅ Active                                                    ...

Started running on Feb 24, 2022

Platforms 🟦 📷 🔵 💬

ID: 963998464245974

See ad details

---



**Rubydig-home**
Sponsored

🐴Masážní kartáč na depilaci koní 6v1
🐕Psi stříhání línání stříhání masážní sada
🐕Neat Pet Comb Kartáč na vlasy



Safe to use everywhere

WWW.RUBYDIG.TOP                                Learn more
6 in 1 pentru indepartarea parului














⊘ Active

Started running on Feb 12, 2022

Platforms 🅕 📷

ID: 975241240053863

**3 ads** use this creative and text

See ad details

---

**Yourpetscol**
Sponsored

"Te garantizo personalmente que a ti y a tu caballo les encantará esta nueva forma de cepillar!"
Consíguelo aquí 👉 https://yourpets.co/products/for-horses-dogs-6-in-1-shedding-grooming-massage



✓ Active                                                          •••

Started running on Feb 25, 2022

Platforms 👍 📷 💬 💬

ID: 298172679085089

See ad details

---



**Chart land**
Sponsored

The pet: Oh My God!   Thank you, it's very comfortable 😯😯

Get It ☞ https://bit.ly/3sWcT1y



WWW.YBAITONG.COM
My pet really likes to use it to bathe

Shop now



**Ailiboatshop**
Sponsored
ID: 506506477484895

···

🐎🐴The pet: Oh My God!  Thank you, it's very comfortable😊😊
Get It 👉https://www.ailiboats.com/products/massage-brush



WWW.AILIBOATS.COM
My pet really likes to use it to bathe                    Shop now

✓ Active

⋯

Started running on Feb 25, 2022

Platforms 🅕 ⊙ ▢ ◉

ID: 302698528437776

**4 ads** use this creative and text

See ad details

---

 **Danhna**
Sponsored

WOWOWO, 🐴🖐️🐾The pet: Oh My God！ Thank you, it's very comfortable 😂🐴🐾Get It 👉https://bit.ly/3pa2sXd



✅ Active                                    •••

Started running on Feb 25, 2022

Platforms   

ID: 975900853362429

See ad details

 **Annora**
Sponsored

I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🛒Get it here
https://bit.ly/3sizx5f



ANNORA.STORE
Annora                                          Shop now

⊘ Active                                                          •••

Started running on Feb 25, 2022

Platforms 👍 📷 💬 ⊖

ID: 975900853362429

See ad details

---

 **Annora**
Sponsored

I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🐴 Get it here👉
https://bit.ly/3sizx5f



ANNORA STORE

Annora                                              Shop now



**Voritude-IQ**

Sponsored

ID: 473575284499770

•••

The pet: Oh My God！ Thank you, it's very comfortable😊😊
Get It 👉https://cutt.ly/BPNhvLB



VORITUDE.COM

6-In-1 Shedding Grooming Massage Brush

4342 items sold in the past 24 hours

Shop now

✔ Active                                    •••

Started running on Mar 1, 2022

Platforms   

ID: 877727626339941

See ad details

---

 **Tararly-buy**
Sponsored

6 in 1 pentru indepartarea parului
>>https://bit.ly/3vIuLjJ  【 80% OFF】



Search results

## About the ad

Multiple versions of this ad

Humuling1
Sponsored
ID: 324517366369350

❤️😻🐾The pet: Oh My God！Thank you, it's very comfortable😻😻
🐾Get It ➡ https://bit.ly/3rbx9eX

1 of 102



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

## About the Page



Humuling1
ID: 105612131989682
252 likes · Product/service

See ads

## More info

Our website: www.Humuling.com. We mainly focus on retail. We mainly target Europe, America, Australia and the Middle East, and other consumer markets. Our business covers more than 220 countries and regions around the world.



**Lengleah**
Sponsored
ID: 657915435419981

· · ·

🐕🐈🐎The pet: Oh My God！ Thank you, it's very comfortable🤣
🥰Get It 👉https://bit.ly/3LWEj07



LENGLEAH.STORE
Lengleah

Shop now

 **Humuling1**
Sponsored
ID: 324517366369350

🐾🧹The pet: Oh My God！ Thank you, it's very comfortable🥰🥰
🥳Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe                    Shop now

✓ Active

Started running on Feb 28, 2022

Platforms 🌐 📷 💬 💬

ID: 930946790928752

See ad details

 **Danhna**
Sponsored

WOWOWO, 🐾🐱The pet: Oh My God!  Thank you, it's very comfortable 🐶🐱 Get It 🐾 https://bit.ly/3pa2sXd



FAITHES.SHOP
Danhna

Shop now

✔ Active    •••

Started running on Mar 1, 2022

Platforms 🅕 📷

ID: 652042549381174

See ad details

 **Cityexact KT**
Sponsored

🐾The pet: Oh My God！Thank you, it's very comfortable 😊
😂💕 https://bit.ly/33YdrM1 



CITYEXACT.COM
6-in-1 Shedding Grooming Massage Brush
We provides the promotions for customer： Buy More Save
More! ✔ Fast DeliveryShip From USA OUR ✔ Delivery lane ...

Shop now

⊘ Active                                              •••

Started running on Mar 1, 2022

Platforms  ⊙ ⊙ ∩ ●

ID: 1111514476086311

See ad details

---

 **Lilipworld FJ**
Sponsored

😂😂The pet: Oh My God! Thank you, it's very comfortable 🤣
🐱🐶Can be applied to cats, dogs, horses and other animals.
🐴 https://lilipworld.com/products/xqo



LILIPWORLD.COM
Lilipworld FJ

Learn more

✔ Active                                                                    •••

Started running on Mar 1, 2022

Platforms 📘 📷 🔾 💬

ID: 1111514476086311

**2 ads** use this creative and text

See ad details



### Lilipworld FJ
Sponsored

😂😂The pet: Oh My God! Thank you, it's very comfortable 🐴
🐱🐶Can be applied to cats, dogs, horses and other animals.
🛒 https://lilipworld.com/products/xqo





**Traum-pfote**

Sponsored

ID: 972599146722693

⋯

Dein Liebling in Zukunft: "Wie gut fühlt sich das den an!" JA es fühlt sich wirklich gut an und reinigt dazu noch dein Liebling!😍Sorgt für eine perfekte Entspannung 🧖



TRAUM-PFOTEE.DE

Nur heute - 50 % Reduziert                          Order now




**Humuling1**
 Sponsored
ID: 324517366369350

The pet: Oh My God！ Thank you, it's very comfortable
Get It https://bit.ly/3rbx9eX





WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

**Humuling1**
Sponsored
ID: 324517366369350

···

🐾🐴The pet: Oh My God!  Thank you, it's very comfortable 🥰🥰
🦁Get It 👉https://bit.ly/3rbx9eX



WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

⊘ Active

⋯

Started running on Mar 2, 2022

Platforms   

ID: 346973737357704

**6 ads** use this creative and text

See ad details

---

 **Lengleah**
Sponsored

🐾🦴The pet: Oh My God！ Thank you, it's very comfortable😊
🛒Get It 👉https://bit.ly/3LWEj07





**MinPälskling**
Sponsored                                                                        •••
ID: 280105684243912

Mjuka Upp Din Hästs Stela Muskler & Ge Massage Samtidigt! 🐎

MirakelBorsten hjälper dig mjuka upp hästens leder och ger samtidigt en
skön massage. Inte nog med det, du kan även använda den för att borsta
det värsta håret och skubba dem tuffaste fläckarna.

MirakelBorsten smarta funktion gör att hår enkelt fastnar på borsten och...



VÅR NYA BORSTE BÅDE MASSERAR,
BORSTAR & TVÄTTAR DIN HÄST

MINPALSKLING.SE
**Få Din Häst Att Må Bäst** 🐎                                    Shop now
Betala Säker Med Klarna

## Ad 1

⊘ Active

Started running on Mar 2, 2022

Platforms 

ID: 280105684243912

**9 ads** use this creative and text

See ad details

 **MinPäiskling**
Sponsored

Mjuka Upp Din Hästs Stela Muskler & Ge Massage Samtidigt! 🐴

MirakelBorsten hjälper dig mjuka upp hästens leder och ger samtidigt en skön massage. Inte nog med det, du kan även använda den för att borsta det värsta håret och skubba dem tuffaste fläckarna...

VÅR NYA BORSTE BÅDE MASSERAR, BORSTAR & TVÄTTAR DIN HÄST

## Ad 2

⊘ Active

Started running on Mar 2, 2022

Platforms 

ID: 473518167585310

**12 ads** use this creative and text

See ad details

 **MinPäiskling**
Sponsored

Din Häst Behöver Denna! 😊

Underlätta din vardag med att få din häst att borstas lättare, och masseras samtidigt! Få enkelt bort den där svåra smutsen eller hårfläcken som suttit där för länge. Använd MirakelBorsten och lös alla dessa problem, och ge...



VÅR NYA BORSTE BÅDE MASSERAR, BORSTAR & TVÄTTAR DIN HÄST

⊘ Active                                                          • • •

Started running on Feb 28, 2022

Platforms 🅕 🅞

ID: 344807457533716

**3 ads** use this creative and text

See ad details

---

 **MinPälskling**
Sponsored

Din Häst Behöver Denna! 😋

Underlätta din vardag med att få din häst att borstas lättare,
och masseras samtidigt!
Få enkelt bort den där svåra smutsen eller hårfläcken som
suttit där för länge.
Använd MirakelBorsten och lös alla dessa problem, och ge...







Active

Started running on Mar 2, 2022

Platforms

ID: 492548518926669

6 ads use this creative and text

See ad details

Faintme
Sponsored

The pet Oh My God! Thank you, it's very comfortable

Get it https://bit.ly/3pqtObA

**6-IN-1**
**Shedding Grooming**
**Massage Brush**

---

Active

Started running on Mar 1, 2022

Platforms

ID: 205632092452897b

See ad details

Faintme
Sponsored

The pet: Oh My God! Thank you, it's very comfortable

Get it https://bit.ly/3pqtObA

**6-IN-1**
**Shedding Grooming**
**Massage Brush**

FAINTME.COM
Faintme

Shop now

Multiple versions of this ad 

**Danhna**
Sponsored
ID: 3076785502563166

...

WOWOWO, The pet: Oh My God!  Thank you, it's very comfortable Get It https://bit.ly/3pa2sXd



FAITHES.SHOP
Danhna

Shop now

Multiple versions of this ad ⓘ                                  ‹   1 of 2   ›



**Lilipworld FJ**
Sponsored
ID: 655373055709516                                          •••

🤣😂The pet: Oh My God! Thank you, it's very comfortable 🐴😼🐱Can be applied to cats, dogs, horses and other animals. 🖐
https://lilipworld.com/products/xqo



LILIPWORLD.COM
Lilipworld FJ                                     [ Learn more ]

**Active**

Started running on Mar 2, 2022

Platforms

ID: 957405181419371

**2 ads** use this creative and text

See ad details

**Cucciolo & Cavallo**
Sponsored

Help your horse shed its winter coat ❄️ This innovative 6-in-1 grooming tool can be used to groom, shine, shed, shampoo, wash, and massage ◀

★ Now 25%OFF + Free EU & UK Shipping
★ Shop online at https://bit.ly/3M8TzHf




6-IN-1 GROOMING TOOL

---

**Active**

Started running on Mar 2, 2022

Platforms

ID: 2359607420813385

**2 ads** use this creative and text

See ad details

**Cucciolo & Cavallo**
Sponsored

Help your horse shed its winter coat ❄️ This innovative 6-in-1 grooming tool can be used to groom, shine, shed, shampoo, wash, and massage ◀

★ Now 25%OFF + Free EU & UK Shipping
★ Shop online at https://bit.ly/3M8TzHf

6-IN-1 GROOMING TOOL

---

**Active**

Started running on Mar 2, 2022

Platforms

ID: 376221347378682

**2 ads** use this creative and text

See ad details

**Cucciolo & Cavallo**
Sponsored

Help your horse shed its winter coat ❄️ This innovative 6-in-1 grooming tool can be used to groom, shine, shed, shampoo, wash, and massage ◀

★ Now 25%OFF + Free EU & UK Shipping
★ Shop online at https://bit.ly/3M8TzHf





6-IN-1
Shedding Grooming
Massage Brush

✔ Active                                    •••

Started running on Mar 3, 2022

Platforms 🅕 📷 🔎 ⊝

ID: 641983363752230

**2 ads** use this creative and text

See ad details

---





**Panel 1:**

🔵 Active

Started running on Mar 3, 2022

Platforms 🅕 ◎ ⊙

ID: 293706496164435

**13 ads** use this creative and text

See ad details



VÅR NYA BORSTE BÅDE MASSERAR,
BORSTAR & TVÄTTAR DIN HÄST

**MinPälskling**
Sponsored

Mjuka Upp Din Hästs Stela Muskler & Ge Massage Samtidigt! 🐴

MirakelBorsten hjälper dig mjuka upp hästens leder och ger samtidigt en skön massage. Inte nog med det, du kan även använda den för att borsta det värsta håret och skubba dem tuffaste fläckarna...

**Panel 2:**

🔵 Active

Started running on Mar 3, 2022

Platforms 🅕 ◎ ⊙

ID: 488514355981866

**16 ads** use this creative and text

See ad details



VÅR NYA BORSTE BÅDE MASSERAR,
BORSTAR & TVÄTTAR DIN HÄST

**MinPälskling**
Sponsored

Din Häst Behöver Denna! 😍

Underlätta din vardag med att få din häst att borstas lättare, och masseras samtidigt!

Få enkelt bort den där svåra smutsen eller hårfläcken som suttit där för länge.

Använd MirakelBorsten och lös alla dessa problem, och ge...

✔ Active

Started running on Mar 3, 2022

Platforms 📘 📷 ◻ 💬

ID: 1006528083628918

See ad details

 **Kulberry US**
Sponsored

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable! Get it->>https://bit.ly/3vzQSc2



WWW.KULBERRY.SHOP
Shedding Grooming Horse Brush

Shop now

✔ Active                                          •••

Started running on Mar 2, 2022

Platforms   

ID: 718000439210416

See ad details

 **Fond doll**
Sponsored

🅰The pet: Oh My God! Thank you, it's very comfortable😊Get
It 👉https://bit.ly/3Mij1dx



WWW.FONDDOLL.COM
( 🔥Hot Sale 🔥50% OFF) 6-in-1 Shedding Grooming
Massage Brush                                    Shop now

✔ Active                                                    •••

Started running on Mar 2, 2022

Platforms 🔘 📷 🔘 ⊙

ID: 2204350439704321

See ad details

---

**Cutelys**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable 😂😂

Get It 👉https://bit.ly/3It5GN0



CUTELYS.COM
Cutelys                                          Shop now

✅ Active                                                                  •••

Started running on Mar 1, 2022

Platforms   

ID: 354121509742591

See ad details

 **macamolly.com**
Sponsored

🐾🐶The pet: Oh My God! Thank you, it's very comfortable 😊
😂😂 https://bit.ly/3hoS75v



MACAMOLLY.COM
macamolly.com                                      Shop now

⊘ Active

Started running on Mar 1, 2022

Platforms 🅕 🅘 ⌂ ⊖

ID: 354121509742591

See ad details

 **macamolly.com**
Sponsored

🐎🐴The pet: Oh My God!  Thank you, it's very comfortable 🥲😹👋 https://bit.ly/3hoS75v



MACAMOLLY.COM
macamolly.com

Shop now

Active ⚫

•••

Started running on Mar 2, 2022

Platforms 🅵 📷 🄰 ⬤

ID: 235960742081385

See ad details

---

 **Cucciolo & Cavallo**
Sponsored

Help your horse shed its winter coat 🐎 This innovative 6-in-1 grooming tool can be used to groom, shine, shed, shampoo, wash, and massage 💜

★ Now 25%OFF + Free EU & UK Shipping
★ Shop online at https://bit.ly/3M8TzHf



CUCCIOLOCAVALLO.COM
All-in-One Grooming Tool 🐴
Free EU & UK Shipping

Shop now

Active
Started running on Mar 2, 2022
Platforms 
ID: 26394212924180 4

2 ads use this creative and text

See ad details

Cucciolo & Cavallo
Sponsored

Help your horse shed its winter coat 🐴 This innovative 6-in-1 grooming tool is multifunctional and blade-free, and can be used to groom, shine, shed, shampoo, wash, and massage 💗

Now 25%OFF + Free EU & UK Shipping
Shop online at https://bit.ly/3M8TzHf

6-IN-1 GROOMING TOOL



Active
Started running on Mar 2, 2022
Platforms 
ID: 957405181419371

2 ads use this creative and text

See ad details

Cucciolo & Cavallo
Sponsored

Help your horse shed its winter coat 🐴 This innovative 6-in-1 grooming tool can be used to groom, shine, shed, shampoo, wash, and massage 💗

★ Now 25%OFF + Free EU & UK Shipping
★ Shop online at https://bit.ly/3M8TzHf

6-IN-1 GROOMING TOOL

🕘 Active

Started running on Mar 2, 2022

Platforms 

ID: 263942129241804

**2 ads** use this creative and text

See ad details

⋯

**Cucciolo & Cavallo**
Sponsored

Help your horse shed its winter coat 🐴❄️ This innovative 6-in-1 grooming tool is multifunctional and blade-free, and can be used to groom, shine, shed, shampoo, wash, and massage 💜

★ Now 25%OFF + Free EU & UK Shipping
★ Shop online at https://bit.ly/3M8TzHf



FREE SHIPPING ON ALL ORDERS

Get This 6-in-1 Grooming Tool

---

🕘 Active

Started running on Mar 2, 2022

Platforms 

ID: 957405181419371

**2 ads** use this creative and text

See ad details

⋯

**Cucciolo & Cavallo**
Sponsored

Help your horse shed its winter coat 🐴 This innovative 6-in-1 grooming tool can be used to groom, shine, shed, shampoo, wash, and massage 💜

★ Now 25%OFF + Free EU & UK Shipping
★ Shop online at https://bit.ly/3M8TzHf



FREE SHIPPING ON ALL ORDERS

Get This 6-in-1 Grooming Tool

● Active

Started running on Mar 2, 2022

Platforms 🅕 🅞 🅠 🅢

ID: 376221347378682

**2 ads** use this creative and text

See ad details

---

 **Cucciolo & Cavallo**
Sponsored

Help your horse shed its winter coat 🐎This innovative 6-in-1 grooming tool can be used to groom, shine, shed, shampoo, wash, and massage 💜

★ Now 25%OFF + Free EU & UK Shipping
★ Shop online at https://bit.ly/3M8TzHf





**Active**

Started running on Mar 4, 2022

Platforms 🅰 📷 ▶ 🅱

ID: 241232584795919

**5 ads** use this creative and text

See ad details

**Humuling1**
Sponsored

✱✱✱The pet. Oh My God! Thank you, it's very
comfortable 🐾🐾
🟥Get It ✂ https://bit.ly/3rbx9eX

⋯

---



**Active**

Started running on Mar 4, 2022

Platforms 🅰 📷 ▶ 🅱

ID: 248651747472762

**5 ads** use this creative and text

See ad details

**Humuling1**
Sponsored

✱✱✱The pet. Oh My God! Thank you, it's very
comfortable 🐾🐾
🟥Get It ✂ https://bit.ly/3rbx9eX

⋯

---



**Active**

Started running on Mar 4, 2022

Platforms 🅰 📷 ▶ 🅱

ID: 304067851732303

**3 ads** use this creative and text

See ad details

**Humuling1**
Sponsored

✱✱✱The pet. Oh My God! Thank you, it's very
comfortable 🐾🐾
🟥Get It ✂ https://bit.ly/3rbx9eX

⋯





**Ad 1**

● Active

Started running on Mar 5, 2022

Platforms ✦ ⊙

ID: 909964956360909

See ad details



MinPälskling
Sponsored

Mjuka Upp Hästen & Ge Massage 🐴

...underlätta din vardag med att få din häst att borstas lättare, och masseras samtidigt!

...enkelt bort den där svåra smutsen eller härfläcken som sitter där för länge.

Använd MirakelBorsten och lös alla dessa problem, och ge...



MINPÄLSKLING.SE
**Få Hästen Att Må Bra!**
Beställ idag, Betala Som Med Klarna.

Shop now

---

**Ad 2**

● Active

Started running on Mar 5, 2022

Platforms ✦ ⊙ ◐ ❶

ID: 676229953826358

**4 ads** use this creative and text

See ad details



MinPälskling
Sponsored

Snart Dags Att Fälla Vinter Pälsen? 😮

MirakelBorsten hjälper inte bara till med besvärlig päls, men också att stimulera och massera hästens stela muskler och leder.

Arbeta Smart, Inte Hårt!



MINPÄLSKLING.SE
**Borsta Hästen Smartare** 🐴
Beställ idag, Betala Sen, Med Klarna.

Shop now

---

**Ad 3**

● Active

Started running on Mar 5, 2022

Platforms ✦ ⊙ ◐ ❶

ID: 1656566451345757

See ad details

MinPälskling
Sponsored

Snart Dags Att Fälla Vinter Pälsen? 😮

MirakelBorsten hjälper inte bara till med besvärlig päls, men också att stimulera och massera hästens stela muskler och leder.

Arbeta Smart, Inte Hårt!

Active

Started running on Mar 7, 2022

Platforms

ID: 259440213056614

**15 ads** use this creative and text

See ad details



**Faintme**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable
Get It https://bit.ly/3pqtObA





**Active**

Started running on Mar 7, 2022

Platforms

ID: 458421359298623

**3 ads** use this creative and text

See ad details

**Cutelys**
Sponsored

The pet Oh My God! Thank you, it's very comfortable Get it https://bit.ly/3It5GN0



6-IN-1
Shedding Grooming
Massage Brush

---

**Active**

Started running on Mar 7, 2022

Platforms

ID: 629398941456989

**6 ads** use this creative and text

See ad details

**Cutelys**
Sponsored

The pet Oh My God! Thank you, it's very comfortable Get it https://bit.ly/3It5GN0



6-IN-1
Shedding Grooming
Massage Brush

● Active      •••

Started running on Mar 7, 2022

Platforms   

ID: 497253561838354

See ad details

 **Fineprice-buy**
Sponsored

Haustier: Mein Gott! Danke! Es ist so bequem! 😸😸😸
Massagebürste🧹https://bit.ly/3sWSLhf



WWW.FINEPRICE.TOP
🔴Kostenloser Versand ✅Lieferung per Nachnahme ✅
Tage Rückerstattung      Shop now



**Active**

Started running on Mar 7, 2022

Platforms

ID: 2186316671155574

**35 ads** use this creative and text

See ad details

Humuling1
Sponsored

The pet Oh My God! Thank you, it's very comfortable
Get It ► https://bit.ly/3rbx9eX

Shedding Grooming Massage Brush
6-IN-1

---

**Active**

Started running on Mar 7, 2022

Platforms

ID: 5308433450254481

See ad details

Humuling1
Sponsored

The pet Oh My God! Thank you, it's very comfortable
Get It ► https://bit.ly/3rbx9eX




Shedding Grooming Massage Brush
6-IN-1

WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now





**Richerstore-Shop-US**
Sponsored
ID: 932423140790898

...

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 👉Get it here👈https://bit.ly/3pOEsJA



RICHERSTORE.SHOP
6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active                                        •••

Started running on Mar 8, 2022

Platforms 🅕 📷 🅟 ⊜

ID: 1305513039926985

See ad details

 **Milanocollection.shop-US**
Sponsored

Beschädigen Sie nicht die Haut und das Haar des Pferdes, 🐴
reinigen Sie seinen Körper leicht, halten Sie ihn sauber und
bequem!
hol es dir gleich: 🛒 https://bit.ly/3Mz6RNi



MILANOCOLLECTION.SHOP
bis zu 40 % Rabatt!
BEZEICHNUNG 👉 Wir bieten die folgenden Werbeaktionen für
jeden Kunden: Kaufen Sie mehr, sparen Sie mehr! Kaufen Sie 2...

Shop now



**Richerstore-Shop-US**
Sponsored
ID: 932423140790898                                         ...

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 👉Get it here👈https://bit.ly/3pOEsJA



RICHERSTORE.SHOP                                    [ Shop now ]
6-in-1 Shedding Grooming Massage Brush

Active

Started running on Mar 9, 2022

Platforms 🟦 📷 💬 💬

ID: 4191959050906970

See ad details

 **Lengleah**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable 😂

Get It 👉 https://bit.ly/3LWEj07



LENGLEAH.STORE
Lengleah

Shop now

✔ Active

Started running on Mar 9, 2022

Platforms 🅕 ⊙ ☌ ⊙

ID: 819054939492674

**2 ads** use this creative and text

See ad details





**Pawcareess VIP**
Sponsored
ID: 975921249965358

⋯

🐾The pet: Oh My God!  Thank you, it's very comfortable😊Get It 👉
pawcareess.com/products/massage-brush



PAWCAREESS.COM
My pet really likes to use it to bathe                    Shop now

✅ Active                                                      •••

Started running on Mar 10, 2022

Platforms 🟦 📷 🔵 ⊖

ID: 715707419786972

**2 ads** use this creative and text

See ad details

 **Fineprice-buy**
Sponsored

Haustier: Mein Gott! Danke! Es ist so bequem! 🤣🤣🤣
Massagebürste💆‍♀️https://bit.ly/3sWSLhf



## Launched March 2022

### Active
Started running on Mar 10, 2022

Platforms 📘 ⭕ 🎵 ⊙

ID: 303133485294837

**30 ads** use this creative and text · See ad details



Humuling1
Sponsored

🐾🐴The pet Oh My God! Thank you, it's very comfortable 🐾🐴
🐾Get it ➡ https://bit.ly/3rbx9eX




### Active
Started running on Mar 10, 2022

Platforms 📘 ⭕ 🎵 ⊙

ID: 677637903481820

See ad details

Humuling1
Sponsored

🐾🐴The pet Oh My God! Thank you, it's very comfortable
🐾Get it ➡ https://bit.ly/3rbx9eX

WWW.HUMULING.COM
My pet really likes to use it to bathe

Shop now

### Active
Started running on Mar 4, 2022

Platforms 📘 ⭕ 🎵 ⊙

ID: 248651747472762

**2 ads** use this creative and text · See ad details

Humuling1
Sponsored

🐾🐴The pet Oh My God! Thank you, it's very comfortable 🐾🐴
🐾Get it ➡ https://bit.ly/3rbx9eX




Keyword    🔍    ▼ Filters









✓ Active

Started running on Feb 22, 2022

Platforms   

ID: 948281526092764

See ad details

---



**Fineprice-buy**

Sponsored

🐾🐴🐕Háziállatok: Ó, Istenem, köszönöm, ez annyira kényelmes!😍😍

🐕🐾https://bit.ly/353qBHG



WWW.FINEPRICE.TOP

🛒Ingyenes szállítás✅Utánvétes fizetés          Shop now



**⊘ Active**

Started running on Mar 17, 2022

Platforms 🗗 ⊙ 🔊 ❶

ID: 538658097550657

See ad details

🍩 **Donnut Store**
Sponsored

الفرشاة هي أفضل حل للشعر المتساقط
الذي يتركه حيوانك الأليف في المنزل
وعلى الأثاث...

6-in-1
Shedding Grooming
Massage Brush

1/2 PCS

WWW.DONNUT.STORE
Shedding Grooming Massage Brush

Shop now

---



**⊘ Active**

Started running on Mar 17, 2022

Platforms 🗗 ⊙ 🔊 ❶

ID: 2058419200994689

See ad details

🍩 **Donnut Store**
Sponsored

🐾Shedding grooming massage brush!
🐾Free Delivery UAE!

6-in-1
Shedding Grooming
Massage Brush

1/2 PCS

WWW.DONNUT.STORE
⚠ Cash on Delivery Available!

Shop now





**Donnut Store**
Sponsored

القالة اللي عندها مشكلة التساقط و التكلل
ما جرب الفرشاة السحرية المزيل الشعر
الزائد بطريقة إحترافية





ID: 5386580975550657

Platforms

See ad details

Started running on Mar 17, 2022

● Active

WWW.DONNUT.STORE
Shedding Grooming Massage Brush

Shop now

---



**Donnut Store**
Sponsored

Shedding grooming massage brush!
Free Delivery UAE!

ID: 2058419200994689

Platforms

See ad details

Started running on Mar 17, 2022

● Active

WWW.DONNUT.STORE
Cash on Delivery Available!

Shop now







● Active

Started running on Mar 18, 2022

Platforms 

ID: 3093517011116407

15 ads use this creative and text

See ad details

 **MinPälskling**
Sponsored

Hästen Absolut ÄLSKAR Denna! 😍

Underlätta vardagen och borsta hästen på det lättaste viset, och dessutom massera samtidigt! Få enkelt bort den där svåra smutsen eller hårfläcken som suttit där för länge. Använd MirakelBorsten och lös alla dessa problem, och ge...



● Active

Started running on Mar 18, 2022

Platforms 

ID: 4373929581109405

14 ads use this creative and text

See ad details

 **MinPälskling**
Sponsored

Mjuka Upp Hästens Stela Leder & Muskler 💪

Hästar kan ofta ha stela leder & muskler, speciellt om man står i en begränsad yta. Det är inte ovanligt att hästen då å då behöver lite mjukgörande massage för detta.

Mirakelborsten masserar, borstar & tvättar hästen.



**Panel 1:**

⊗ Active

Started running on Feb 22, 2022

Platforms 🖤 📷 🔊 ⓕ

ID: 948281526092764

See ad details

···

**Fineprice-buy**
Sponsored

❤️🐾Híziállatok. Ó, Istenem, köszönöm, ez annyira kényelmes! 😍😍
https://bit.ly/3SsqBHG

WWW.FINEPRICE.TOP
❤️Ingyenes szállítás ✅ Utánvételes fizetés

Shop now

**Panel 2:**



⊗ Active

Started running on Feb 23, 2022

Platforms 🖤 📷 🔊 ⓕ

ID: 489878632666364

See ad details

···

**Fineprice-buy**
Sponsored

❤️🐾Animal de companie: Doamne! Multumesc, atât de confortabil 😍😍
Perie de masaj... https://bit.ly/3vfbsxQ

WWW.FINEPRICE.TOP
❤️Transport gratis ✅ Numerar la livrare

Shop now

**Panel 3:**






⊗ Active

Started running on Feb 24, 2022

Platforms 🖤 📷 🔊 ⓕ

ID: 693828631618807

See ad details

···

**Fineprice-buy**
Sponsored

❤️🐾Pies powiedział: Bóg, dziękuję bardzo! Czuję się tak wygodnie! 😍😍
https://bit.ly/38Fh0mE

WWW.FINEPRICE.TOP
❤️Darmowa dostawa ✅ Płatność gotówką przy odbiorze

Shop now

✓ Active

Started running on Mar 10, 2022

Platforms 📘 📷 💬 💬

ID: 1011086206454923

**4 ads** use this creative and text

See ad details

---

 **Fineprice-buy**
Sponsored

Haustier: Mein Gott! Danke! Es ist so bequem! 😂😂😂
Massagebürste💨💛https://bit.ly/3sWSLhf 



✅ Active                                                              ...

Started running on Mar 17, 2022

Platforms 🟦 📷 ◐ 💬

ID: 444704517453526

**5 ads** use this creative and text

See ad details

---

 **Sunfry-UA**
Sponsored

AMAZING!!The pet: Oh My God!  Thank you, it's very comfortable Get It https://bit.ly/35Yi1e1



✅ Active                                                    ●●●

Started running on Apr 8, 2022

Platforms 🅕 📷 💬 ●

ID: 358168902950637

**100 ads** use this creative and text

See ad details



**Humuling1**
Sponsored

🐾✨The pet: Oh My God！ Thank you, it's very comfortable😊😊
🐾Get It ☞ https://bit.ly/3rbx9eX

Active

Started running on Apr 7, 2022

Platforms 

ID: 669640497576716

See ad details

 **Arcssai.luxe-US**
Sponsored

6-in-1 Shedding Grooming Massage Brush, easily clean its body, keep it clean and comfortable! Get it
https://bit.ly/3ujnNR6



WWW.ARCSSAI.LUXE
Arcssai.luxe-US

Shop now

✔ Active

Started running on Apr 8, 2022

Platforms 🟦 📷 🔵

ID: 704500507424812

See ad details



**Witme thod**
Sponsored



WITMETHOD.COM
6-in-1 Shedding Grooming Massage Brush
witmethod

Shop now

✔ Active                                    •••

Started running on Apr 6, 2022

Platforms 

ID: 315853430648649

See ad details



**Toinspiration UA**
Sponsored

🐾🐾The pet: Oh My God!  Thank you, it's very comfortable 🥹🥹
🧡Get It 👉https://bit.ly/3u0Z97C



TOINSPIRATION.COM

🐾Hot Sale-50% OFF 6-in-1 Shedding Grooming Massage Brush                    Shop now

Active

•••

Started running on Apr 6, 2022

Platforms 

ID: 315853430648649

See ad details

 **Toinspiration UA**
Sponsored

🐎🐾The pet: Oh My God!  Thank you, it's very comfortable
😂😂
🛍️Get It ☞https://bit.ly/3u0Z97C



TOINSPIRATION.COM
🔥Hot Sale-50% OFF 6-in-1 Shedding Grooming Massage
Brush

Shop now

⊘ Active                                                 ⋯

Started running on Apr 12, 2022

Platforms 🅕 ⊙ ⓠ ⊙

ID: 278173374513352

**110 ads** use this creative and text

See ad details



 **Firemid**
Sponsored
ID: 852996042765922                                    

🐆🐾The pet: Oh My God！ Thank you, it's very comfortable🌞🌞
💖Get it now👉https://bit.ly/3jsCL0T



WWW.FIREMID.COM
6-in-1 Shedding Grooming Massage Brush $ 24.70
$ 49.00                                               Shop now

✔ Active                                                    • • •

Started running on Apr 12, 2022

Platforms 👍 📷 💬 ⊖

ID: 1093479508169841

**5 ads** use this creative and text

See ad details

---

 **See Braw**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 🤗



● Active                                                    •••

Started running on Apr 12, 2022

Platforms  ● ◎ Ω ●

ID: 287435606771787

**2 ads** use this creative and text

See ad details

---

 **Sensible-create**
Sponsored

🐎The pet: Oh My God！ Thank you, it's very comfortable😂😂
Get it https://bit.ly/3O4Cdw8





**See Braw**

Sponsored

ID: 312695077642181

⋯

🐎🐴The pet: Oh My God！ Thank you, it's very comfortable😊😊



WWW.SEEBRAW.COM

See Braw

Learn more

☑ Active

Started running on Apr 6, 2022

Platforms   

ID: 378362500963093

See ad details

 **ScoobyShop**
Sponsored

Préparez-vous pour la mue 🐴
Thérapeutique, hygiénique et durable, une brosse magique !
(elle peut aussi s'utiliser pour les chiens à poils courts)



SCOOBYSHOP.FR
Brosse 6 EN 1
PROMO limitée

Learn more

✅ Active

Started running on Apr 6, 2022

Platforms   

ID: 378362500963093

See ad details

---



**ScoobyShop**
Sponsored

Préparez-vous pour la mue 🐕
Thérapeutique, hygiénique et durable, une brosse magique !
(elle peut aussi s'utiliser pour les chiens à poils courts)



SCOOBYSHOP.FR
Brosse 6 EN 1
PROMO limitée

Learn more

**Surprisesky CA**
Sponsored
ID: 662256751730482

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "



WWW.REALFUNDEAL.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

✔ Active                                                    •••

Started running on Apr 17, 2022

Platforms 🅕 ⦿ ⦿ ⦿

ID: 352040036962610

**85 ads** use this creative and text

See ad details



✓ Active                                    •••

Started running on Apr 16, 2022

Platforms 🅕 ⊚ Ⓠ ●

ID: 459346032651483

See ad details

 **Abigawe**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable
😳
Get It ☞https://bit.ly/36ifqfc



WWW.ABIGAWE.COM
My pet really likes to use it to bathe                    Shop now

✅ Active                                                          ...

Started running on Apr 16, 2022

Platforms  👍 📷

ID: 506386931136147

See ad details

 **Sunhuaer store**
Sponsored

👐🐾The pet: Oh My God.This is so comfortable. Thank you.😌
😂🐾:Buy one for your pet



WWW.SUNHUAER.COM
Sunhuaer store                                    Shop now

**Sunhuaer store**
Sponsored
ID: 506386931136147

The pet: Oh My God.This is so comfortable. Thank you. :Buy one for your pet



WWW.SUNHUAER.COM
Sunhuaer store

Shop now

 Active

Started running on Apr 17, 2022

Platforms  

ID: 395041655773070

See ad details

 **ScoobyShop**
Sponsored

Affrontez la mue ! 🧹
Une brosse magique, thérapeutique et durable.

(elle peut aussi s'utiliser pour les chiens à poils courts)



SCOOBYSHOP.FR
Brosse 6 EN 1                    Order now
PROMO

✔ Active                                                      ...

Started running on Apr 17, 2022

Platforms 🅕 📷 🔘 💬

ID: 352040036962610

**74 ads** use this creative and text

See ad details

---



**Humuling1**
Sponsored

🐴The pet: Oh My God！ Thank you, it's very comfortable😊😊
🥰Get It 👉 https://bit.ly/3rbx9eX



✓ Active

Started running on Apr 18, 2022

Platforms 📘 📷 ◎ 💬

ID: 2199942026823889

See ad details

 **Chestnutes.shop**
Sponsored

🐕🐾🐴The pet: Oh My God!  Thank you, it's very comfortable 😍😍

🐶Get It 👉https://bit.ly/3rza9qV



CHESTNUTES.COM

My pet really likes to use it to bathe
🐾Cash on delivery 🚚FREE Shipping ⏰24h Flash Sale

Shop now

✅ Active                                                         •••

Started running on Apr 18, 2022

Platforms 👍 📷 🔇 💬

ID: 730749288104780

See ad details

 **Subtlecloud-m**
Sponsored

🐴🐴🐴The pet: Oh My God!  Thank you, it's very comfortable
😄😄
🧽Get It 👉https://bit.ly/3JLbx04



WWW.SUBTLECLOUD.COM
Subtlecloud-m

Shop now



**Arena Equestrian**
March 4 · 🌐

Introducing the New Super Groomer this is an absolute game changer!

Lifts dead hair skin and dirt leaving the coat sleek, smooth and shiny like glass !

Watch the next post to see in action you will love it

We now stock the Super Groomer at Arena Equestrian after I got getting ripped off on a dodgy site trying to buy one 🐴 so you can Guarantee you will get your order through us 🎉



Introducing the Super Groomer Ive wanted one of these for ages and decided to stock them at Arena

📷 via Instagram

 15                                                                    3 Comments

↪ Share

Active

Started running on Apr 27, 2022

Platforms 🔵 📷

ID: 538244470985490

**10 ads** use this creative and text

See ad details

---

 **The Versatile Groomer**
Sponsored

This is the ultimate grooming tool you will ever need!

✅Removes all Loose Hair, Dirt, Sweat & Stains
✅Perfect for Even The Most Sensitive Breeds
😊Design for Comfort, Safe and Gentle Everywhere

"Absolutely in love with this groomer! Great for shedding...



✓ Active

Started running on Apr 27, 2022

Platforms 📘 📷

ID: 538244470985490

**10 ads** use this creative and text

See ad details

---

 **The Versatile Groomer**
Sponsored

This is the ultimate grooming tool you will ever need!

✅Removes all Loose Hair, Dirt, Sweat & Stains
✅Perfect for Even The Most Sensitive Breeds
😊Design for Comfort, Safe and Gentle Everywhere

'Absolutely in love with this groomer! Great for shedding...



This is so amazing!!!

Active

Started running on Apr 28, 2022

Platforms

ID: 549706520106000

**17 ads** use this creative and text

See ad details

---

 **The Versatile Groomer**
Sponsored

This is the ultimate grooming tool you will ever need!

✅ Removes all Loose Hair, Dirt, Sweat & Stains
✅ Perfect for Even The Most Sensitive Breeds
😊 Design for Comfort, Safe and Gentle Everywhere

"Absolutely in love with this groomer! Great for shedding...



**OGhub**
Sponsored
ID: 304468348373492

•••

Never was this easy and pleasant to groom your horse 🐴😊 with minimal elbow-grease!

✅It will take insane amount of dead hair out
✅It's easy to hold, comfortable to use
✅Gentle everywhere, including the face and legs
✅Ideal for sensitive horses…



OGLOVO.COM
EZGroom™ Shedding Brush - Now Available!

Shop now

**OG**    **OGhub**
Sponsored
ID: 304468348373492                                          ...

Never was this easy and pleasant to groom your horse 🐴😊 with minimal elbow-grease!

✅It will take insane amount of dead hair out
✅It's easy to hold, comfortable to use
✅Gentle everywhere, including the face and legs
✅Ideal for sensitive horses

Get it Here 👉 https://bit.ly/ez-groom
Get it Here 👉 https://bit.ly/ez-groom

⏰First 100 groomers are 50% OFF⏰



OGLOVO.COM
EZGroom™ Shedding Brush - Now Available!          Shop now

✅ Active

⋯

Started running on May 3, 2022

Platforms 📘 📷 🔵 💬

ID: 284209810592179

**2 ads** use this creative and text

See ad details

---

 **Allhaulm-Fast**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable
allhaulm.com/products/brush-3-2



✅ Active

⋯

Started running on Apr 29, 2022

Platforms 🟦 ◎ 💬

ID: 5047204295361222

See ad details



**Purebluestar**
Sponsored



PUREBLUESTARS.COM
(Christmas Hot Sale)  6-in-1 Shedding Grooming
Massage Brush
Purebluestars.

Shop now

✅ Active                                                    •••

Started running on May 3, 2022

Platforms 

ID: 284209810592179

**2 ads** use this creative and text

See ad details

---

 **Allhaulm-Fast**
Sponsored

🐴🐴The pet: Oh My God！  Thank you, it's very comfortable
😊😊😊😊 allhaulm.com/products/brush-3-2





**Ad 1**

⊗ Active

Started running on Apr 30, 2022

Platforms 🔗 ⓘ 🔊 ⑃

ID: 707180667366163

See ad details

⋯



ScoobyShop
Sponsored

PROMO limitée ! 🪄
Cette brosse magique tout en 1 ultra efficace n'attend que
...ous. Pour la douche, pour éliminer les poils morts (même
...urant l'été) et la poussière pour un poil brillant.

Peut s'utiliser pour les tapis et les chiens à poils courts.
Obtenez-en une dès maintenant !

Learn more

SCOOBYSHOP.FR
Brosse 6 EN 1
PROMO limitée

**Ad 2**

⊗ Active

Started running on Apr 29, 2022

Platforms 🔗 ⓘ 🔊 ⑃

ID: 7447250861982542

See ad details

⋯



ScoobyShop
Sponsored

PROMO limitée !
Profitez-en avant la fin de la mue.
Cette brosse magique tout en 1 ultra efficace n'attend que
vous.

Peut s'utiliser pour les tapis et les chiens à poils courts.
Obtenez-en une dès maintenant !

Learn more

SCOOBYSHOP.FR
Brosse 6 EN 1
PROMO limitée

**Ad 3**

⊗ Active

Started running on Apr 29, 2022

Platforms 🔗 ⓘ 🔊 ⑃

ID: 1391473338027299

See ad details

⋯



ScoobyShop
Sponsored

Préparez-vous pour la mue 🪄
Thérapeutique, hygiénique et durable, une brosse magique !
(elle peut aussi s'utiliser pour les chiens à poils courts)



Learn more

SCOOBYSHOP.FR
Brosse 6 EN 1
PROMO limitée

✅ Active                                              •••

Started running on Apr 25, 2022

Platforms 🄵 🄾 🅀 ◐

This ad has multiple versions  ℹ️

ID: 482095657035617

See ad details

---

 **Shopshipstore**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable 😂😂
👉Get It 👉
https://www.shopshipstores.com/products/cleanhair-horse-hair



SHOPSHIPSTORES.COM
⭐⭐⭐⭐⭐4.9(1649)                          Shop Now
My pet really likes to use it to bathe

✔ Active                                    ...

Started running on May 3, 2022

Platforms 🅵 📷

ID: 280643257497954

**15 ads** use this creative and text

See ad details

---

 **The Versatile Groomer**
Sponsored

This is the ultimate grooming tool you will ever need!

✅ Removes all Loose Hair, Dirt, Sweat & Stains
✅ Perfect for Even The Most Sensitive Breeds
🤝 Design for Comfort, Safe and Gentle Everywhere

"Absolutely in love with this groomer! Great for shedding...





**Amor-fox.AU**
Sponsored
ID: 5721309991231423

    •••

🐾The pet: Oh My God！ Thank you, it's very comfortable😂😂😂






WWW.AMOR-FOX.COM
Amor-fox.AU

Shop now




**Amor-fox.AU**

Sponsored

ID: 5721309991231423

•••

The pet: Oh My God！  Thank you, it's very comfortable



WWW.AMOR-FOX.COM

Amor-fox.AU

Shop now

 Active

Started running on Mar 5, 2023

Platforms 

ID: 196686356343016

See ad details

 **Awakelet**
Sponsored

🐎 I guarantee you and your horse will love this new way of grooming. 🧹 Get yours here :https://t.site/3YmNmMO



WWW.AWAKELET.COM

6 IN 1 SHEDDING GROOMING MASSAGE BRUSH- 🔥Buy More,Save More! 🔥

Shop now



**Last Day Promotion-50% OFF**
9kmetal.com

I guarantee you and your horse will love this new way of grooming.

**4 other ads use** this creative and text. Ad ID for this group: 2291850963417186
All ads in this group will be added to the takedown request.

Frankie_the_minidood  9kmetal



afe to use everywhere

 **Spring Hot Sale**
www.smarts-blue.com

I guarantee you and your horse will love this new way of grooming.
Get yours here: https://t.site/3JdyCvi

**13 other ads use this creative and text. Ad ID for this group: 599210598377414**
All ads in this group will be added to the takedown request.

Smarts-blue.BU





Last Day Promotion-49% OFF
www.emissail.com

I guarantee you and your horse will love this new way of grooming.
Get yours here:https://freurl.cc/OVvrxr

 **21 other ads use** this creative and text. Ad ID for this group: 8B44174826703322

All ads in this group will be added to the takedown request.

Emissail





**Last Day Promotion-49% OFF**

www.moonlightooze.com

I guarantee you and your horse will love this new way of grooming.

Get yours here:https://t.site/3lLl9un

**39 other ads use** this creative and text. Ad ID for this group: 976380666676911

All ads in this group will be added to the takedown request.

Moonlightooze.m



LAST DAY 49% OFF

gorgeous-flair.com

I guarantee you and your horse will love this new way of grooming.

**1 other ad uses** this creative and text. Ad ID for this group: 1455053018632303
All ads in this group will be added to the takedown request.

Gorgeous-flair.or

✓ Active

Started running on Mar 8, 2023

Platforms   

ID: 892353445365697

**4 ads** use this creative and text

See ad details

---


**Jewelawne**
Sponsored

🐴🐴My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood😄😄



✅ Active

Started running on Apr 10, 2023

Platforms 📘 📷 📷 💬

ID: 2036004906740198

**7 ads** use this creative and text

See ad details

---

TRYGO **Trygo NL**
Sponsored

De beste manier om paarden dit voorjaar te ontwollen
🐴 🧡

De 6 in 1 paarden borstel, is een mesloze borstel om paarden makkelijker en zachter dan ooit te ontwollen
😭
—



Detailed view



**numerar la livrare transport gratis**
www.leanness.top

Îți garantez că tu și calul tău veți iubi acest nou mod de îngrijire.

See Translation

 **ID:** 530280232370117

Leanness-shop

Search for similar ads

 TM   ©   ✆   ◀

Done

✕

# Detailed view                                                   ✕



StripHair Gentle Groomer

✨ **La spazzola perfetta per i cavalli**
it.shoopers.eu

🐴 Riscopri il bellissimo manto del tuo
cavallo con HorseGroom

La provi ora 👇
https://it.shoopers.eu/product/horsegroom/

✅ Rimuove i peli morti
✅ Massaggia e garantisce una migliore
circolazione sanguigna
✅ Adatto per la spazzolatura a secco e il
lavaggio a umido
**See Translation**

**2 other ads use** this creative and
text. Ad ID for this group:
ℹ 227447799672791
All ads in this group will be added to the
takedown request.

f  Shoopers Italia



🔍  Search for similar ads

**Done**

## Detailed view

×



La spazzola perfetta per i cavalli
it.shoopers.eu

Riscopri il bellissimo manto del tuo
cavallo con HorseGroom

La provi ora
https://it.shoopers.eu/product/horsegroom/

✅ Rimuove i peli morti
✅ Massaggia e garantisce una migliore
circolazione sanguigna
✅ Adatto per la spazzolatura a secco e il
lavaggio a umido
See Translation

**2 other ads use** this creative and
text. Ad ID for this group:
760540695424258
All ads in this group will be added to the
takedown request.

Shoopers Italia

🏴  TM  ©  📵  ✓ ▼

🔍 Search for similar ads

**Done**

Detailed view



🐴 Αναδείξτε το όμορφο τρίχωμα του αλόγου σας με τ...

gr.shoopers.eu

-26% | 🐴 HorseGroom - Απλά πλύνετε και ξεπλύνετε - το HorseGroom είναι κατάλληλο τόσο για στεγνό όσο και για υγρό βούρτσισμα 🧼
✅ Αφαιρεί τις νεκρές τρίχες
✅ Αφαιρεί λάσπη και βρωμιά που έχει ξεραθεί

See Translation

Προσθήκη στο καλάθι 🧴
https://gr.shoopers.eu/product/horsegroom /

 ID: 7288611886840888
 Shoopers Ελλάδα



Search for similar ads

Done

Detailed view

×



★ Αναδείξτε το όμορφο τρίχωμα του αλόγου σας με τ...

gr.shoopers.eu

-26% | 🐎 HorseGroom - Απλά πλύνετε και ξεπλύνετε - το HorseGroom είναι κατάλληλο τόσο για στεγνό όσο και για υγρό βούρτσισμα 💦

✅ Αφαιρεί τις νεκρές τρίχες

✅ Αφαιρεί λάσπη και βρωμιά που έχει ξεραθεί

Προσθήκη στο καλάθι 🛒 👍

https://gr.shoopers.eu/product/horsegroom/

See Translation

ℹ️ ID: 1221214901848593

Ⓕ Shoopers Ελλάδα

🔖　ᵀᴹ　©　🐾　⟨　◀

🔍 Search for similar ads

Done

Detailed view



**6-in-1 Shedding Grooming Massage Brush**

sin.muather.club

The pet: Oh My God! Thank you, it's very comfortable  

 ID: 102993960908749

Muatherclub-GZA07 @ ghits.store

Search for similar ads

TM

Done

Detailed view

✕



Remove Shedding Hair - Blade-Free!

**6-in-1 Shedding Grooming Massage Brush**

sin.muather.club

The pet: Oh My God! Thank you, it's very comfortable 

 ID: 5796200141433343

 Muatherclub-GZA07  ghits.store

🔍 Search for similar ads

Done

Detailed view

×



Remove Shedding Hair - Blade-Free!

**6-in-1 Shedding Grooming Massage Brush**

sin.muather.club

The pet: Oh My God! Thank you, it's very comfortable 

 **ID:** 1518732535322247

Muatherclub-GZA07  ghits.store

Q Search for similar ads

Done

Detailed view



**6-in-1 Shedding Grooming Massage Brush**
sin.muather.club

The pet: Oh My God！Thank you, it's very comfortable

 ID: 566295678047232O
 Muatherclub-GZA07 ⊙ ghits.store

⤨　TM　◎　✎　〈　◀

🔍 Search for similar ads

Done

✕

Detailed view



**Remove Shedding Hair -Blade-Free!**

**6-in-1 Shedding Grooming Massage** 💥 **(Buy 3 Free 1)** 💥

www.abundantn.com

" I personally guarantee you and your horse will love this new way of grooming. You've got my name on it."

🛏 Get it here

abundantn.com/products/massage

 **9 other ads use this creative and text. Ad ID for this group:**

 **532046004572408**

All ads in this group will be added to the takedown request.

 Abundantn-C



 Done

Search for similar ads

Detailed view



🔥 **Now 49% off! Significant price cuts** 🔥
**6 IN 1 SHED...**

peace-glass.com

🐴🐴My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 😊😊
https://t.site/4OZR6ps

⊕ **1 other ad uses this creative and text. Ad ID for this group:**
102250811582150

⊕ Peace-glass.pe

All ads in this group will be added to the takedown request.

Search for similar ads



Done

Detailed view



**6 In 1 Shedding Grooming Massage Brush**

drivermalls.com

 I guarantee you and your horse will love this new way of grooming 

 ID: 1280257349513685

 Drivermalls

 Search for similar ads

Done

Detailed view



6-in-1 Shedding Grooming Massage 🔥
(Buy 3 Free 1) 🔥
www.primarypz.com
https://www.primarypz.com/products/mass
age
🐎Get it here⚡
my name on it. "
will love this new way to groom. You've got
" I personally guarantee you and your horse

**1 other ad uses this creative and**
text. Ad ID for this group:
137665670976519 1
All ads in this group will be added to the
takedown request.

🔗 PrimarypzZ-B

🔖   ™ ©      ‹   ◀

🔍 Search for similar ads

Done

Detailed view



Remove Shedding Hair - Blade-Free!

**6 In 1 Shedding Grooming Massage Brush**

this new way of grooming. 

 I guarantee you and your horse will love

drivermalls.com

 Drivermalls

 ID: 3232667829623 81

Search for similar ads

Done

×

Detailed view



🦌 **Last Day Promotion-49% OFF** 🦌
www.moonlightooze.com

🐴 I guarantee you and your horse will love this new way of grooming.

🐎 Get yours here:https://t.site/3lLl9un



**41 other ads use this creative and text. Ad ID for this group:**
976380666676911

All ads in this group will be added to the takedown request.

🌐 Moonlightooze.m





Search for similar ads

Done



cydertlinder.com

⚠️ I guarantee you and your horse will love this new way of grooming. ⇒ Get yours here: https://t.site/3MtzRsO

ID: 1741034588882481



metallicn.com

I guarantee you and your horse will love this new way of grooming... Get yours here: https://t.site/3Wcbx11

ID: 261494519616431



metallicn.com

🐴 I guarantee you and your horse will love this new way of grooming! 🐴 Get yours here: https://t.site/3Wcbx11

🌐 ID: 27418631677929



cydertlinder.com

I guarantee you and your horse will love this new way of grooming. Get yours here: https://t.site/3MtzRsO

ID: 1199132764124983



metallicn.com

👍 I guarantee you and your horse will love this new way of grooming. ✨ Get yours here: https://t.site/3Wcbx11

ID: 5606130632823203



metallicn.com

I guarantee you and your horse will love this new way of grooming... Get yours here: https://t.site/3Wcbx11

ID: 19130540718764



metallicn.com

⚠️ I guarantee you and your horse will love this new way of grooming. 💬 Get yours here: https://t.site/3Wcbx11

ID: 810268677190103



**6 in 1 Pferdebürste**
trendmops.de

 An diesem innovativem Produkt führt kein Weg dran vorbei!

🐴 Wäre es nicht schön, wenn du mit nur einer Bürste die komplette Pflege deines Pferdes erledigen könntest? 🐴 🐴

innovative Fellpflege
beugt Parasitenbefall vor
entfernt Schmutz & Schweiß
Massage & Therapie... See more

See Translation

ID: 644138728591419

Trendmops



resonancet.com

I guarantee you and your horse will love this new way of grooming. 🐎 Get yours here
https://t.site/3pay7uh

ID: 258324400006879

Resonancet



Safe to use everywhere

Last Day Promotion-49% OFF

www.moonlightooze.com

I guarantee you and your horse will love this new way of grooming.
Get yours here:https://t.site/3lLl9un

ID: 9763806666676911

Moonlightooze.m



🐮 Cattles 6-in-1 Shedding Grooming Massage Brush

ampoue.com

WOW!!! 😍😍" I personally guarantee you and your Cattle will love this new way to groom.⚡

https://ampoue.com/products/massage-brush

## 2 other ads use this creative and text. Ad ID for this group:

📷 104965085949513

All ads in this group will be added to the takedown request.

🌀 Aesxie.hh



**Cattles 6-in-1 Shedding Grooming Massage Brush**

ampoue.com

WOW!!! 😄😄" I personally guarantee you and your Cattle will love this new way to groom.↙ https://ampoue.com/products/massage-brush

 **2 other ads use** this creative and text. Ad ID for this group: 1049650854951

All ads in this group will be added to the takedown request

Aesxie.hh



🌟 **40% OFF** 🌟

sin2.gcc-friday.com

⚠️Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable! ✅

ID: 604766355005130

GCC Friday UAE



Search for similar ads



**Mattch-better.US**

www.mattch-better.com

🐴 Make your horse feel loved with the Horse Hair Removal Massage Brush and Sweat Scrubber.

❮ Remove naturally shed hair
❮ Remove dust and mud
❮ Remove dead skin and hair
❮ Massage tools
❮ Easy to carry and clean
❮ Suitable for most horses, cats, and dogs. Order Now 👍 https://www.mattch-better.com/products/massage-brush

● ID: 577738170984961
🔁 Mattch-better.US 📷 match_better.us

 Active

Started running on Mar 14, 2023

Platforms  

ID: 3020933621548004

See ad details

---

 **Cheerful Choices II**
Sponsored

"I personally guarantee you and your horse and dogs will love this new way to groom. 🐎
🐴 You've got my name on it.

Get yours Today 👉 http://www.cheerful.asia/6-in-1-shedding-groominng-massage-brush



WWW.CHEERFUL.ASIA
6 In 1 Shedding Groominng Massage Brush

Order now

 Active

⋯

Started running on Mar 8, 2023

Platforms   

ID: 892353445365697

**4 ads** use this creative and text

See ad details

---

 **Jewelawne**
Sponsored

🐎 🐎 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 😁 😁





Save time and money on grooming! Get 6-In-1 Sheddi...

wbdz.store

Get yours here: https://bit.ly/3pfZinA

I guarantee you and your horse will love this new way of grooming.

**5 other ads use** this creative and text. Ad ID for this group:

218360154269397

All ads in this group will be added to the takedown request.

Wbdz Discount



# 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

martinhuset.com

 I guarantee you and your horse will love this new way of grooming.

 **ID**: 6311113351168 74

Martinhuset



Search for similar ads



Remove Shedding Hair -Blade-Free!

6 IN 1 SHEDDING GROOMING MASSAGE BRUSH- 🟠 Buy More,...

www.duedurable.com

👋 I guarantee you and your horse will love this new way of grooming.

ID: 9363400975570805

Duedurable-A

TM

Search for similar ads.



6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

martinhuset.com

👋 I guarantee you and your horse will love this new way of grooming.

ID: 950324092950179


Martinhuset

Search for similar ads









6-in-1 Shedding Grooming Massage 🟠
(Buy 3 Free 1) 🟠

www.primarypz.com

" I personally guarantee you and your horse
will love this new way to groom. You've got my
name on it. "
🖐 Get it here 👇

https://www.primarypz.com/products/massage

ℹ️ ID: 137665670976519

🔗 Primarypzz-B





🔍 Search for similar ads



Remove Shedding Hair -Blade-Free!

www.glossarye.com

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " 🏇 Get it 👆 https://t.site/3IO6qWF

**23 other ads use this creative and text.** Ad ID for this group: 23349953578259?

 All ads in this group will be added to the takedown request.

 Glossarye

 TM  

 Search for similar ads



🎉 Last Day Promotion-49% OFF 🐎
www.hfunsbest.com

🐎 I guarantee you and your horse will love
this new way of grooming.
🛒 Get yours here 👇

**2 other ads use** this creative and
text. Ad ID for this group:
196582563239502

All ads in this group will be added to the
takedown request.

f   Hfunsbest

🔖   TM   ©   🎷   ‹   ◀

🔍   Search for similar ads



Last Day Promotion-49% OFF 🎉
www.moonlightooze.com

👋 I guarantee you and your horse will love this new way of grooming.

🖥 Get yours here:https://t.site/3Ll9un

**27 other ads use** this creative and text. Ad ID for this group:

9763806666676911

All ads in this group will be added to the takedown request.

Moonlightooze.m

Search for similar ads



prospectg.com

🦴 I guarantee you and your horse will love this new way of grooming. 🔥 Get yours here:

ⓘ ID: 1057662491728880

Prospectg.shop



Search for similar ads



absolutelyn.com

🐎 I guarantee you and your horse will love this new way of grooming. 📹 Get yours here!

https://t.site/41CJeut

❶ ID: 17758498482434I

📘 Absolutelyn.shop



Search for similar ads



prospectg.com

I guarantee you and your horse will love this new way of grooming. Get yours here.

ID: 528797429247419

Prospectg.shop

Search for similar ads



absolutelyn.com

🐴 I guarantee you and your horse will love this new way of grooming. 🐎 Get yours here:

https://t.site/41CJeut

ID: 590900049670195

Absolutelyn.shop



Search for similar ads



Clearance Sale - $19.99 The best massage brush

younias.com

I guarantee you and your horse will love this new way of grooming!

ID: 618671200306579

Younias

Search for similar ads



Remove Shedding Hair -Blade-Free!

structuref.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

Structuref.com

ID: 7453011137069812



Search for similar ads



prospectg.com

 I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 7576079393351072

Prospectg.com



Search for similar ads



structuref.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 9559728791808080

Structuref.shop



Search for similar ads



discountym.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

https://t.site/3LfqIBv

ID: 989878915506662

Discountym-mn



Search for similar ads



prospectg.com

I guarantee you and your horse will love this new way of grooming. Get yours here.

ID: 13126572326518 49

Prospectg.com

Search for similar ads





prospectg.com

I guarantee you and your horse will love this new way of grooming. Get yours here.

ID: 1635656080217128

Prospectg.shop

Search for similar ads



prospectg.com

👋 I guarantee you and your horse will love this new way of grooming. 🐴 Get yours here:

ID: 1884302408617335

Prospectg.com

Search for similar ads



absolutelyn.com

I guarantee you and your horse will love this new way of grooming. 買 Get yours here:
https://t.site/41CJeut

ID: 18916564745466675

Absolutelyn.shop



Search for similar ads



Elimine les poils morts

reflexerelax.com

🐴 Je vous garantis que vous et votre cheval allez adorer cette nouvelle méthode de toilettage.

🖥️ Obtenez le vôtre ici : https://lc.cx/ezVpjM

See Translation

This ad has multiple versions ⓘ

**3 other ads use** this creative and text. Ad ID for this group:

⓿ 7853745327982ِ88

All ads in this group will be added to the takedown request.



🌀 GoRelax



reflexerelax.com

NOUVEAU : 🐴 Je vous garantis que vous et votre cheval allez adorer cette nouvelle méthode de toilettage.

🐴 Obtenez le vôtre ici : https://lc.cx/ezVpjM

See Translation

This ad has multiple versions ⓕ

**3 other ads use** this creative and text. Ad ID for this group:

ⓘ 1213226572669509

All ads in this group will be added to the takedown request.

GoRelax

Search for similar ads:



sculpturetl.com

 I guarantee you and your horse will love this new way of grooming. 📲 Get yours here. https://t.site/3HKGIA2

**ID**: 1783765551594304

Sculpturetl

Search for similar ads





Search for similar ads



ID: 178399434706764

Transmissioni.shop

www.transmissioni.com

I guarantee you and your horse will love this new way of grooming. Get yours here:



comptntstur.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

https://t.site/3oul2M1

No links

**ID**: 191366437079794



Search for similar ads



appetiteh.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 220936790675845

Appetiteh.shop



Search for similar ads



comptntistur.com

I guarantee you and your horse will love this new way of grooming. Get yours here:
https://t.site/3oul2M1

No links

ID: 2228540637755443

Search for similar ads





laherubn.de

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 242461795168578

Laherubn.4

Search for similar ads



completelyi.com

 I guarantee you and your horse will love this new way of grooming.  Get yours here: https://t.site/3L6C9N7

 **ID**: 532553699070399

 Completelyi.com

TM    ©    🔎    ‹    ◀

🔍 Search for similar ads



comptntstur.com

I guarantee you and your horse will love this new way of grooming. Get yours here:
https://t.site/3oul2M1

ID: 625610912310277

No links

Search for similar ads



compositem.com

👉 I guarantee you and your horse will love this new way of grooming. 🖐 Get yours here:
https://t.site/3lNC1YU

ID: 6336360018598501

Compositem





comptntistur.com

I guarantee you and your horse will love this new way of grooming. Get yours here:
https://t.site/3ouI2M1

No links

**ID**: 7794655504811140



Search for similar ads



**Last Day Promotion-49% OFF**

www.moonlightooze.com

I guarantee you and your horse will love this new way of grooming.

Get yours here:https://t.site/3ILJ9un

**7 other ads use** this creative and text. Ad ID for this group:

9763806666676911

All ads in this group will be added to the takedown request.



Moonlightooze.m



presumablyi.com

I guarantee you and your horse will love this new way of grooming. Get yours here:
https://t.site/41sQPe5

**ID**: 124675722604 5712

Presumablyi



Search for similar ads



liverpoona.co.uk

👍 I guarantee you and your horse will love this new way of grooming. 🪮 Get yours here:

ℹ️ **ID**: 1283891602221492

f Liverpoona+As

🏷️

™

©

🐾



🔍 Search for similar ads



cydertlinder.com

I guarantee you and your horse will love this new way of grooming. 🖐 Get yours here:
https://t.site/3MtzRs0

ID: 1445796859503750


Cydertlinder

Search for similar ads



facilityh.com

📌 I guarantee you and your horse will love this new way of grooming. 🐴 Get yours here:
https://t.site/3z3Egdw

ID: 5979933050606543

Facilityh



Search for similar ads



formlurgous.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🗸 Get it here 🌟

https://t.site/45V9iiG

❷ ID: 175469082163226

🟦 Formlurgous

Search for similar ads



adjectivei.com

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " Get it here

 ID: 207681912143196

 Adjectivei



Search for similar ads



aciacknlege.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



**ID**: 23786129565230

Aciacknlege-AC02

  



Search for similar ads



invisiblen.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here https://t.site/3ONSjgv

 **ID**: 2697100022204300

 Invisiblen.mv



 TM

 ©



 Search for similar ads



provisionk.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it . ' 🖼 Get it here 🟡
https://t.site/43ERbRO

ID: 272556345267801

Provisionk.com

Search for similar ads



alongsidem.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it.' Get it here

## 2 other ads use this creative and text. Ad ID for this group:

531672055691783

All ads in this group will be added to the takedown request.



Alongsidem.AL03

Search for similar ads



backgroundi.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

## 2 other ads use this creative and text. Ad ID for this group:


5624369924968 45

All ads in this group will be added to the takedown request.



Backgroundi

☆    TM    ©    ✎    ✉    ◀

🔍 Search for similar ads



invisiblen.com

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " Get it here https://t.site/3ONSjgv

 ID: 7698308146206664

 Invisiblen.inv



TM ©

Search for similar ads



provisionk.com

'I personally guarantee you and your horse will love this new way to groom. You've got my name on it.' 🖐️ Get it here 👆

https://t.site/43ERbR0


Provisionk.com

**ID**: 823060256083704

Search for similar ads



 



aciacknlege.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

Aciacknlege AC02

ID: 9473152465O7O77

Search for similar ads

TM  ©



atoncehead.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



**ID**: 1048386489456394

No links

Search for similar ads



tematically.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



**ID**: 161397780577589898

Tematically.M02

Search for similar ads



backgroundi.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

**2 other ads use** this creative and text. Ad ID for this group:



1701662376940990

All ads in this group will be added to the takedown request.

Backgroundi.shop

TM    ©    ℗    〈    ◀

Search for similar ads



formlurgous.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🖐️ Get it here 👇

https://t.site/45V9liG

ID: 18292666541333850

Formlurgous



Search for similar ads



bringinton.com

Bringinton

ID: 2138087903063092

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

Search for similar ads



invisiblen.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here https://t.site/3ONSjgv

  **ID**: 2152257711646911

 Invisiblen:nv



 TM







 Search for similar ads



niowatchted.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



ID: 3496004854012820
Niowatchted.NI01



Search for similar ads



cioachespect.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it ' 🖼 Get it here 🔶

https://t.site/3OmcJwT



**ID**: 2495458209545434

Cioachespect-aa

TM  Ⓒ  🔖  ‹  ◀

Search for similar ads



nifyanifest.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



**ID**: 2552523105712046

No links

Search for similar ads



cioachespect.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🥹 Get it here 🔻
https://t.site/3OmcJwT



ℹ **ID**: 6320503784511429

🔵 Cioachespect-aa

🔖    ™    ©    🐚    <    ◀

🔍 Search for similar ads



nifyanifest.com

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " Get it here

**ID**: 6369804983241 58

No links

Search for similar ads





alongsiderm.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

**1 other ad uses** this creative and text. Ad ID for this group:

 913479476545039

All ads in this group will be added to the takedown request.

 Alongsiderm



Search for similar ads



alongsidem.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here


**ID**: 9767600037535596


Alongsidem



Search for similar ads



cioachespect.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. '  Get it here 

https://t.site/3OmcJwT

 **ID**: 148726271534516B

Cioachespect-aa

  TM  C   

Q  Search for similar ads



outerimoest.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

 **ID**: 1589519698236325

Outerimoest

 TM   

Search for similar ads



lirecteracy.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

ID: 265484278466420

Lirecteracy.RE02



Search for similar ads



nifyanifest.com

' I personally guarantee you and your horse
will love this new way to groom. You've got my
name on it. ' 🐴 Get it here 👍



**ID**: 161233242566131

No links

TM  ©  👋  ‹  ◀

Search for similar ads



6 IN 1 SHEDDING GROOMING MASSAGE BRUSH- Buy More,....

takenoticeof.com

ID: 279991591228178

Takenoticeof

Search for similar ads



superior-picks.uk

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood

ID: 6473055805988

Superior-picks&L



superior-picks.uk

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood

ID: 2418649921636573

Superior-picks&L



frameworkl.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it.' 'Get it here

  ID: 108797285599171

 Frameworkl.a5

Search for similar ads





quality-choices.uk

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 📝 Get it here 🔶
https://t.site/3XjLLbz

ⓑ **ID**: 119525697837755

ⓕ Quality-choices#q

Search for similar ads



nicebelie.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



ID: 143039652127964

Nicebelie N01

Search for similar ads



' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here.

**ID**: 2962832227251501

No links.



Search for similar ads



feasiblem.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

**1 other ad uses** this creative and text. Ad ID for this group:

 300491388995155

All ads in this group will be added to the takedown request.

Feasiblem.shop



ingeniousn.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it ' Get it here



Ingeniousn\

**ID**: 6575856162220106

Search for similar ads



invaluablte.com

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it "   Get it here 

 **ID**: 7985508286551 02
 Invaluablteq

 ⭐ 🅣🅜 🅒  ↙ 

🔍 Search for similar ads



top-tier-products.uk

' I personally guarantee you and your horse
will love this new way to groom. You've got my
name on it. ' Get it here https://t.site/3Njtoit

  **ID**: 8146369301835 37
  ♪) top-tier-products.uk

 

 TM    ©            

🔍 Search for similar ads



decentake.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

 **ID**: 100057807760874
Decentake-6

    

Search for similar ads



top-tier-products.uk

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🖼 Get it here ⭐

https://t.site/3Njtoit

ID: 2008647239482418

J) top-tier-products.uk



Search for similar ads

TM   ©   🖼



inothedair.com

 I guarantee you and your horse will love this new way of grooming. Get yours here:

https://t.site/3r4Lc9q

**ID**: 195580836800478

Inothedair+l7

Search for similar ads



broadcasth.com

I guarantee you and your horse will love this new way of grooming. Get yours here:


 ID: 296489292943448

 Broadcasth



TM 



Search for similar ads



dessaben.de

I guarantee you and your horse will love this new way of grooming. Get yours here:

**ID**: 3141998176444942

Dessaben.DE01



Search for similar ads



structuref.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 745301137069812

Structuref.com

Search for similar ads



0:00 / 0:31

Shedding Hair

dessaben.de

I guarantee you and your horse will love this new way of grooming. Get yours here.

ID: 801951398211860

Dessaben.DE01



Search for similar ads



transmissioni.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 9311607154493

Fashionpage02



Search for similar ads



broadcasth.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

Broadcasth

ID: 1467628660669248



Search for similar ads



inothedair.com

I guarantee you and your horse will love this new way of grooming. Get yours here:
https://t.site/3r4Lc9q


Inothedair+17

**ID**: 15286533846652184

Search for similar ads



cedsctack.de

I guarantee you and your horse will love this new way of grooming. 🐎 Get yours here:

**ID**: 2064291730578324

Cedsctack.CE01



Search for similar ads



broadcasth.com

 I guarantee you and your horse will love this new way of grooming.  Get yours here.

 Broadcasth

 **ID**: 9575559379186088



Search for similar ads



presumablyi.com

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood

ID: 9862965255119

Palisade01



toknforaerd.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🐴 Get it here 

 ID: 119978654484373



royusionaity.com

https://t.site/3O4Uj7 name on it.' 🖥 Get it here ✋ will love this new way to groom. You've got my ' I personally guarantee you and your horse



**ID**: 2830833381045177



ortasthard.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. '  Get it here 👇

ID: 2862597607513 88



ortasthard.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🖎 Get it here 🌟



ID: 288572437049514



fromgather.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🦓 Get it here 👇

https://t.site/44EIebn

 ID: 299488049142346



**Sobeeriond**
www.sobeeriond.com

🐴 The season for horses to shed their coats is approaching, and this massage shedding brush can make horses feel particularly comfortable. 🧲
📱 https://t.site/3O3iFJh

🌐 ID: 5758801378041630





fromgather.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it ' 🐴 Get it here 👇

https://t.site/44Elebn



ID: 7843876867200029



toknforaerd.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 📃 Get it here 🌟



**ID**: 8111065503333328





royusionalty.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. '  Get it here

https://t.site/3O4Urj7

ID: 1455540971926183



sutcalibrat.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🖐 Get it here 🔥

**ID**: 1473205230113867





toknforaerd.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. '  Get it here 🌟

 ID: 3570627543264073



sutcalibrat.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



ID: 6301838839257565

Sutcalibrat

TM    ©

Search for similar ads



ortasthard.com

' I personally guarantee you and your horse
will love this new way to groom. You've got my
name on it. ' Get it here

  **ID**: 1449731965791588
Ortasthard



  ⬚  TM  ©    ✓  ◀

 Search for similar ads



sutcalibrat.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

  **ID**: 3536901993220153

Sutcalibrat&K



TM ©

Search for similar ads



www.brightmeteors.com

🐎 The season for horses to shed their coats is approaching, and this massage shedding brush can make horses feel particularly comfortable. 💅

🖥 https://t.site/3qvuy2l

ID: 30073509906712

Brightmeteors.c

Search for similar ads



inteiograly.com

'I personally guarantee you and your horse will love this new way to groom. You've got my name on it.' Get it here



ID: 240912835500911

Inteiograly.IO03

Search for similar ads



eawfunlatom.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



**ID**: 286850900663751

Eawfunlatom.TO03

 





Search for similar ads



interferek.com

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " Get it here

**1 other ad uses** this creative and



text. Ad ID for this group:

6184407937319976

All ads in this group will be added to the takedown request.

Interferek.shop



wedgcatious.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

  ID: 6367376717524988

 Wedgcatious



TM   ©    <  ◀

 Search for similar ads



invaluabite.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it ' Get it here



Invaluabite

**ID**: 6828106503484450

Search for similar ads



abilityne.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here https://t.site/3NJtkZm

 ID: 8188482594122
Abilityne%f

 

Search for similar ads







guidelinei.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

 Guidelinei.GI02

 ID: 82262617931 0665



 TM  © 





Search for similar ads



relstidvtion.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here



Relstidvtion

ID: 8263908321637 78

Search for similar ads





altogetherl.com

"I personally guarantee you and your horse will love this new way to groom. You've got my name on it." Get it here

**ID**: 856682579215059

Altogetherl.AL01

Search for similar ads



guidelinel.com

' I personally guarantee you and your horse
will love this new way to groom. You've got my
name on it. ' Get it here


 ID: 8662329183084586
Guidelinel.uu





 TM

 ©



Search for similar ads





cafeteriam.com

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

**ID**: 9762914301847 15

Cafeteriam CA02

TM © ↩ ◀



Search for similar ads



invaluabite.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🏇 Get it here 👍

**ID:** 99770519807202



Invaluabite-nm

Search for similar ads





neutricrath.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here https://t.site/3rl7HaB

**ID**: 124423176962929209

No links

Search for similar ads



neutrlcrath.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here https://t.site/3rl7HaB



**ID**: 1265495144117112

No links

Search for similar ads



relstidvtion.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

**ID**: 1274431123177866

Relstidvtion_l







Search for similar ads



answerafor.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it ' Get it here https://t.site/3XT0r1F

 **ID**: 13217524986692103

Answerafor,1





 Search for similar ads



accustomedi.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it . ' Get it here

**ID**: 1415867325622569

Accustomedi.shop



Search for similar ads



plentyet.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

 **ID**: 332677174430292

 Plentyet-A

   

 Search for similar ads



goldently.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it . ' Get it here https://t.site/3O3GGRV

**ID**: 35606580775445485


Goldently-aa

Search for similar ads



cafeteriam.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

 ID: 258906670179777
Cafeteriam.CA01

Search for similar ads



cafeteriam.com

' I personally guarantee you and your horse
will love this new way to groom. You've got my
name on it . ' Get it here



ID: 9383131005560741
Cafeteriam.CA01

   Search for similar ads



adjectivei.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

ID: 1702604560177824

Adjectivei.JE04



Search for similar ads



authoritym.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 189573410591669

Authoritym store

Search for similar ads







facilityh.com

👋 I guarantee you and your horse will love this new way of grooming. 🧹 Get yours here: https://t.site/3z3Egdw

Facilityh

ID: 24172513496081 0



Search for similar ads



authoritym.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 290141556861926

Authoritym.AU01

Search for similar ads



villardiful.co.uk

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 29812346604754

Villardiful VI02

Search for similar ads







authoritym.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 58156306737261

Authoritym.store



Search for similar ads



 

romanticg.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 646685480811915
Romanticg.RO01



Search for similar ads





broadcasth.com

👆 I guarantee you and your horse will love this new way of grooming. 📦 Get yours here:

**ID**: 7657706082460012

Broadcasth.shop

Search for similar ads





authoritym.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 8000352018665519

Authoritym.AU01

Search for similar ads





broadcasth.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 888477725588129

Broadcasth.shop

Search for similar ads





facilityh.com

👋 I guarantee you and your horse will love this new way of grooming. 🐴 Get yours here: https://t.site/3z3Egdw

**2 other ads use** this creative and text. Ad ID for this group:
9452911173248632

All ads in this group will be added to the takedown request.

Facilityh



broadcasth.com

🐎 I guarantee you and your horse will love this new way of grooming. 🖐 Get yours here:

**ID**: 961910144980001

Broadcasth.shop



Search for similar ads



authoritym.com

I guarantee you and your horse will love this new way of grooming. Get yours here:



ID: 146767116406114

Authoritym.AU01

TM  ©  ®  <  ◀

Search for similar ads



completelyi.com

🐎 I guarantee you and your horse will love this new way of grooming. 🔔 Get yours here: https://t.site/3L6C9N7

 ID: 18888792748009095

 Completelyi.com

 Search for similar ads

 TM ©  ⌐⌐  ⟨  ◀



broadcasth.com

I guarantee you and your horse will love this new way of grooming. Get yours here:

ID: 2103914259812535



Broadcasth

Search for similar ads



villardiful.co.uk

I guarantee you and your horse will love this new way of grooming. Get yours here:

**ID**: 315764272120263


Villardiful.VIO2

Search for similar ads



relstidvtion.com

🐎 🐎 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 😊 😊

ID: 17905907515 8550

Relstidvtion#c



hurraehowl.com

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood https://t.site/44mnswt

ID: 5883444356555087

Hurraehowl-Aa



invaluabIte.com

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood

ID: 5915930028543301

Invaluablte1



abilityne.com

🐴 🐴 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🐴 🐴 https://t.site/3NJtkZm

ID: 600762755537985

Abilityne%ₒf



abilityne.com

🐎 🐎 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🐎 🐎 https://t.site/3NJtkZm

**ID**: 779528157260839

Abilityne%f



bloshonour.net

🐎 🐎 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🥰 🥰

ID: 8378208846241 59

Bloshonour.cc03



invaluablte.com

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood

ID: 9619928217B6959

Invaluablte.fg05



presumablyi.com

🐴 🐴 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🐎 🐎

ID: 986269652555119

Palisade01



wedgcatious.com

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood

ID: 120494446681 8392

Wedgcatious/n



neuttrlcrath.com

🐾 🐾 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 😊 😊 https://t.site/3rl7HaB

ID: 14258861815988896

No links



gridfacet.com

🐾 🐾 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🐴 🐴 https://t.site/44w0t1y

ID: 1902883523417595

Gridfacet-aa



answerafor.com

My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🐴 🐴 https://t.site/3XTOr1F

ID: 3527393700860491

Answerafor.1



wedgcatious.com

🐎 🐎 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🐵 🐵

ID: 6234666639665688

Wedgcatious/X



visualizeh.com

🐴🐴 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 😊😊 https://t.site/3quKh1N

ID: 67269783539903020

Balcony05



## 6 in 1 Schuppenpflege-Massagebürste

rncidbwf.com

🍫 Ich garantiere Ihnen, dass Sie und Ihr Pferd diese neue Art der Fellpflege lieben werden.

🪮 Holen Sie sich Ihre hier:https://t.site/3Nd4geR

See Translation

🌐 **ID**: 68669072933366678



Rncidbwf

Search for similar ads









interferek.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

ID: 2360185727 18334

Interferek.com

Search for similar ads



🐎 Αναδείξτε το όμορφο τρίχωμα του αλόγου σας με τ...

gr.shoopers.eu

-26% | 🐎 HorseGroom - Απαλά πλύνετε και ξεπλύνετε - το HorseGroom είναι κατάλληλο τόσο για στεγνό όσο και για υγρό βούρτσισμα

✨ ⟨ ⟨ Αφαιρεί τις νεκρές τρίχες
⟨ ⟨ Αφαιρεί λάσπη και βρωμιά που έχει ξεραθεί

See Translation

Προσθήκη στο καλάθι 🛒 💖
https://gr.shoopers.eu/product/horsegroom/

⊕ ● ID: 795929658688475
Shoopers Ελλάδα



☀ **TOP NABÍDKA** ☀

cz.mercaris.eu

‼ ŠANCE NA SKVĚLOU NABÍDKU 💥

HorseGroom za skvělou cenu 💥

Nyní pouze 399Kč 🧡

Přidat do košíku 💛

https://cz.mercaris.eu/product/horsegroom/

See Translation

🌐 **ID**: 2419646553891161


Mercaris TOP



Search for similar ads



**HorseGroom**
it.mercaris.eu

**HorseGroom** - Personalmente
garantisco che tu e il tuo cavallo amerete
questo nuovo modo di toelettatura ✨
La provi ora 🐎
https://it.mercaris.eu/product/horsegroom-
pro/

✅ Adatto per la spazzolatura a secco e il
lavaggio a umido
✅ Massaggia e garantisce una migliore
circolazione sanguigna
✅ Rimuove i peli morti

See Translation

**1 other ad uses** this creative and
text. Ad ID for this group:
2437929285474498

All ads in this group will be added to the
takedown request.



Mercaris Global



🐴 Αναδείξτε το όμορφο τρίχωμα του αλόγου σας με τ...

gr.shoopers.eu

-26% | 🐴 HorseGroom - Απλά πλύνετε και ξεπλύνετε - το HorseGroom είναι κατάλληλο τόσο για στεγνό όσο και για υγρό βούρτσισμα.

🌟 ‹ ‹ Αφαιρεί τις νεκρές τρίχες

Αφαιρεί λάσπη και βρωμιά που έχει ξεραθεί

See Translation

Προσθήκη στο καλάθι 🛒 💫
https://gr.shoopers.eu/product/horsegroom/

🌐 😊 ID: 610024301269017
Shoopers Ελλάδα



☀ **TOP NABÍDKA** ☀

cz.mercaris.eu

‼ ŠANCE NA SKVĚLOU NABÍDKU 🔥 

HorseGroom za skvělou cenu ✨

Nyní pouze 399Kč 💥
Přidat do košíku 🛒

https://cz.mercaris.eu/product/horsegroom/

See Translation

🛈 **ID**: 7812103471344450

🔄 Mercaris TOP



🔖    ᵀᴹ    ©    🔍

🔍 Search for similar ads



**HorseGroom**
it.mercaris.eu

🐎 **HorseGroom** - Personalmente garantisco che tu e il tuo cavallo amerete questo nuovo modo di toelettatura 🐴

La provi ora

https://it.mercaris.eu/product/horsegroom-pro/

✅ Rimuove i peli morti

✅ Massaggia e garantisce una migliore circolazione sanguigna

✅ Adatto per la spazzolatura a secco e il lavaggio a umido

See Translation

**1 other ad uses** this creative and text. Ad ID for this group:

  79350348249932б

All ads in this group will be added to the takedown request.

Mercaris Global



✨ **Idealna szczotka dla koni**

pl.mercaris.eu

🐎 Odkryj piękną sierść swojego konia dzięki

HorseGroom

Wypróbuj teraz

https://pl.mercaris.eu/product/horsegroom/

🔙 Nadaje się do szczotkowania na sucho i

🔙 Masuje i zapewnia lepszy przepływ krwi

🔙 Usuwa martwe włosy

mokro

See Translation

🌐 **ID**: 8396088710149514951



🔗 Mercaris Global



🐴 Αναδείξτε το όμορφο τρίχωμα του αλόγου σας με τ...
gr.mercaris.eu

🐴 HorseGroom - Απλά πλύνετε και ξεπλύνετε - το HorseGroom είναι και τόσο για στεγνό όσο και για υγρό βούρτσισμα

✨
✅ ✅ Αφαιρεί τις νεκρές τρίχες
Αφαιρεί λάσπη και βρωμιά που έχει ξεραθεί

Προσθήκη στο καλάθι 🛒 💛
https://gr.mercaris.eu/product/horsegroom/

See Translation

❓ ID: 1295643591091696


Mercaris



🐴 Αναδείξτε το όμορφο τρίχωμα του αλόγου σας με τ...

gr.mercaris.eu

🐎 HorseGroom - Απλά πλύνετε και ξεπλύνετε - το HorseGroom είναι κατάλληλο τόσο για στεγνό όσο και για υγρό βούρτσισμα

✨   Αφαιρεί τις νεκρές τρίχες

Αφαιρεί λάσπη και βρωμιά που έχει ξεράθεί

See Translation

https://gr.mercaris.eu/product/horsegroom/

Προσθήκη στο καλάθι 

 ID: 1344107379820399

 Mercaris



✨ **Idealna szczotka dla koni**

pl.mercaris.eu

🐎 Odkryj piękną sierść swojego konia dzięki HorseGroom

Wypróbuj teraz ✨

https://pl.mercaris.eu/product/horsegroom/

< Usuwa martwe włosy

< Masuje i zapewnia lepszy przepływ krwi

< Nadaje się do szczotkowania na sucho i mokro

See Translation

🕐 ID: 150401988043212


Mercaris Global



## 🐾 Cattles 6-in-1 Shedding Grooming Massage Brush

ampoue.com

WOW!!! 😊 😊 " I personally guarantee you and your Cattle will love this new way to groom. 👍
https://ampoue.com/products/massage-brush

**2 other ads use** this creative and text, Ad ID for this group:



10496508594513

All ads in this group will be added to the takedown request.



Aesxie.hh



sutcalibrat.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🫶 Get it here 🌟

🌐 **ID**: 17462536091 39882

�ʘ Sutcalibrat.lk04



🔖    ™    ©    🔊    ◀

🔍 Search for similar ads



wedgcatious.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' Get it here

 ID: 64661635468802589

Wedgcatious.ad05

Search for similar ads



relstidvtion.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it ' Get it here

 **ID**: 1366195074249732

Relstidvtion.po05

      

Search for similar ads



pleteffect.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it ' Get it here



ID: 13005219805 82753

Pleteffect-u

Search for similar ads



toknforaerd.com

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. " Get it here



**ID**: 1092494005047455

Toknforaerd.op05

Search for similar ads



top-shelf-selects.uk

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🪧 Get it here 💛

https://t.site/3YHrMo6



ID: 6128493974032244

Top-shelf-selects/0

TM    ©    🐾    ∨    ◀

Search for similar ads



frontaley.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it. ' 🔼 Get it here 👉

ID: 5902180266641625

Frontaley.cv06



Search for similar ads



bringinton.com

' I personally guarantee you and your horse will love this new way to groom. You've got my name on it.' Get it here

**1 other ad uses** this creative and text. Ad ID for this group:

585732253634704

All ads in this group will be added to the takedown request.



Bringinton BR01

Search for similar ads



✨ **Idealna szczotka dla koni**

pl.shoopers.eu

🐎 Odkryj piękną sierść swojego konia dzięki HorseGroom

Wypróbuj teraz

https://pl.shoopers.eu/izdelek/horsegroom/

✓ Usuwa martwe włosy

✓ Masuje i zapewnia lepszy przepływ krwi

✓ Nadaje się do szczotkowania na sucho i mokro

See Translation

**2 other ads use** this creative and text. Ad ID for this group:

ℹ 613814700587845

All ads in this group will be added to the takedown request.

Shoopers Polska



✨ **Idealna szczotka dla koni**

pl.shoopers.eu

🐴 Odkryj piękną sierść swojego konia dzięki HorseGroom

Wypróbuj teraz

https://pl.shoopers.eu/izdelek/horsegroom/

☑ Usuwa martwe włosy

☑ Masuje i zapewnia lepszy przepływ krwi

☑ Nadaje się do szczotkowania na sucho i mokro

See Translation

**3 other ads use** this creative and text. Ad ID for this group:

901116357673709

All ads in this group will be added to the takedown request.

Shoopers Polska



## 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🐾 Buy More,...

ampoue.com

🐂🐂 My cattle fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 😹😹



**1 other ad uses** this creative and text. Ad ID for this group:

1497130091036646

All ads in this group will be added to the takedown request.



Aesxie.hh



toknforaerd.com

🐎 🐎 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🐴🐴

ID: 2471002814808875

Toknforaerd.uy04



frontaley.com

🐴🐴 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 😊 😊

ID: 6195781801649 54

Frontaley.cv06



relstidvtion.com

🐴🐴 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🧡🧡

ID: 8012786850231189

Relstidvtion.oi04



toknforaerd.com

🐴🐴 My horse fell in love with this Shedding Grooming Massage Brush and uses it every day in a good mood 🎃 🎃

ID: 9656347213324360

Toknforaerd.uy04

✔ Active

Started running on Apr 20, 2022

Platforms 🔵 📷 🔵 💬

ID: 487731813143677

**8 ads** use this creative and text

See ad details

**Senro**
Sponsored

Clean its body easily now 💯
🥺Do not harm the horse's skin and hair
Keep it clean and comfortable!



∞ Meta

United Sta... ▾     ☐ All ads ▾     🔍 Sewtking02     ✕

Ad Library     Ad Library Report     Ad Library API     ⫶



Sewtking02
🔄 ID: 101507845774005
1 like · Shopping Service

Page transparency     See more

🏷 Page created Jan 16, 2022

◎ Page name has not changed

Ads from Sewtking02

~2 results

Keyword     🔍     ▼ Filters

**Launched February 2022**

● Active
Started running on Feb 8, 2022
Platforms 📘 📷 🔲 ⓘ
ID: 293387964111234

**2 ads** use this creative and text

See ad details

⋯



Sewtking02
Sponsored

🐶🐱❤️The pet. Oh My God ! Thank you, it's very
comfortable👍👍
🛒Get it ➡️https://bit.ly/34J7Xh

👍 💬 ↗️ ⋮

6-IN-1
Shedding Grooming
Massage Brush

✅ Active

•••

Started running on Feb 8, 2022

Platforms 📘 📷 💬 ⊝

ID: 1007204980004113

See ad details

 **Sewtking02**
Sponsored

🐾The pet: Oh My God!  Thank you, it's very comfortable 🐕🐕

Get it https://bit.ly/34J7rXh



WWW.SEWTKING.COM
My pet really likes to use it to bathe

Shop now

**Shop 42**
Sponsored
ID: 1131080494397505

🐕🐈🐾The pet: Oh My God! Thank you, it's very comfortable🤗🤗
🥰Get It: https://www.bestbuyus24h.com/6-in-1-shedding-grooming-massage-brush



WWW.BESTBUYUS24H.COM
🔥Last Day OFF 🔥Shedding Grooming Massage Brush 🔥

Shop now

**Shopshipstore**
Sponsored
ID: 5654455321236440

···

The pet: Oh My God!  Thank you, it's very comfortable
Get It  https://www.shopshipstores.com/products/cleanhair-horse-hair



SHOPSHIPSTORES.COM
★★★★★ 4.9(1649)
My pet really likes to use it to bathe

Order Now

This ad has multiple versions ⓘ     1 of 20





✅ Active                                            ...

Started running on Apr 25, 2022

Platforms  🅕 🅞 Ω 🅢

This ad has multiple versions  ⓘ

ID: 482095657035617

**2 ads** use this creative and text

See ad details

### Shopshipstore
Sponsored

🐾✨The pet: Oh My God!  Thank you, it's very comfortable 👀
🛁Get It 👉
https://www.shopshipstores.com/products/cleanhair-horse-hair



SHOPSHIPSTORES.COM
⭐⭐⭐⭐⭐4.9(1649)                    Shop Now
My pet really likes to use it to bathe

✅ Active                                                      •••

Started running on May 11, 2022

Platforms 📘 📷

ID: 386890630037851

**6 ads** use this creative and text

See ad details

---

**Sobi**
Sponsored

Get ready for shedding 🪮Therapeutic, hygienic and durable,
a magic brush! (it can also be used for short-haired dogs)



✅ Active

⋯

Started running on Apr 19, 2022

Platforms 🔵 📷 🔵 💬

ID: 725430738471200

See ad details

 **SomeThe-Self**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here■ somethebest.com/products/brush-3



SOMETHEBEST.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

⊘ Active    •••

Started running on Apr 21, 2022

Platforms 🔵 ◎ Ω ●

ID: 675574240340200

See ad details

 **SomeThe-Self**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here somethebest.com/products/brush-3



SOMETHEBEST.COM
6-in-1 Shedding Grooming Massage Brush    Shop now

✔ Active                                    •••

Started running on Apr 22, 2022

Platforms 🅵 🅾 🇶 ⬤

ID: 1691437194523393

**2 ads** use this creative and text

See ad details

---



**SomeThe-Self**
Sponsored

" I personally guarantee you and your horse will love this new way to groom. You've got my name on it. "
Get it here somethebest.com/products/brush-3

∞Meta

Ad Library    Ad Library Report    Ad Library API    ≡

| United Sta... ▼ | 🖵 All ads ▼ | 🔍 Stylesr.shop |



Stylesr

**Stylesr.shop**
ID: 1041456214714
2 likes · Shopping Service

**Page transparency**    See more

🏳 Page created Dec 26, 2021

🏳 Page name has not changed

⊚ Primary country/region location for people who manage this Page includes China (3), United States (1), Vietnam (1)

✕

## Ads from Stylesr.shop

~22 results

| Keyword | 🔍 ▼ Filters |

**Launched February 2022**



● Active
Started running on Feb 9, 2022
Platforms 🟦 📷 🔵 🟦
ID: 432434241766717

**6 ads** use this creative and text

See ad details

🔘 **Stylesr.shop**
Sponsored

NO wrinkles▲modern slim fit with a tapered body and slimmer sleeves for a sleek look that flatters most body shapes!
https://stylesr.com/products/wst

...

● Active
Started running on Feb 9, 2022
Platforms 🟦 📷 🔵 🟦
ID: 976013406378634

**2 ads** use this creative and text

See ad details

🔘 **Stylesr.shop**
Sponsored

💧What can I do to save my windows? The window cleaning brush can be used both wet and dry, no matter how thick the dust is
>>>Get it:https://stylesr.com/products/win

...

● Active
Started running on Feb 9, 2022
Platforms 🟦 📷 🔵 🟦
ID: 373228284144992

**4 ads** use this creative and text

See ad details

🔘 **Stylesr.shop**
Sponsored

✔This well-crafted chicken thigh hut sculpture is the perfect gift for anyone who loves fairy tales and will be complimented by family and friends.
https://stylesr.com/products/baba

...

✓ Active                                                    •••

Started running on Feb 8, 2022

Platforms 🔵 📷 ◻ 💬

ID: 315637913922257

See ad details

 **Stylesr.shop**
Sponsored

🐾🐴The pet: Oh My God! Thank you, it's very comfortable 🤩🤩
🐱Get It 👉https://stylesr.com/products/gmb



STYLESR.COM
Stylesr.shop                                    Shop now

⊘ Active                                        •••

Started running on Feb 8, 2022

Platforms  ⊕ ⊙ ⊙ ⊖

ID: 660793938691845

See ad details

**Stylesr.shop**
Sponsored

🐎The pet: Oh My God!  Thank you, it's very comfortable
😍
Get It ⚡https://stylesr.com/products/gmb



STYLESR.COM
Stylesr.shop

Shop now

⊘ Active

Started running on Feb 8, 2022

Platforms 🅕 📷 🔍 💬

ID: 4982568821804992

See ad details

 **Stylesr.shop**
Sponsored

🐎🐴The pet: Oh My God! Thank you, it's very comfortable
😻🌸
👍Get It ⚡https://stylesr.com/products/gmb



STYLESR.COM
Stylesr.shop

Shop now

✅ Active

Started running on Feb 8, 2022

Platforms 🌐 📷 🔊 💬

ID: 517974426283561

See ad details



**Stylesr.shop**
Sponsored

🐎The pet: Oh My God!  Thank you, it's very comfortable 🥰
🐴Get It ➡️https://stylesr.com/products/gmb



STYLESR.COM
Stylesr.shop

Shop now

● Active                                                    ...

Started running on Feb 9, 2022

Platforms 🄵 ⓘ ◎ ⊖

ID: 235121338827202

See ad details

 **Stylesr.shop**
Sponsored

The pet: Oh My God!  Thank you, it's very comfortable
😂😂
Get it  https://stylesr.com/products/gmb



STYLESR.COM
Stylesr.shop                                    Shop now

● Active                                    •••

Started running on Feb 9, 2022

Platforms 🌐 📷 🔊 ●

ID: 688343742194681

See ad details

 **Stylesr.shop**
Sponsored

🐴The pet: Oh My God!  Thank you, it's very comfortable 👏👏
Get It https://stylesr.com/products/gmb



STYLESR.COM
Stylesr.shop

Shop now

✅ Active                                                ...

Started running on Feb 9, 2022

Platforms 🟦 🔲 🔲 🔲

ID: 984106515794363

See ad details



**Stylesr.shop**
Sponsored

The pet: Oh My God! Thank you, it's very comfortable

Get it https://stylesr.com/products/gmb



STYLESR.COM
Stylesr.shop                                    Shop now

**Sunhlo**
Sponsored
ID: 441057914736241

🐎Don't harm the horse's skin and hair, easily clean its body, and keep it clean and comfortable!
Get it👉 https://bit.ly/3JXeg8p



WWW.SUNHLO.COM
6-in-1 Shedding Grooming Massage Brush

Shop now

**Sunshineb**
Sponsored
ID: 607033984274738

I personally guarantee you and your horse will love this new way to groom.
🛒 Get it here👉 https://bit.ly/3pd0STQ



SUNSHINEBL.COM
Sunshineb

Shop now

● Active
Started running on Aug 26, 2022
Platforms 
ID: 1038824593501548

See ad details




**Supvogue.International**
Sponsored

✅ 🐴 Horse Grooming Massage Comb is multi-purpose, and also offers serious therapeutic benefits. Designed to make cosmetic work quick and effective. ❤️
🛒 SHOP NOW ☛ https://t.site/3pJX4tN

WWW.SUPVOGUE.COM
6 In 1 Horse Hair Comb Horse Shedding Tool Kit

Shop now

● Active
Started running on Aug 26, 2022
Platforms 
ID: 1077477512914722
**3 ads** use this creative and text

See ad details




**Supvogue.International**
Sponsored

✅ 🐴 Horse Grooming Massage Comb is multi-purpose, and also offers serious therapeutic benefits. Designed to make cosmetic work quick and effective. ❤️
🛒 SHOP NOW ☛ https://t.site/3pJX4tN



○ Active

Started running on Aug 26, 2022

Platforms ● ◎ ♪ ❸

ID: 1038824593501548

See ad details

⋮




Supvogue.International
Sponsored

🌟 🐴 Horse Grooming Massage Comb is multi-purpose, and also offers serious therapeutic benefits.
✅ Designed to make cosmetic work quick and effective,
🧹 SHOP NOW 👉 https://t.site/3pJX4tN ❤️

WWW.SUPVOGUE.COM
6 In 1 Horse Hair Comb Horse Shedding Tool Kit            Shop now







○ Active

Started running on Aug 26, 2022

Platforms ● ◎ ♪ ❸

ID: 1077477512914722

**3 ads** use this creative and text

See ad details

⋮

Supvogue.International
Sponsored

🌟 🐴 Horse Grooming Massage Comb is multi-purpose, and also offers serious therapeutic benefits.
✅ Designed to make cosmetic work quick and effective,
🧹 SHOP NOW 👉 https://t.site/3pJX4tN ❤️

∞ Meta

| United Sta. ▼ | 🖵 All ads ▼ | 🔍 Tacticalcan T | | Ad Library    Ad Library Report    Ad Library API ⋮⋮ |



**Tacticalcan T**
ID: 113126280781⁵²
1 like · Advertising/Marketing

Page transparency                      See more
🏳 Page created Dec 22, 2021
☑ Page name has not changed

## Ads from Tacticalcan T

~73 results

| Keyword | 🔍 | ▼ Filters |

### Launched February 2022

---

**⊙ Active**
Started running on Feb 9, 2022
Platforms 🅕 ⊙ ◎ ◉
ID: 1019694132865924

See ad details



👤 **Tacticalcan T**
Sponsored

Looking for a cool gift for your child? 🎁 Our Children Magic Drawing Book is designed to help your child occupy while bringing out their inner artist - Foldable, lovely design, and safe. 😊 https://tacticalcan.com/products/drawing-book

⋯

---

**⊙ Active**
Started running on Feb 9, 2022
Platforms 🅕 ⊙ ◎ ◉
ID: 1002683403069992

**10 ads** use this creative and text

See ad details

👤 **Tacticalcan T**
Sponsored

🐶 Stop Leaving Your Pet Lonely When Your Gone! The Toy Your Dog Can Destroy Over And Over Again. 🐶 Prevent Boredom & Loneliness 🐶 Reducing Anxiety & Stress for your Pet 🐶 Are For Dogs of All Sizes Get it now
https://tacticalcan.com/products/dog-toy

⋯

---

**⊙ Active**
Started running on Feb 9, 2022
Platforms 🅕 ⊙ ◎ ◉
ID: 706472810521072

**10 ads** use this creative and text

See ad details

👤 **Tacticalcan T**
Sponsored

These thigh highs are just what you need to stay toasty warm in style this winter! 🧦 Made from anti-slip wool, these socks have a stretch to them that makes them fit perfectly without sliding down. Plus, the moisture-wicking properties will ensure your feet stay dry, free of the sweat odor!
Shop now 🧦 https://tacticalcan.com/products/pants

⋯