SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Joel B. Rothman (*Pro hac vice*)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
BETTY'S BEST, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BETTY'S BEST, INC.,

Plaintiff,

vs.

THE FACEBOOK ADVERTISERS LISTED ON SCHEDULE A,

Defendants.

Case No.: 4:23-cv-04716-HSG

**DECLARATION OF SUNDAY JACOBS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, DISCOVERY ORDER, ASSET FREEZE ORDER AND PRELIMINARY INJUNCTION**

I, Sunday Jacobs, declare and say:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Expedited Discovery Order, Order Restraining Transfer of Assets, and Preliminary Injunction (the "Application for TRO").

3. If called upon to do so, I could and would competently testify to the following facts set forth below.

//

//

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

4. I am Chief Operating Officer of BETTY'S BEST, INC. ("Betty's Best" or "Plaintiff").

5. Betty's Best is a California Corporation with its principal place of business in Santa Ynez, California.

6. Betty's Best incorporated on January 1, 2016, and has been in continuous operation since then.

7. Betty's Best is the maker of the StripHair Gentle Groomer, a therapeutic brush for horses and dogs.

8. Betty's Best's products are sold through hundreds of authorized retailers and distributors in the United States and many countries like Canada, United Kingdom, Australia, South Africa, Japan, and numerous countries across Europe, listed on the StripHair.com Store Locator Map at https://striphair.com/pages/retail-store-locator, its own website https://striphair.com/collections/all-products, Amazon.com and other authorized retailers, these last in marketplaces other than Amazon.com and eBay.com.

9. Betty's Best owns the trademarks, copyrights and design patent described in the Declaration of Sarah Owen filed in this action. I have read the declaration of Sarah Owen and it is true and correct. I adopt the abbreviations used for plaintiff's intellectual property in the Declaration of Ms. Owen here.

10. Starting in 2021, Betty's Best began finding counterfeiting of its intellectual property in advertising on Facebook with links to websites selling counterfeit goods. Betty's Best investigated the promotion and sale of counterfeit and infringing products by Defendants on Facebook advertisements. Betty's Best investigated, searched out, observed, and recorded this practice. Betty's Best observed that the Facebook Advertisers used sophisticated advertising practices and tools to generate multiple ads and multiple versions of ads using Betty's Best Marks, the copyrighted Works, and the HOPGT Design Patent to imitate the StripHair brand and deceive consumers to purchase counterfeit products from ad-linked website pages.

11. I performed much of the investigation into the fraudulent advertising on Facebook. Attached hereto as Exhibit 1 are true and correct copies of emails I exchanged with Facebook's

intellectual property team and advertising team beginning in early September 2021 detailing plaintiff's serious concerns about the scam Facebook advertising activity engaged in by the defendants.

12. I have reviewed the screenshots showing the defendants' uses of plaintiff's copyrights, design patent, and trademarks in the Facebook advertisements attached in Exhibit 4 to the declaration of Ms. Owen. Those screenshots show only a fraction of the total advertisements. All are true and correct screenshots showing what I observed on Facebook during my investigation of the Facebook ads using our intellectual property. My observations were of counterfeit sellers using altered versions of Betty's Best photographs and product videos in paid sponsored advertisements within Facebook accounts with ad links directly to associated website pages with active shopping buttons that also showed uses of the Betty's Best Marks, the copyrighted Works and the HOPGT Design Patent.

13. Attached hereto as Exhibit 2 are true and correct copies of over 530 emails that Betty's Best received from Facebook from August 2021 to August 2023 confirming reports that I made to Facebook's reporting system for intellectual property infringement in Facebook ads by the Facebook advertisers who are defendants in this case. The emails are organized by date. Each email concerns at least one advertisement, and sometimes multiple advertisements. Many of these advertisements in these screenshots are identical to other advertisements not included in the screenshots but that I personally observed on Facebook.

14. All of the Facebook pages and Facebook Ads are owned, operated or administered by the defendants identified on Schedule "A" to the Complaint who are located in China and are copying the copyrighted Works, the Betty's Best trademarks, and the HOPGT Design Patent to advertise and promote counterfeit products.

15. I am knowledgeable about Facebook advertising. Betty's Best has been an active advertiser on Facebook since 2015. I am experienced in placing Facebook ads and I understand how Facebook advertising works.

16. To run a Facebook Ad, the advertiser first needs to create a target audience "based on the traits of who you want to see your ad, and narrow down your ad's audience by interests, gender

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

or location and use ad targeting to find the people most likely to take action." Facebook recommends a target audience size of between 2 and 10 million people. Once the ad starts running, Facebook's system "will learn who is engaging with it and, over time, narrow your audience so you reach more of the right people." See "Audience ad targeting" a true and correct copy of which is attached hereto as part of Exhibit 3.

17. The advertiser then must set a budget amount that they are willing to spend on running their ads. According to Facebook you first decide how much you want to spend on advertising, and then "Meta tries to get you as many results as possible for that amount. If you want to spend $5 a week, you can. If you want to spend $50,000 a week, you can do that too." See "How much it costs to advertise on Meta technologies" a true and correct copy of which is attached hereto as part of Exhibit 4.

18. The fee charged by Facebook is based on the number of impressions and performance of the ad, and the advertiser is charged for the number of clicks or impressions the ad received. The total number of clicks or impressions an ad receives is shown in the advertiser's Ads Manager page. See "How Meta charges for ads" a true and correct copy of which is attached hereto as part of Exhibit 5.

19. Facebook advertisers like defendants have Facebook advertising accounts. To run ads, advertisers must provide a way to fund their accounts. For advertisers in China, this funding source can be a credit card or PayPal. If there are prepaid funds in the account, Facebook will use those funds first before charging the default payment method for the ad that was run. An advertiser in China can therefore use different payment methods including PayPal to fund their ad accounts, and the funds will be used up depending on the budget that the advertiser sets. See Exhibit 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2023.

Sunday Jacobs

Verified by signNow
09/25/2023 16:32:46 UTC
cd9680db1c404cbda4b5

SUNDAY JACOBS
Chief Operating Officer

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK