Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Betty's Best, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BETTY'S BEST, INC., | CASE NO.: 3:2023-cv-04716 |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| THE FACEBOOK ADVERTISERS LISTED ON SCHEDULE A, | |
| Defendants. | |

Defendants Nos. 2414, 2370, 2429, 2427, 2198, 2208, 2213, 2368, 2315, 2188, 2209, 2179, 2434, 2459, 2462, 1840, 2387, 2410, 2435, 1524, 2071, 2220, 2211, 1507, 2448, 2272, 2403, 2347, 473, 2384, 1529, 2418, 393, 2470, 2386, 2369, 2400, 1531, 2379, 2457, 2392, 2402, 1645, 574, 1863, 1530, 1826, 1827, 1858, 28, 2382, 2304, 2411, 1551, 2300, 2331, 2380, 2415, 1488, 2421, 2199, 2303, 557, 1856, 1424, 43, 2422, 2390, 552, 2365, 603, 273, 26, 1498, 474, 2340, 1742, 1546, 48, 2468,

2469, 2465, 82, 1616, 2148, 2169, 66, 2447, 2423, and 2451, ("Certain Defendants"), as identified in Schedule "A" to the Complaint (DE 1-1), and Plaintiff Betty's Best, Inc. ("Plaintiff") (together, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Report pursuant to the Court order dated March 20, 2024 (DE 71) ("The parties shall jointly file status report on or before September 19, 2024 updating the Court on the status of the Florida action."). On August 5, 2024, Plaintiff obtained a default judgment in the Florida case with the exception of certain remaining defendants that Plaintiff intends to dismiss shortly.

Plaintiff will be filing a dismissal in this case thereafter.

DATED: September 19, 2024

| | |
|---|---|
| By:/s/ Jacob Chen<br>Jacob Chen, Esq.<br>DGW Kramer LLP<br>45 Rockefeller Plaza, 20th Floor<br>New York, NY 10111<br>(917) 633-6860 phone<br>(917) 633-6183 fax<br>*Lead Counsel for Certain Defendants*<br><br>By:/s/ Joseph Wilbert<br>Joseph Wilbert, Esq.<br>LOPEZ BARK & SCHULTZ, LLP<br>300 Spectrum Center Drive<br>Suite 1550<br>Irvine, CA 92618<br>(949) 383-9585<br>jwilbert@lbslawyers.com<br>*Local Counsel for Certain Defendants* | /s/ Joel B. Rothman<br>JOEL B. ROTHMAN (pro hac vice)<br>Matthew L. Rollin (SBN 332631)<br>**SRIPLAW, P.A.**<br>8730 Wilshire Boulevard<br>Suite 350<br>Beverly Hills, California 90211<br>323.452.5600 – Telephone<br>561.404.4353- Facsimile<br>Matthew.rollin@sriplaw.com<br>Joel.rothman@sriplaw.com<br>*Counsel for Plaintiff Betty's Best, Inc.* |